**PLAINTIFF CERTIFICATION**
**UNDER THE FEDERAL SECURITIES LAWS**

I, Andrew Barr, hereby state:

1. I have reviewed a draft of the foregoing Class Action Complaint (the "Complaint") asserting, *inter alia*, violations of the Securities Act of 1933 and the Securities Exchange Act of 1934, and I have authorized my counsel, Dynamis LLP, to file that Complaint on my behalf.

2. I did not purchase $FJB/$PPY, the securities that are the subject of this action, at the direction of counsel or in order to participate in any private action arising under the federal securities laws.

3. I am willing to serve as a representative party on behalf of the Class (as defined in the Complaint), including providing testimony at deposition and trial, if necessary.

4. My transactions in $FJB/$PPY, the securities that are the subject of this action, during the class period defined in the Complaint are set forth in the attached chart.

5. I have not sought appointment or been appointed to serve as a lead plaintiff or representative party on behalf of a class in any action under the federal securities laws filed during the three-year period preceding the date of this Certification.

6. I will not accept any payment for serving as a representative party on behalf of the Class beyond my *pro rata* share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class, as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 12th day of February, 2026.

______________________________
Andrew Barr

## SCHEDULE A

## TRANSACTIONS IN $FJB/$PPY TOKENS

| Date (UTC) | Type | Volume/Quantity | Approximate Price (USD) |
|---|---|---|---|
| 12/27/21 18:08 | Trade | 274,479.10 | $ 1,106.58 |
| 12/27/21 22:25 | Trade | 149,696.84 | $ 678.45 |
| 12/30/21 03:04 | Trade | 98,823.44 | $ 381.68 |
| 12/30/21 20:17 | Trade | 102,900.47 | $ 326.07 |
| 12/30/21 21:06 | Trade | 112,042.85 | $ 327.97 |
| 12/31/21 14:55 | Trade | 110,318.61 | $ 321.15 |
| 1/1/22 16:56 | Trade | 161,227.08 | $ 567.92 |
| 1/3/22 00:21 | Trade | 99,452.73 | $ 331.23 |
| 1/3/22 20:29 | Trade | 130,359.73 | $ 389.94 |
| 1/4/22 22:20 | Trade | 91,273.08 | $ 227.71 |
| 1/7/22 17:05 | Trade | 210,551.53 | $ 491.90 |
| 1/8/22 00:35 | Trade | 457,622.76 | $ 982.56 |
| 1/11/22 02:07 | Trade | 467,533.00 | $ 935.03 |
| 1/12/22 20:55 | Trade | 149,719.00 | $ 317.71 |
| 1/13/22 18:01 | Trade | 122,131.00 | $ 236.15 |
| 1/15/22 21:11 | Trade | 277,973.00 | $ 528.90 |
| 1/17/22 04:32 | Trade | 287,987.00 | $ 528.54 |
| 1/17/22 16:42 | Trade | 311,745.00 | $ 514.41 |
| 1/18/22 16:55 | Trade | 286,782.00 | $ 503.16 |
| 1/21/22 01:10 | Trade | 150,893.00 | $ 280.12 |
| 1/24/22 02:39 | Trade | 306,325.00 | $ 499.87 |
| 2/1/22 06:18 | Trade | 371,052.00 | $ 537.81 |
| 2/4/22 06:27 | Trade | 416,682.00 | $ 525.95 |
| 2/24/22 16:32 | Trade | 2,002,390.00 | $ 832.74 |
| 3/10/22 23:58 | Trade | 2,101,660.00 | $ 1,394.65 |
| 3/13/22 20:29 | Trade | 1,229,850.00 | $ 1,104.59 |
| 3/14/22 04:27 | Trade | 350,298.00 | $ 401.42 |
| 3/14/22 04:29 | Trade | 53,153.00 | $ 60.49 |
| 3/15/22 03:23 | Trade | 1,364,960.00 | $ 1,735.39 |
| 3/16/22 13:50 | Trade | 243,842.00 | $ 410.20 |
| 3/16/22 17:36 | Trade | 190,628.00 | $ 308.62 |
| 3/17/22 22:55 | Trade | 155,608.00 | $ 212.49 |
| 3/17/22 22:56 | Trade | 1,776.00 | $ 2.76 |
| 3/17/22 22:58 | Trade | 1,776.00 | $ 2.76 |
| 3/17/22 22:59 | Trade | 1,776.00 | $ 2.76 |
| 3/17/22 23:03 | Trade | 1,776.00 | $ 2.78 |
| 3/17/22 23:05 | Trade | 1,776.00 | $ 2.78 |

