**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

ANDREW BARR, on behalf of himself and all others similarly situated,
502 S Linn Ave
Belle, MO 65013

Plaintiff,

v.

STEPHEN K. BANNON,
210 A Street NE
Washington, D.C. 20002

BORIS EPSHTEYN,
3131 Connecticut Ave NW Apt 2503
Washington, D.C. 20008

SARAH ABDUL a/k/a Sarah Abdul Razzaq a/k/a Sarah Abdulrazzi a/k/a Sarah Abdul Williams a/k/a Sarah Abdul Elliott,
3443 S Joshua Tree Ln
Gilbert, AZ 85297

GRANT TRAGNI,
3009 Loso Ter
Charlotte, NC 28217

LET'S GO BRANDON COIN LLC,
A Registered Agent, Inc.
8 The Green, Ste A
Dover, DE 19901

PATRIOT PAY LLC,
A Registered Agent, Inc.
8 The Green, Ste A
Dover, DE 19901

WARROOM LLC,
United Corporate Services, Inc.
1912 Capitol Ave Ste 500
Cheyenne, WY 82001

Case No. 1:26-cv-00452

354 NOD HILL LLC, and
210 A Street NE
Washington, D.C. 20002

TWINDS LLC,
3131 Connecticut Ave NW Apt 2503
Washington, D.C. 20008

Defendants.

**NOTICE OF ERRATA**

Plaintiff Andrew Barr provides this Honorable Court notice of errata, in response to the Court's notice dated February 13, 2026.

*First*, Plaintiff is correcting the Complaint to comply with LCvR 5.1(c) by providing the full address of each party to this suit.

*Second*, Plaintiff is correcting the summonses identified as incomplete by providing the defendant's address in each summons pertaining to that defendant.

Enclosed is the Complaint with the full address of each party to this suit listed in the caption. Plaintiff will separately file the corrected summonses, pursuant to the Court's notice.

Dated: February 13, 2026

Respectfully submitted,

*/s/ Eric S. Rosen*

Eric S. Rosen (SBN NY0671)
Constantine P. Economides (*pro hac vice* forthcoming)
Yusef Al-Jarani (*pro hac vice* forthcoming)
**DYNAMIS LLP**
175 Federal Street, Suite 1200
Boston, Massachusetts 02110
(305) 985-2959
ceconomides@dynamisllp.com
erosen@dynamisllp.com
yaljarani@dynamisllp.com

*Counsel to Plaintiff and the Proposed Class*