**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

ANDREW BARR, on behalf of himself and all others similarly situated,
502 S Linn Ave
Belle, MO 65013

Plaintiff,

v.

STEPHEN K. BANNON,
210 A Street NE
Washington, D.C. 20002

BORIS EPSHTEYN,
3131 Connecticut Ave NW Apt 2503
Washington, D.C. 20008

SARAH ABDUL a/k/a Sarah Abdul Razzaq a/k/a Sarah Abdulrazzi a/k/a Sarah Abdul Williams a/k/a Sarah Abdul Elliott,
3443 S Joshua Tree Ln
Gilbert, AZ 85297

GRANT TRAGNI,
3009 Loso Ter
Charlotte, NC 28217

LET'S GO BRANDON COIN LLC,
A Registered Agent, Inc.
8 The Green, Ste A
Dover, DE 19901

PATRIOT PAY LLC,
A Registered Agent, Inc.
8 The Green, Ste A
Dover, DE 19901

WARROOM LLC,
United Corporate Services, Inc.
1912 Capitol Ave Ste 500
Cheyenne, WY 82001

Case No. 1:26-cv-00452

354 NOD HILL LLC, and
210 A Street NE
Washington, D.C. 20002

TWINDS LLC,
3131 Connecticut Ave NW Apt 2503
Washington, D.C. 20008

Defendants.

**[PROPOSED] ORDER GRANTING MOTION FOR ADMISSION OF ATTORNEY YUSEF AL-JARANI *PRO HAC VICE***

The Court has reviewed Plaintiff's motion for admission of attorney Yuself Al-Jarani *pro hac vice*. Upon consideration of that motion, the Court grants attorney Yusef Al-Jarani *pro hac vice* admission to this court.

IT IS SO ORDERED.

DATED: ________________

______________________________
United States District Judge