**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ANDREW BARR,<br><br>Plaintiff,<br><br>v.<br><br>BANNON et al.,<br><br>Defendant. | Case No. 1:26-cv-00452-ACR<br><br>HON. ANA C. REYES |

**<u>CONSENT MOTION FOR EXTENSION OF TIME TO FILE ANSWER</u>**

1. Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), Defendant Grant Tragni respectfully moves, with Plaintiff Andrew Barr's consent, to extend the time to respond to Plaintiff's Complaint, ECF No. 1. Federal Rule of Civil Procedure 12(a)(1)(A) provides: "A defendant must serve an answer within 21 days after being served with the summons and complaint." Defendant's Answer is currently due on March 18, 2026. Defendant requests the Court issue an order extending this deadline to April 17, 2026. The parties conferred pursuant to Local Civil Rule 7(m), and Plaintiff consents to the extension Defendant seeks.

2. Good cause exists to grant the extension Defendant seeks. *See* Fed. R. Civ. P. 6(b)(1)(A). This is Defendant's first request for an extension of the deadline to respond to the Complaint. Defendant recently retained counsel in this matter and seeks an extension to evaluate the allegations in the Complaint. An extension will not prejudice Plaintiff and will not alter the date of any event or deadline already fixed by Court order.

Accordingly, Defendant Grant Tragni respectfully requests that the Court grant a 30-day extension, with Defendant's Answer to be filed on or before April 17, 2026.

Dated: March 10, 2026

Respectfully submitted,

By: */s/ Mark A. Smith*_________

Mark A. Smith (D.C. Bar No. 439116)
Smith Dozier, LLC
1701 Pennsylvania Avenue, NW
Suite 200
Washington, DC 20006
Telephone: (202) 870-1299
masmith@smithdozier.com

*Counsel for Defendant Grant Tragni*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 10, 2026, a copy of the foregoing Consent Motion for Extension of Time to File Answer was filed via the Court's electronic filing system, and served via that system upon all parties required to be served.

Dated: March 10, 2026

By: */s/ Mark A. Smith*
Mark A. Smith