**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ANDREW BARR,<br><br>Plaintiff,<br><br>v.<br><br>BANNON et al.,<br><br>Defendant. | Case No. 1:26-cv-00452-ACR<br><br>HON. ANA C. REYES |

**[PROPOSED] ORDER FOR EXTENSION OF TIME TO FILE ANSWER**

Upon consideration of the Motion for Extension of Time to File Answer, dated March 10, 2026, brought by Defendant Grant Tragni, it is hereby **ORDERED** that:

1. The Motion for Extension of Time to File Answer is GRANTED; and
2. Defendant Grant Tragni's Answer is to be filed on or before April 17, 2026.

**SO ORDERED.**

Dated: _____________ By: ___________________________
JUDGE ANA C. REYES