**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **ANDREW BARR,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**BANNON et al.,**<br><br>**Defendant.** | **Case No. 1:26-cv-00452-ACR**<br><br>**HON. ANA C. REYES** |

**<u>NOTICE OF LAW FIRM CHANGE OF ADDRESS</u>**

Mark A. Smith, of the law firm Smith Dozier, LLC, D.C. Bar No. 439116, counsel for Defendant Grant Tragni, hereby submits correct information for his firm. When Mr. Smith filed a Consent Motion For Extension of Time To File Answer, the system erroneously provided an address associated with Mr. Smith's former firm, Smith Mustille, LLC. That information is incorrect and has been the subject of corrective filings in another case in this courthouse. The address currently associated with Mr. Smith and his firm is follows:

Mark A. Smith Bar # 439116
1701 Pennsylvania Avenue, NW
Suite 200
Washington, D.C. 20006

(202) 870-1299
masmith@smithdozier.com

*Counsel for Defendant Grant Tragni*

This notice is filed with the intention of eliminating any other address and telephone number associated with the firm that exist in the databanks of the United States District Court for the District of Columbia. The firm name is neither Smith Mustille nor Smith Cowett; It is Smith Dozier, LLC. This, or any other active case, should reflect the information submitted herein. The new address and telephone number for the firm are as follows:

Smith Dozier, LLC
1701 Pennsylvania Avenue, NW
Suite 200
Washington, DC 20006
202.870.1299.

Dated: March 10, 2026

Respectfully submitted,

SMITH DOZIER, LLC

By: *__/s/ Mark A. Smith__*

Mark A. Smith Bar # 439116
1701 Pennsylvania Avenue, NW
Suite 200
Washington, D.C. 20006
(202) 870-1299
masmith@smithdozier.com

*Counsel for Defendant, Grant Tragni.*