# PROOF OF SERVICE

| | |
|---|---|
| **State:** | DISTRICT OF COLUMBIA |
| **Court:** | UNITED STATES DISTRICT AND BANKRUPTCY COURTS FOR THE DISTRICT OF COLUMBIA |
| **County:** | -- |
| **Plaintiff/ Petitioner:** | ANDREW BARR, et al. |
| **Defendant/ Respondent:** | STEPHEN K. BANNON, et al. |
| **Case Number:** | 1:26-cv-00452-ACR |
| **Index/Docket Number:** | -- |

I, Bradley Adams, being first duly sworn, deposes and says that: I am over the age of 21 years old and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

I served GRANT TRAGNI the SUMMONS IN A CIVIL ACTION, NOTICE OF RIGHT TO CONSENT TO TRIAL, NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE, PLAINTIFF CERTIFICATION UNDER THE FEDERAL SECURITIES LAWS, CIVIL COVER SHEET, NOTICE OF ERRATA, CLASS ACTION COMPLAINT` as follows:

| | |
|---|---|
| **Serve/Non Serve Date:** | 2/24/2026 |
| **Location of Serve:** | Residence |
| **Manner of Service:** | Personal |
| **Street Address:** | 3009 Loso Ter<br>Charlotte, NC 28217 |

| | |
|---|---|
| **Person Served:** | Grant Tragni |
| **Description:** | *(if served)* |
| Age | 35-39 |
| Hair Color | Black |
| Sex | Male |
| Race | White |
| Height | 6'1"-6'4" |
| Weight | 160-180 lbs |
| Marital Status | N/A |
| Military Status | N/A |
| Military Branch | |
| Active in Military? | |
| Other notable details | |

| **Process Server** | ***Bradley Adams*** | | |
|---|---|---|---|
| **Attempt Date** | **Attempt Time** | **Served?** | **Comments (home/vehicle description, talked to neighbors etc.)** |
| 2/24/2026 | 12:00 PM | Yes | Personally served |

Signature of Process Server Bradley Adams Date 3-2-2026