AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:26-cv-00452

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Warroom LLC c/o United Corp Serv.

was received by me on *(date)* 2-23-26

❒ I personally served the summons on the individual at *(place)* ______ on *(date)* ______ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______ , a person of suitable age and discretion who resides there, on *(date)* ______ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Jade Knebl office Asst who is designated by law to accept service of process on behalf of *(name of organization)* UCS 1912 Capitol Ave Suite 500 on *(date)* ______ ; or

❒ I returned the summons unexecuted because ______ ; or

☒ Other *(specify)*:

20s, F, W, 5'5, 115, Blk, N/A

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0

I declare under penalty of perjury that this information is true.

Date: 2-24-26

[signature]

*Server's signature*

Greg Goodwine

*Printed name and title*

Cheyenne WY

*Server's address*

Additional information regarding attempted service, etc:

Print | Save As... | Reset