AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Columbia

ANDREW BARR, on behalf of himself and others similarly situated
*Plaintiff*
v.
Stephen K. Bannon, Et al.
*Defendant*

Case No. 1:26-00452

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

ANDREW BARR .

Date: 04/10/2026

/s/ Yusef Al-Jarani
*Attorney's signature*

Yusef Al-Jarani (Pro Hac Vice)
*Printed name and bar number*

1100 Glendon Ave., 17th Floor
Los Angeles, CA 90024
*Address*

yaljarani@dynamisllp.com
*E-mail address*

(213) 283-0682
*Telephone number*

*FAX number*