**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ANDREW BARR, | |
| Plaintiff, | Case No. 1:26-cv-00452-ACR |
| v. | HON. ANA C. REYES |
| BANNON et al., | |
| Defendants. | |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF CLAIMS**
**ASSERTED AGAINST DEFENDANT GRANT TRAGNI**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby voluntarily dismisses without prejudice all of its claims against only Defendant Grant Tragni in the above-captioned action. Dismissal under Rule 41(a)(1)(A)(i) is proper because Grant Tragni has neither answered the complaint nor moved for summary judgment.

Dated: April 17, 2026                    Respectfully submitted,

/s/ Eric S. Rosen
Constantine P. Economides
Yusef Al-Jarani
**DYNAMIS LLP**
175 Federal Street, Suite 1200
Boston, Massachusetts 02110
(305) 985-2959
ceconomides@dynamisllp.com
erosen@dynamisllp.com
yaljarani@dynamisllp.com

*Counsel to Plaintiff and the Proposed Class*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 17, 2026, I electronically filed the foregoing with the Clerk of the Court via the CM/ECF filing system, which will then send a notification of such filing to all counsel of record.

Dated: April 17, 2026

/s/ Eric S. Rosen
Eric S. Rosen (DC Bar # NY0671)
Constantine P. Economides
Yusef Al-Jarani
**DYNAMIS LLP**
175 Federal Street, Suite 1200
Boston, Massachusetts 02110
(305) 985-2959
ceconomides@dynamisllp.com
erosen@dynamisllp.com
yaljarani@dynamisllp.com

*Counsel to Plaintiff and the Proposed Class*