**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

ANDREW BARR, on behalf of himself and all others similarly situated,
502 S Linn Ave
Belle, MO 65013

Plaintiff,

v.

STEPHEN K. BANNON,
210 A Street NE
Washington, D.C. 20002

BORIS EPSHTEYN,
3131 Connecticut Ave NW Apt 2503
Washington, D.C. 20008

SARAH ABDUL a/k/a Sarah Abdul Razzaq a/k/a Sarah Abdulrazzi a/k/a Sarah Abdul Williams a/k/a Sarah Abdul Elliott,
3443 S Joshua Tree Ln
Gilbert, AZ 85297

GRANT TRAGNI,
3009 Loso Ter
Charlotte, NC 28217

LET'S GO BRANDON COIN LLC,
A Registered Agent, Inc.
8 The Green, Ste A
Dover, DE 19901

PATRIOT PAY LLC,
A Registered Agent, Inc.
8 The Green, Ste A
Dover, DE 19901

WARROOM LLC,
United Corporate Services, Inc.
1912 Capitol Ave Ste 500
Cheyenne, WY 82001

Case No. 1:26-cv-00452

354 NOD HILL LLC, and
210 A Street NE
Washington, D.C. 20002

TWINDS LLC,
3131 Connecticut Ave NW Apt 2503
Washington, D.C. 20008

Defendants.

**MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to LCvR 83.2(d) of the Local Rules of the United States District Court for the District of Columbia, Plaintiff moves for the admission and appearance of attorney Constantine P. Economides *pro hac vice* in the above-captioned matter. This motion is supported by the Declaration of Constantine P. Economides, filed herewith. As set forth in Mr. Economides' declaration, he is admitted and an active member in good standing in the following courts and bars: New York, California, District of Columbia, Florida, the U.S. District Court for the District of Colorado, the U.S. District Court for the Middle District of Florida, the U.S. District Court for the Northern District of Florida, the U.S. District Court for the Southern District of Florida, the U.S. District Court for the Eastern District of New York, the U.S. District Court for the Southern District of New York, the U.S. District Court for the Northern District of Illinois, the U.S. District Court for the Northern District of California, and the U.S. Circuit Court of Appeals for the Ninth Circuit. This motion is supported and signed by Eric S. Rosen, an active and sponsoring member of the Bar of this Court.

For the foregoing reasons, Plaintiff respectfully requests that the motion be granted.

Dated: May 4, 2026

Respectfully submitted,

*/s/ Eric S. Rosen*
Eric S. Rosen (DC Bar # NY0671)
**DYNAMIS LLP**
175 Federal Street, Suite 1200
Boston, Massachusetts 02110
(305) 985-2959
erosen@dynamisllp.com

*Counsel to Plaintiff and the Proposed Class*