**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| ANDREW BARR, on behalf of himself and all others similarly situated,<br>502 S Linn Ave<br>Belle, MO 65013<br><br>Plaintiff,<br><br>v.<br><br>STEPHEN K. BANNON,<br>210 A Street NE<br>Washington, D.C. 20002<br><br>BORIS EPSHTEYN,<br>3131 Connecticut Ave NW Apt 2503<br>Washington, D.C. 20008<br><br>SARAH ABDUL a/k/a Sarah Abdul Razzaq a/k/a Sarah Abdulrazzi a/k/a Sarah Abdul Williams a/k/a Sarah Abdul Elliott,<br>3443 S Joshua Tree Ln<br>Gilbert, AZ 85297<br><br>GRANT TRAGNI,<br>3009 Loso Ter<br>Charlotte, NC 28217<br><br>LET'S GO BRANDON COIN LLC,<br>A Registered Agent, Inc.<br>8 The Green, Ste A<br>Dover, DE 19901<br><br>PATRIOT PAY LLC,<br>A Registered Agent, Inc.<br>8 The Green, Ste A<br>Dover, DE 19901<br><br>WARROOM LLC,<br>United Corporate Services, Inc.<br>1912 Capitol Ave Ste 500<br>Cheyenne, WY 82001 | Case No. 1:26-cv-00452 |

354 NOD HILL LLC, and
210 A Street NE
Washington, D.C. 20002

TWINDS LLC,
3131 Connecticut Ave NW Apt 2503
Washington, D.C. 20008

Defendants.

**[PROPOSED] ORDER GRANTING MOTION FOR ADMISSION OF ATTORNEY CONSTANTINE P. ECONOMIDES PRO HAC VICE**

The Court has reviewed Plaintiff's motion for admission of attorney Constantine P. Economides *pro hac vice*. Upon consideration of that motion, the Court grants attorney Constatntine P. Economides *pro hac vice* admission to this court.

IT IS SO ORDERED.

DATED: _________________

_________________________________
United States District Judge