**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| ANDREW BARR, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>STEPHEN K. BANNON, BORIS EPSHTEYN, SARAH ABDUL a/k/a Sarah Abdul Razzaq a/k/a Sarah Abdulrazzi a/k/a Sarah Abdul Williams a/k/a Sarah Abdul Elliott, LET'S GO BRANDON COIN LLC, PATRIOT PAY LLC, WARROOM LLC, 354 NOD HILL LLC, and TWINDS LLC,<br><br>Defendants. | Case No. 1:26-cv-00452-ACR |

**MOTION OF ANDREW BARR FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in support of his motion filed herewith and the Declaration of Eric S. Rosen and the exhibits attached thereto, Plaintiff Andrew Barr ("Barr"), at a date and time to be set by the Court, before the Honorable Ana C. Reyes, at the United States District Court for the District of Columbia, located at 333 Constitution Avenue N.W., Washington, D.C. 20001, will respectfully move this Court, pursuant to Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), for an Order: (1) appointing Barr as Lead Plaintiff on behalf of all persons or entities that purchased or otherwise acquired Let's Go Brandon Coin ($FJB) and/or Patriot Pay ($PPY) tokens between December 6,

2021 and February 12, 2025, inclusive (the "Class"); and (2) approving Lead Plaintiff's selection of Dynamis LLP as Lead Counsel for the Class.

As set forth more fully in the accompanying Memorandum of Law, Barr is the "most adequate plaintiff" under the PSLRA. Barr filed the operative Complaint, is the movant with the largest financial interest in the relief sought by the Class—having lost approximately $58,730.98 on his Class-Period investments in $FJB and $PPY tokens—and otherwise satisfies the typicality and adequacy requirements of Federal Rule of Civil Procedure 23. Barr has further submitted a sworn certification declaring that he has reviewed the Complaint and is willing to serve as a representative party on behalf of the Class, including by providing testimony at deposition and trial if necessary, and he has retained Dynamis LLP—counsel highly experienced in securities class action and complex cryptoasset litigation—to represent him and the Class.

WHEREFORE, Barr respectfully requests that the Court enter the accompanying Proposed Order: (1) appointing Barr as Lead Plaintiff in this Action and any subsequently consolidated or related actions; and (2) approving Lead Plaintiff's selection of Dynamis LLP as Lead Counsel for the Class.

**LCvR 7(m) Statement.** As of the filing of this Motion, no defendant has appeared in this Action; accordingly, no opposing counsel of record was available with whom to confer regarding the relief sought.

Dated: May 4, 2026

Respectfully submitted,

*/s/ Yusef Al-Jarani*
Eric S. Rosen (SBN NY0671)
Constantine P. Economides (*pro hac vice* pending)
Yusef Al-Jarani (*pro hac vice*)
**DYNAMIS LLP**
175 Federal Street, Suite 1200
Boston, Massachusetts 02110
(305) 985-2959
ceconomides@dynamisllp.com
erosen@dynamisllp.com
yaljarani@dynamisllp.com

*Counsel to Plaintiff and the Proposed Class*