**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| ANDREW BARR, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>STEPHEN K. BANNON, BORIS EPSHTEYN, SARAH ABDUL a/k/a Sarah Abdul Razzaq a/k/a Sarah Abdulrazzi a/k/a Sarah Abdul Williams a/k/a Sarah Abdul Elliott, LET'S GO BRANDON COIN LLC, PATRIOT PAY LLC, WARROOM LLC, 354 NOD HILL LLC, and TWINDS LLC,<br><br>Defendants. | Case No. 1:26-cv-00452-ACR |

**DECLARATION OF ERIC S. ROSEN IN SUPPORT OF MOTION OF ANDREW BARR FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**

I, Eric S. Rosen, hereby declare under penalty of perjury as follows:

1. I am a founding partner at the law firm of Dynamis LLP ("Dynamis"), counsel for plaintiff Andrew Barr ("Barr") in the above-captioned action (the "Action"). I am a member in good standing of the Bar of this Court. I have personal knowledge of the matters set forth in this Declaration, and if called upon to do so, I could and would testify competently thereto.

2. I respectfully submit this Declaration in support of Barr's Motion for Appointment as Lead Plaintiff and Approval of Selection of Counsel (the "Motion"), in which Barr seeks an Order: (1) appointing him as Lead Plaintiff for the Class; and (2) approving his selection of Dynamis as Lead Counsel for the Class.

3. Attached to this Declaration as the exhibits indicated are true and correct copies of the following:

a. **Exhibit A**: Press release published over GlobeNewswire on March 4, 2026, announcing the pendency of the Action;

b. **Exhibit B**: Plaintiff Certification of Andrew Barr, executed on February 12, 2026, including Schedule A setting forth Mr. Barr's transactions in $FJB and $PPY tokens and his approximate financial loss; and

c. **Exhibit C**: Firm Resume of Dynamis LLP.

4. Pursuant to Local Civil Rule 7(m), as of the filing of the Motion, no defendant has appeared in this Action; accordingly, no opposing counsel of record was available with whom to confer regarding the relief sought in the Motion.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 4th day of May, 2026, in Boston, Massachusetts.

*/s/ Eric S. Rosen*
Eric S. Rosen