# EXHIBIT A

*Press Release Announcing Pendency of the Action*
*(GlobeNewswire, March 4, 2026)*

***Source:*** *Dynamis LLP*

*March 04, 2026 11:00 ET*

# Deadline Alert: Dynamis LLP Notifies $FJB/$PPY Crypto Token Investors of a Class Action Lawsuit Against Patriot Pay, LLC and Upcoming Deadline

WASHINGTON, March 04, 2026 (GLOBE NEWSWIRE) -- Dynamis LLP provides notice to investors of a class action lawsuit filed in the U.S. District Court for the District of Columbia on behalf of investors who purchased or otherwise acquired Let's Go Brandon Coin ($FJB) and/or Patriot Pay ($PPY) tokens between December 6, 2021 and February 12, 2025, inclusive (the "Class Period").

**IF YOU SUFFERED A LOSS ON YOUR $FJB OR $PPY INVESTMENTS, CLICK HERE OR CONTACT US TO PARTICIPATE IN THE LAWSUIT.**

Investors have until **May 4, 2026** to file a motion with the Court to be appointed as lead plaintiff in this action.

**What Is the Lawsuit About?**

The complaint alleges that Defendants Let's Go Brandon Coin LLC, Patriot Pay LLC, Stephen K. Bannon, Boris Epshteyn, Sarah Abdul, Grant Tragni, and related entities violated federal securities laws by offering and selling unregistered securities and making materially false and misleading statements regarding $FJB and $PPY. Defendants allegedly: (i) marketed $FJB and $PPY as decentralized, censorship-resistant digital tokens while retaining centralized control over smart contracts and token wallets; (ii) failed to disclose that transaction-based "marketing" and "charity" fees were used for non-designated purposes; (iii) failed to disclose insider fee exemptions and over-the-counter sales; (iv) misrepresented the tokens as a safer store of value than fiat currency; (v) misrepresented their level of commitment to promoting and developing the token; and (vi) failed to distribute promised liquidity proceeds after disabling trading.

**What Is a Lead Plaintiff?**

A lead plaintiff is a representative party acting on behalf of other class members in directing the litigation. Any investor who purchased or otherwise acquired $FJB and/or $PPY during the Class Period may seek appointment as lead plaintiff.

You do not need to seek appointment as lead plaintiff to share in any potential recovery.

**Contact Us to Participate or Learn More:**

If you wish to discuss this action or your rights, please contact:

DYNAMIS LLP
Constantine P. Economides
1 SE 3rd Ave., Suite 1000
Miami, Florida 33131
Phone: 305-985-2959
Email: ceconomides@dynamisllp.com
Website: https://www.dynamisllp.com/

To be a member of the class action, you need not take any action at this time; you may retain counsel of your choice or take no action and remain an absent member of the class action.

*Attorney Advertising. Prior results do not guarantee similar outcomes.*