# EXHIBIT C

*Firm Resume of Dynamis LLP*

# DYNAMIS LLP

## FIRM RESUME

www.dynamisllp.com

# Firm Overview

Dynamis LLP is a national litigation boutique focused on cutting-edge civil and criminal litigation, with particular expertise in cryptoassets. Founded by former federal prosecutors and senior litigators from leading national and elite litigation boutiques, the firm represents individuals, companies, and class representatives in federal and state courts and arbitration tribunals throughout the United States.

Dynamis attorneys provide zealous, aggressive, and sophisticated advocacy in matters involving white-collar criminal and regulatory defense, government and internal investigations, business disputes and commercial litigation, financial services and securities, class actions, cryptocurrency and blockchain, international disputes (including FCPA), whistleblower lawsuits, and real estate litigation.

> Dynamis is recognized by *Chambers* as a leading U.S. law firm, with attorneys ranked in *Chambers*'s New York City Elite and Boston Elite white-collar crime tables.

# Class Action Practice

Dynamis represents plaintiffs and defendants in complex class actions, mass arbitrations, and aggregate litigation nationwide—including in securities fraud, consumer protection, cryptoasset, and data-breach matters. The firm's attorneys are deeply familiar with Rule 23, the PSLRA, and the strategic and procedural nuances of class actions.

## Securities Fraud

Dynamis attorneys have served as lead or co-lead counsel in nationwide securities fraud class actions. The firm currently represents parties in multiple pending securities fraud actions.

## Cryptocurrency and Blockchain

Dynamis is at the forefront of cryptoasset class action litigation. The firm currently prosecutes a landmark RICO action against Binance—the world's largest cryptocurrency exchange—on behalf of "pig butchering" fraud victims; filed a class action against Eqonex for securities fraud; and represents consumers in data-breach litigation involving cryptoasset hardware wallets.

### Mass Arbitration & Class Action Defense

The firm represents both companies defending against mass arbitration demands and individuals pursuing claims through coordinated arbitration proceedings. On the defense side, Dynamis has secured dismissals with prejudice in major consumer cases and successfully defended national corporations in consumer and securities class actions across multiple federal districts.

## Selected Class Action and Securities Engagements

- Counsel for putative class of "pig butchering" fraud victims in landmark RICO action against the world's largest cryptocurrency exchange. *Licht v. Binance*, No. 24-10447 (D. Mass.).
- Counsel for plaintiffs in PSLRA class action against Eqonex Limited, a now-defunct cryptoasset company, alleging securities fraud. *Zhao v. Eqonex Limited*, No. 1:23-cv-03346-GHW (S.D.N.Y.).
- Counsel for putative class of consumers victimized by data breach involving cryptoasset hardware wallets; matter currently in jurisdictional discovery. *Baton v. Ledger SAS*, No. 3:21-cv-02470-EMC (N.D. Cal.).
- Counsel for 118 individual claimants in coordinated mass arbitration against Coinbase concerning the Coinbase Wallet.
- Counsel for investors prosecuting breach-of-contract and fraud claims against note issuers in cryptocurrency project. *Chitty v. Portal*, No. 2024-1129-NAC (Del. Ch.).
- Defense counsel for Unicoin, Inc. in pending Securities and Exchange Commission enforcement action involving cryptoasset securities. *SEC v. Unicoin, Inc.*, No. 1:25-cv-04245-AS (S.D.N.Y.).
- Defense counsel for former Chief Financial Officer of bankrupt cryptocurrency lender Celsius Network in PSLRA securities class action. *Goines v. Celsius Network, LLC*, No. 22-cv-04560 (D.N.J.).
- Defense counsel obtaining dismissal with prejudice on behalf of former Chief Financial Officer in putative class action against publicly traded biotechnology company. *Beal v. Gritstone*, No. 24-cv-03640 (N.D. Cal.).
- Defense counsel for individual defendant in putative class action concerning Roblox's platform and digital currency. *Soucek v. Roblox Corporation*, No. 23-cv-04146 (N.D. Cal.).
- Defense counsel for individual and cryptoasset company in putative class action arising from a 2017 initial coin offering; secured favorable resolution following entry of default judgment. *Balestra v. Cloud With Me Ltd.*, No. 2:18-cv-00804-MRH-LPL (W.D. Pa.).

# Attorneys Principally Responsible for This Action

## Eric S. Rosen — *Founding Partner | Boston & New York*

Eric S. Rosen is a nationally recognized former federal and state prosecutor whose practice focuses on white-collar criminal defense, corporate investigations, and complex civil litigation, with particular expertise in money laundering, market manipulation, securities fraud, cross-border litigation and investigations, cryptocurrency, and healthcare fraud. He is one of the leading cryptoasset attorneys in the country and has represented numerous lead plaintiffs in securities fraud class actions filed in federal courts nationwide.

