**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| ANDREW BARR, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>STEPHEN K. BANNON, BORIS EPSHTEYN, SARAH ABDUL a/k/a Sarah Abdul Razzaq a/k/a Sarah Abdulrazzi a/k/a Sarah Abdul Williams a/k/a Sarah Abdul Elliott, LET'S GO BRANDON COIN LLC, PATRIOT PAY LLC, WARROOM LLC, 354 NOD HILL LLC, and TWINDS LLC,<br><br>Defendants. | Case No. 1:26-cv-00452-ACR |

**[PROPOSED] ORDER APPOINTING LEAD PLAINTIFF AND APPROVING SELECTION OF COUNSEL**

WHEREAS, Plaintiff Andrew Barr ("Barr") has moved this Court, pursuant to Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), for an Order: (1) appointing Barr as Lead Plaintiff for the Class; and (2) approving Barr's selection of Dynamis LLP as Lead Counsel for the Class; and the Court having considered the Motion of Andrew Barr for Appointment as Lead Plaintiff and Approval of Selection of Counsel, the Memorandum of Law in support thereof, the Declaration of Eric S. Rosen and the exhibits attached thereto, and any opposition or response to the foregoing;

IT IS HEREBY ORDERED THAT:

1. The Court hereby appoints Andrew Barr as Lead Plaintiff in the above-captioned action (the "Action"). Barr satisfies the requirements for appointment as Lead Plaintiff pursuant to Section 21D(a)(3)(B)(iii) of the PSLRA.

2. Lead Plaintiff, pursuant to Section 21D(a)(3)(B)(v) of the PSLRA, has selected and retained Dynamis LLP as Lead Counsel for the Class in the Action, and the Court hereby approves that selection.

3. Lead Counsel shall have the following responsibilities and duties, to be carried out either personally or through counsel whom Lead Counsel shall designate:

   (a) to coordinate the briefing and argument of motions;

   (b) to coordinate the conduct of discovery proceedings;

   (c) to coordinate the examination of witnesses in depositions;

   (d) to coordinate the selection of counsel to act as a spokesperson at pretrial conferences;

   (e) to call meetings of the plaintiffs' counsel as Lead Counsel deems necessary and appropriate from time to time;

   (f) to coordinate all settlement negotiations with counsel for defendants;

   (g) to coordinate and direct the pretrial discovery proceedings and the preparation for trial and the trial of this matter and to delegate work responsibilities to selected counsel as may be required; and

   (h) to supervise any other matters concerning the prosecution, resolution, or settlement of the Action.

4. No motion, request for discovery, or other pretrial proceedings shall be initiated or filed by any plaintiffs without the approval of Lead Counsel, so as to prevent duplicative pleadings

or discovery by plaintiffs. No settlement negotiations shall be conducted without the approval of Lead Counsel.

5. Lead Counsel shall have the responsibility of receiving and disseminating Court orders and notices.

6. Lead Counsel shall be the contact between plaintiffs' counsel, and shall direct and coordinate the activities of plaintiffs' counsel.

7. Defendants shall effect service of papers on plaintiffs by serving a copy of the same on Lead Counsel by overnight mail service, electronic delivery, or hand delivery. Plaintiffs shall effect service of papers on defendants by serving a copy of the same on defendants' counsel by overnight mail service, electronic delivery, or hand delivery.

8. During the pendency of this litigation, or until further Order of the Court, the parties shall take reasonable steps to preserve all documents within their possession, custody, or control—including computer-generated and stored information and materials such as computerized data and electronic mail—containing information that is relevant or that may lead to the discovery of information relevant to the subject matter of the pending litigation.

9. This Order shall apply to each case that relates to the same subject matter that is subsequently filed in this Court or is transferred to this Court and is consolidated with the above-captioned Action.

**SO ORDERED.**

Dated: ____________________, 2026

______________________________________
HONORABLE ANA C. REYES
UNITED STATES DISTRICT JUDGE