UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREW BARR,<br><br>Plaintiff,<br><br>v.<br><br>BANNON et al.,<br><br>Defendants. | Case No. 1:26-cv-00452-ACR<br><br>HON. ANA C. REYES |

**DECLARATION OF CONSTANTINE P. ECONOMIDES IN SUPPORT OF MOTION FOR EXTENSION OF TIME IN WHICH TO SERVE DEFENDANTS**

Constantine P. Economides, pursuant to 28 U.S.C. § 1746, hereby declares as follows:

1. I am a partner with the law firm of Dynamis LLP, counsel for Plaintiff and the Proposed Class in the above-captioned action. I am admitted *pro hac vice* to practice before this Court. I respectfully submit this Declaration in support of Plaintiff's Motion for Extension of Time in Which to Serve Defendants (the "Motion"), filed herewith on May 8, 2026.

2. On February 13, 2026, Dynamis LLP (through individuals working under my supervision and at my direction) performed a public records search for Defendant Stephen K. Bannon's home address, which resulted in the discovery of, among others, residential addresses in Washington, D.C. and Tucson, Arizona.

3. Dynamis LLP retained Veritext to coordinate service of process on certain defendants in this action.

4. Defendant Bannon was subsequently traced to the Arizona address, with service of process attempted on six separate occasions: March 13, 2026; March 16, 2026; March 28, 2026;

April 7, 2026; April 8, 2026; and April 9, 2026. During this process, Dynamis LLP sought to effect service on both Defendant Bannon personally, as well as defendant 354 Nod Hill LLC. Attached hereto as Exhibits A and B are true and accurate copies of email correspondence with Veritext relaying the results of these attempts at service.

5. Dynamis LLP sought to effect service of process on Defendant Let's Go Brandon Coin LLC ("LGB") through its Delaware registered agent and, on February 20, 2026, received a proof of service indicating that the process server was unable to serve LGB in this manner because "the agent has no record of this company." Attached hereto as Exhibit C is a true and accurate copy of this proof of service.

6. On February 13, 2026, Dynamis LLP performed a public records search for Defendant Boris Epshteyn's home address, the results of which included addresses in Washington, D.C. and New York, New York.

7. Dynamis LLP subsequently identified an additional address in Boca Raton, Florida, which is also believed to be a residence of Defendant Epshteyn.

8. Service of process was attempted on Defendant Epshteyn at addresses in Washington, D.C.; New York, New York; and Boca Raton, Florida. During this process, Dynamis LLP sought to effect service on both Defendant Epshteyn personally, as well as defendant TWinds LLC. Attached hereto as Exhibits D through F are true and accurate copies of email correspondence with Veritext relaying the results of these attempts at service.

9. On February 13, 2026, Dynamis LLP performed a public records search for Defendant Sarah Abdul's home address, the results of which included several addresses in Arizona.

10. Service was attempted on Defendant Abdul at three separate Arizona addresses a total of ten times from February through April 2026, but proved unsuccessful on each attempt.

Attached hereto as Exhibits G through I are true and accurate copies of affidavits of non-service relating to these attempts to serve Defendant Abdul.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on May 8, 2026.

*Constantine P. Economides*
Constantine P. Economides