# Exhibit A

---

**Subject:** Re: PROCESS SERVICE_; Assignment No. 7950993; Status: Scheduled
**Date:** Thursday, April 2, 2026 at 7:55:47 PM Eastern Daylight Time
**From:** Jessica Gandy
**To:** Meagan Vigliarolo, Eric Rosen

Hello,

Server advised:

Mar 28, 2026, 2:58 pm MST: No answer, no activity inside, no vehicles visible.
Mar 16, 2026, 7:52 pm MST I entered the patio by the front door, saw Mr. Bannon & Mary eating dinner @ the table. He hesitated after he saw me, kept eating then got up & didn't return, she kept eating & no one would respond. After standing there waiting for approximately 15 minutes, an unknown W/M drove up & said I was on private property & that I would have to leave or he'd call the police. I asked his name, he refused, I asked if he was security or neighborhood watch, & he just laughed it off. He waited while I was entering my notes, said he was going to call the police if I didn't leave.
Mar 13, 2026, 4:15 pm MST Mary, W/F, 65, 5'5", 165, Gray hair, glasses, refused last name, answered the door, said let me see if he's in, walked 1/2 way in, came back said not home. She said she's just visiting. White Ford Explorer backed in, in the rear of the driveway.

Would you like to do another round of attempts?

Thanks,

---
*We value your opinion and would love to get your feedback on how we did today!*
*Please share your thoughts and mention my name by clicking **HERE***

**DID YOU KNOW…** The Veritext Record Retrieval Department has its own repository that not only houses the records we obtain for you but also allows you to check live statuses, access invoices and more! If you have never utilized our repository, please email us at requests@veritext.com to request login access.

**Jessica Gandy**
Director of Process Service and Records
----------------------------------------------------
**VERITEXT**
**P** 800-275-7991 | **F** (855) 867-4545

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. Please note that any views or opinions presented in this email are solely those of the author and do not necessarily represent those of the company. Finally, the recipient should check this email and any attachments for the presence of viruses. The company accepts no liability for any damage caused by any virus transmitted by this email.

On April 2, 2026 at 5:38 PM EDT mvigliarolo@dynamisllp.com wrote:

This message has originated from an **External Source**. Please use proper judgment and caution when opening attachments, clicking links, or responding to this email.

Do we have an update on this?

**From:** Subpoenaservices@veritext.com <Subpoenaservices@veritext.com>
**Date:** Thursday, March 5, 2026 at 12:55 PM
**To:** Eric Rosen <erosen@dynamisllp.com>, Meagan Vigliarolo <mvigliarolo@dynamisllp.com>
**Subject:** PROCESS SERVICE_; Assignment No. 7950993; Status: Scheduled

Veritext Confirmation

Notes: AB

Your assignment #7950993 has been **SCHEDULED**. Click here to access your Outlook Calendar

| ASSIGNMENT #7950993 | | STATUS: Scheduled | |
|---|---|---|---|
| CASE | Barr, Andrew vs. Bannon, Stephen K., et al. | WITNESS | Let's Go Brandon Coin LLC |
| DATE | 3/5/2026 | EXPERT WITNESS? | |
| TIME | 9:00 AM | SERVICES REQUESTED | |
| LOCATION | Let's Go Brandon Coin LLC<br>4 E LOCH LOMOND PL,<br><br>TUCSON, AZ 85737-9763<br><br>Get Directions | ADDITIONAL SERVICES | |

| THIS ASSIGNMENT IS FOR | |
|---|---|
| FIRM NAME | Dynamis LLP |
| ATTORNEY/LAWYER NAME | Eric Rosen |

| | |
|---|---|
| **CONTACT NAME** | Meagan Vigliarolo |
| **CONTACT PHONE** | (212) 218-1193 |
| **CONTACT E-MAIL** | mvigliarolo@dynamisllp.com |
| **DUE** | Normal in 5 days |
| **ASSIGNMENT-SPECIFIC INFORMATION** | |
| **NOTES** | ROUTINE(NORMAL) SC NATIONWIDE ROUTINE (NORMAL) 5 BUSINESS DAYS – Please serve the attached Summons, Complaint, Civil Cover Sheet, Certification, Errata, Notice o Right to Consent to Let's Go Brandon Coin LLC, as directed. |

Please review the assignment details above for accuracy, including date, time, location and services. Should you need to make any changes or add services, please log into the MyVeritext client portal or contact our office for assistance. We can be reached by **REPLYING TO THIS E-MAIL** or calling **800.275.7991**.

**SAMPLE NOTICE LANGUAGE:** Capture technology continues to advance and Veritext will always provide the service best suited to your requirements. We encourage you to update language on all proceeding notices to reflect all possibilities. Example language you might use is: "**YOU ARE NOTIFIED** that we reserve the right to record the proceeding by stenographic means or by utilizing digital audio recording equipment or any other alternative methods of capture."*

**The above language is a suggestion. Veritext does not provide legal advice.*

**NEED A MYVERITEXT ACCOUNT:** Visit www.veritext.com/myveritext and complete the online form. Your unique individual log-in is private, and complies with all standards to ensure data security.

Thank you for choosing Veritext to assist with this proceeding.

**Your Veritext Team**

Copyright © 2000-2022 Veritext Corp. All Rights Reserved.

**PLEASE NOTE:** A late cancellation fee may be charged for cancellations received after 4pm the previous business day. A late scheduling fee may apply to any assignment requested after 2pm the previous business day. Any costs incurred by Veritext on the client's behalf will be invoiced for reimbursement.

Veritext will make every effort to secure resources (e.g. reporters, videographers, etc.) for the above-referenced proceeding. Veritext uses independent contractors to deliver reporting services. Receipt of this notice in no way implies a guarantee that an independent contractor will be available.

**DISCLAIMER:** This email, including any attachments or links, is intended solely for parties authorized to access this specific matter and may contain confidential, proprietary or privileged material. If you are not an authorized party to the matter, you are hereby notified that any use,

dissemination, distribution or copying of this communication is strictly prohibited. If you have received this email in error, please notify the sender immediately and then permanently delete the email and all copies (including any attachments or download links).When using Veritext products, authorized users of such products are responsible for ensuring that only authorized parties are provided access to confidential information.

Content Retention & Destruction Policy

**EXTERNAL MESSAGE:** Please exercise caution with links and attachments.

This message (including attachments) is confidential and may be attorney-client privileged. If you are not the intended recipient, please delete it without further distribution and reply to the sender that you have received the message in error.

**EXTERNAL MESSAGE:** Please exercise caution with links and attachments.