# Exhibit B

**Thursday, May 7, 2026 at 12:19:04 PM Eastern Daylight Time**

**Subject:** Re: UPDATE: 7950993 - Let's Go Brandon Coin LLC---Barr, Andrew vs Bannon, Stephen K., et al.
**Date:** Tuesday, April 14, 2026 at 3:19:19 PM Eastern Daylight Time
**From:** dswanson
**To:** Meagan Vigliarolo, Nathan Haronian

Hi Meagan,

Yes, that's correct—this is the AZ address.

Thank you.

**Dana Swanson**
Process Service Representative
---------------------------------------------------
VERITEXT
800 North Magnolia Avenue
Suite 400
Orlando, FL 32803
**P** (407) 898-4200 | **F** (855) 867-4545
dswanson@veritext.com
www.veritext.com

***If I have helped you, would you mind taking this quick Survey and mentioning my name so I know how I'm doing?*** **Thank you!**

On April 13, 2026 at 4:59 PM EDT mvigliarolo@dynamisllp.com wrote:

This message has originated from an **External Source**. Please use proper judgment and caution when opening attachments, clicking links, or responding to this email.

This is the AZ address, right?

**From:** dswanson <subpoenaservices@veritext.com>
**Date:** Monday, April 13, 2026 at 4:32 PM
**To:** Nathan Haronian <nharonian@dynamisllp.com>
**Cc:** Meagan Vigliarolo <mvigliarolo@dynamisllp.com>
**Subject:** UPDATE: 7950993 - Let's Go Brandon Coin LLC---Barr, Andrew vs Bannon, Stephen K., et al.

Hi Nathan,

Please see the updates as they relate to Let's Go Brandon Coin LLC:

**Apr 9, 2026, 8:53 am:** No answer, no activity, no vehicles visible, due diligence has been performed.
**Apr 8, 2026, 8:30 pm:** Should add that when I first saw him & whistled, he did look at me, avoiding.
**Apr 8, 2026, 7:58 pm:** Saw him sitting inside in a chair, wouldn't respond, too far to yell.
**Apr 7, 2026, 4:32 pm:** No answer, no activity or vehicles visible, gate locked.

Would you like for our server to continue with attempts? Please advise. Thank you.

**Dana Swanson**
Process Service Representative
--------------------------------------------------
VERITEXT
800 North Magnolia Avenue
Suite 400
Orlando, FL 32803
**P** (407) 898-4200 | **F** (855) 867-4545
dswanson@veritext.com
www.veritext.com

***If I have helped you, would you mind taking this quick Survey and mentioning my name so I know how I'm doing?*** **Thank you!**

**EXTERNAL MESSAGE:** Please exercise caution with links and attachments.

This message (including attachments) is confidential and may be attorney-client privileged. If you are not the intended recipient, please delete it without further distribution and reply to the sender that you have received the message in error.
**EXTERNAL MESSAGE:** Please exercise caution with links and attachments.