| Date (UTC) | Type | Volume/Quantity | Approximate Price (USD) |
|---|---|---|---|
| 3/17/22 23:07 | Trade | 1,776.00 | $ 2.78 |
| 3/18/22 09:21 | Trade | 1,776.00 | $ 2.77 |
| 3/18/22 20:27 | Trade | 421,259.00 | $ 432.50 |
| 3/18/22 20:29 | Trade | 420,830.00 | $ 432.53 |
| 3/19/22 00:21 | Trade | 208,797.00 | $ 217.32 |
| 3/19/22 00:36 | Trade | 208,691.00 | $ 217.32 |
| 3/20/22 22:47 | Trade | 453,190.00 | $ 426.40 |
| 3/21/22 00:08 | Trade | 463,422.00 | $ 439.26 |
| 3/21/22 05:50 | Trade | 293,902.00 | $ 254.51 |
| 4/18/22 20:35 | Trade | 226,188.20 | $ 226.06 |
| 4/18/22 20:36 | Trade | 226,073.70 | $ 226.06 |
| 4/18/22 21:40 | Trade | 272,978.15 | $ 226.84 |
| 4/18/22 21:40 | Trade | 274,357.36 | $ 226.84 |
| 4/18/22 21:56 | Trade | 314,867.22 | $ 226.84 |
| 4/18/22 21:57 | Trade | 314,679.96 | $ 226.84 |
| 4/18/22 23:05 | Trade | 401,432.59 | $ 226.76 |
| 4/18/22 23:06 | Trade | 385,597.08 | $ 226.76 |
| 4/29/22 19:39 | Trade | 79,085.00 | $ 65.23 |
| 5/4/22 07:01 | Trade | 151,609.00 | $ 93.50 |
| 5/4/22 07:09 | Trade | 247,994.00 | $ 152.79 |
| 5/4/22 08:01 | Trade | 1,947.59 | $ 1.05 |
| 5/4/22 08:01 | Trade | 2,245.22 | $ 1.21 |
| 5/4/22 08:01 | Trade | 496.65 | $ 0.27 |
| 5/4/22 08:01 | Trade | 3,532.67 | $ 1.91 |
| 5/4/22 08:01 | Trade | 133.74 | $ 0.07 |
| 5/4/22 08:01 | Trade | 167.24 | $ 0.09 |
| 5/4/22 08:01 | Trade | 623.12 | $ 0.35 |
| 5/4/22 08:01 | Trade | 1,630.43 | $ 0.90 |
| 5/4/22 08:01 | Trade | 1,331.45 | $ 0.74 |
| 5/4/22 08:01 | Trade | 4,725.84 | $ 2.68 |
| 5/4/22 08:01 | Trade | 4,177.33 | $ 2.37 |
| 5/4/22 08:01 | Trade | 131.80 | $ 0.08 |
| 5/4/22 08:01 | Trade | 576.57 | $ 0.33 |
| 5/4/22 08:01 | Trade | 6,044.27 | $ 3.51 |
| 5/4/22 08:01 | Trade | 3,576.40 | $ 2.08 |
| 5/4/22 08:01 | Trade | 2,460.10 | $ 1.46 |
| 5/4/22 08:01 | Trade | 75,000.00 | $ 45.30 |
| 5/4/22 08:01 | Trade | 769,607.77 | $ 465.61 |
| 5/10/22 03:14 | Trade | 946,634.00 | $ 503.67 |
| 5/11/22 18:56 | Trade | 1,368,810.00 | $ 635.32 |
| 5/20/22 17:23 | Trade | 2,160,410.00 | $ 1,125.76 |
| 5/22/22 21:54 | Trade | 654,626.00 | $ 379.35 |