Mr. Rosen served as an Assistant United States Attorney in Pittsburgh and Boston for nearly nine years. As a federal prosecutor, he was the lead attorney in *Operation Varsity Blues*, the seminal college admissions case—one of the largest white-collar prosecutions in United States history. Mr. Rosen began his legal career as an Assistant District Attorney in Manhattan and clerked for the Honorable Robert P. Patterson, Jr. of the United States District Court for the Southern District of New York.

**Education.** Columbia Law School, J.D. (2005); School of Oriental and African Studies, LL.M. (2005); Harvard College, B.A. *cum laude* in Government (2000).

**Bar Admissions.** Massachusetts; New York. **Federal:** Southern and Eastern Districts of New York; District of Massachusetts; Western District of Pennsylvania; District of Colorado; District of Columbia; Second, Fifth, and D.C. Circuits.

**Recognition.** *Chambers* — New York City Elite Top-Tier and Boston Elite Leading Lawyer for white-collar crime.

## Constantine P. Economides — *Founding Partner | Miami & Boston*

Constantine P. Economides has wide-ranging litigation experience, with expertise in commercial, securities, cryptoasset, international, and class action litigation. Over the past sixteen years, he has represented litigants in some of the most notable fraud-based disputes in United States history. He was part of the team that recovered over $11 billion on behalf of the victims of Bernard Madoff's Ponzi scheme and recovered funds on behalf of investors defrauded by Theranos, Inc. and its founder, Elizabeth Holmes. Before founding Dynamis, Mr. Economides clerked for the Honorable William P. Dimitrouleas of the United States District Court for the Southern District of Florida, where he assisted in adjudicating over 100 civil cases.

Mr. Economides is co-founder of the Federal Bar Association's Federal Judicial Law Clerk Committee and an Adjunct Professor at The Ohio State University Moritz College of Law, where he teaches *Cryptoasset & Fintech Litigation and Disputes*.

**Education.** New York University School of Law, LL.M. (International Legal Studies); The Ohio State University Moritz College of Law, J.D.; University of California, Santa Barbara, B.A.

**Bar Admissions.** Florida; New York; California; District of Columbia. **Federal:** Northern, Middle, and Southern Districts of Florida; Southern and Eastern Districts of New York; Northern District of Illinois; Northern District of California; Ninth Circuit.

## Yusef Al-Jarani *— Counsel | Los Angeles*

Yusef Al-Jarani focuses on complex litigation, investigations, and international disputes. Mr. Al-Jarani guides clients through all phases of litigation, from strategy and pre-suit investigations to trial and appeal, and has extensive experience drafting dispositive motions, defending depositions, and managing large-scale discovery. His representations include serving on the trial team defending a major technology company in a high-profile privacy class action seeking $5 billion in damages (resulting in a favorable zero-money settlement); serving on the trial team representing the former CEO of a major Chinese e-commerce company in a $1 billion lawsuit (resulting in a favorable settlement); and preparing dispositive motion and appellate briefing in a $700 million action against leading French companies (contributing to a dismissal order and summary affirmance).

Mr. Al-Jarani began his legal career as a judicial law clerk to the Honorable Jeffrey A. Meyer of the United States District Court for the District of Connecticut and then-Chief Judge Jeffrey R. Howard of the United States Court of Appeals for the First Circuit. He thereafter practiced at one of the largest litigation firms in the world before joining Dynamis.

**Education.** Yale Law School, J.D. (Justice John Paul Stevens Fellow; Policy Editor, *Yale Law & Policy Review*); University of Cambridge, MPhil (Gates Cambridge Scholar); University of Chicago, B.A. (Harry S. Truman Scholar; Critical Language Scholar; Phi Beta Kappa).

**Bar Admissions.** California; Massachusetts; New York. **Federal:** Central and Northern Districts of California; Ninth Circuit.

# Office Locations

**BOSTON**
175 Federal Street, Suite 1200, Boston, MA 02110

**MIAMI**
1 SE 3rd Avenue, Suite 1000, Miami, FL 33131

**LOS ANGELES**
1100 Glendale Avenue, 17th Floor, Los Angeles, CA

**NEW YORK**
233 Broadway, Suite 1750, New York, NY 10279

**NEW JERSEY**
200 Connell Drive, Berkeley Heights, NJ 07922

**ONLINE**
www.dynamisllp.com