| Date (UTC) | Type | Volume/Quantity | Approximate Price (USD) |
|---|---|---|---|
| 5/22/22 22:17 | Trade | 652,577.00 | $ 382.11 |
| 5/22/22 22:22 | Trade | 592,499.00 | $ 347.39 |
| 6/7/22 05:30 | Trade | 1,372,630.00 | $ 609.85 |
| 6/9/22 06:06 | Trade | 1,463,810.00 | $ 627.00 |
| 6/11/22 00:18 | Trade | 1,192,040.00 | $ 524.41 |
| 6/13/22 02:53 | Trade | 2,998,450.00 | $ 1,084.92 |
| 6/13/22 11:42 | Trade | 3,206,439.99 | $ 1,004.06 |
| 6/27/22 00:16 | Trade | 2,353,180.00 | $ 766.24 |
| 6/27/22 01:14 | Trade | 1,057,860.00 | $ 339.76 |
| 7/16/22 17:53 | Trade | 2,009,154.74 | $ 1,291.89 |
| 7/16/22 18:05 | Trade | 13,047.99 | $ 8.39 |
| 7/16/22 18:49 | Trade | 21,300.92 | $ 13.70 |
| 7/16/22 19:03 | Trade | 3,286.60 | $ 2.11 |
| 7/16/22 19:34 | Trade | 342.12 | $ 0.22 |
| 7/16/22 19:51 | Trade | 1,860,633.40 | $ 1,196.39 |
| 7/25/22 16:26 | Trade | 47,239.40 | $ 27.88 |
| 7/25/22 20:10 | Trade | 1,885,863.10 | $ 1,105.08 |
| 7/25/22 21:51 | Trade | 1,874,188.65 | $ 1,103.68 |
| 7/28/22 14:23 | Trade | 1,749,900.67 | $ 1,455.95 |
| 7/28/22 23:14 | Trade | 1,931,066.43 | $ 1,774.09 |
| 8/2/22 10:28 | Trade | 1,366,821.30 | $ 1,427.67 |
| 8/2/22 22:09 | Trade | 1,330,343.14 | $ 1,082.77 |
| 8/14/22 19:37 | Trade | 2,071,218.79 | $ 1,081.69 |
| 8/16/22 16:06 | Trade | 2,109,200.15 | $ 1,086.75 |
| 8/18/22 18:12 | Trade | 3,098,331.51 | $ 1,617.22 |
| 8/22/22 04:32 | Trade | 2,288,576.09 | $ 1,086.24 |
| 8/23/22 05:44 | Trade | 2,343,072.11 | $ 1,080.38 |
| 8/26/22 00:19 | Trade | 3,204,324.98 | $ 1,345.33 |
| 9/1/22 21:41 | Trade | 5,670,547.03 | $ 2,426.90 |
| 10/8/22 18:20 | Trade | 3,696,023.34 | $ 852.17 |
| 10/13/22 04:31 | Trade | 7,288,706.44 | $ 1,080.74 |
| 12/2/24 16:33 | Withdrawal | 50,000.00 | $ (0.09) |
| 12/2/24 16:33 | Withdrawal | 30,000.00 | $ (0.05) |
| 12/2/24 16:33 | Withdrawal | 920,000.00 | $ (1.57) |
| 12/2/24 16:41 | Withdrawal | 2,300,000.00 | $ (3.92) |
| 12/2/24 16:41 | Withdrawal | 1,380,000.00 | $ (2.35) |
| 12/2/24 16:41 | Withdrawal | 42,320,000.00 | $ (72.22) |
| 1/9/25 05:07 | Trade | 424,885.71 | $ 50.07 |
| 1/9/25 05:10 | Trade | 4,147,848.30 | $ 490.31 |
| 1/11/25 03:30 | Trade | 4,089,500.40 | $ 543.72 |
| 5/22/22 22:17 | Trade | 652,577.00 | $ 382.11 |
| 5/22/22 22:22 | Trade | 592,499.00 | $ 347.39 |

| Date (UTC) | Type | Volume/Quantity | Approximate Price (USD) |
|---|---|---|---|
| 1/16/25 02:30 | Trade | 3,392,387.89 | $ 540.43 |
| 1/21/25 10:55 | Deposit | 4,234,741.31 | $ 498.43 |
| 1/21/25 10:58 | Deposit | 4,207,662.58 | $ 495.24 |
| 1/21/25 11:05 | Deposit | 4,171,528.63 | $ 499.92 |
| 1/21/25 11:07 | Deposit | 4,146,021.08 | $ 496.86 |
| 2/1/25 00:15 | Trade | 5,195,443.46 | $ 811.99 |
| 2/1/25 00:18 | Trade | 5,150,002.78 | $ 811.99 |

**Total $FJB/$PPY Token Purchased:** **124,138,930**

**Net $FJB/$PPY Token Purchased:** **77,138,930**

**Net Funds Expended:** **$58,730.98**

**Trading Loss:** **$58,730.98**