# Exhibit D

**Thursday, May 7, 2026 at 12:33:27 PM Eastern Daylight Time**

---

**Subject:** Re: Please Advise: 7918072 - Boris Epshteyn / 7918194 - TWinds LLC // 1:26cv00452
**Date:** Monday, March 9, 2026 at 5:02:51 PM Eastern Daylight Time
**From:** Allora French
**To:** Meagan Vigliarolo

Good afternoon,

Please see the update from our server below:

Mar 5, 2026, 7:22 am 3700 O STREET NORTHWEST, WASHINGTON, DC EST Arrived and found the address to be Georgetown University. I spoke with a parking employee who confirmed I am at the correct address. They had no information about the defendant. Will await further direction from the client.

Would you like the server to attempt 3800 RESERVOIR RD NW WASHINGTON, DC 20007-2113 DISTRICT OF COLUMBIA next?

Thank you,

—
Allora French
Process Service Representative
--------------------------------------------
VERITEXT
1 North Franklin | Suite 2100 | Chicago, IL 60606
General Phone: 800.275.7991
Subpoena Direct: 202.836.9722 & 973.314.1486

Remote Solutions for Legal Teams | Remote Resources for Court Reporters & Videographers

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. Please note that any views or opinions presented in this email are solely those of the author and do not necessarily represent those of the company. Finally, the recipient should check this email and any attachments for the presence of viruses. The company accepts no liability for any damage caused by any virus transmitted by this email.

On March 9, 2026 at 3:55 PM CDT mvigliarolo@dynamisllp.com wrote:

> This message has originated from an **External Source**. Please use proper judgment and caution when opening attachments, clicking links, or responding to this email.

I am providing another address for Boris Epshteyn/TWinds LLC just in case the ones below do not work:

155 W 21ST ST APT W, NEW YORK, NY 10011-3234 NEW YORK

**From:** Allora French <subpoenaservices@veritext.com>
**Date:** Wednesday, March 4, 2026 at 3:26 PM
**To:** Meagan Vigliarolo <mvigliarolo@dynamisllp.com>
**Subject:** Re: Please Advise: 7918072 - Boris Epshteyn / 7918194 - TWinds LLC // 1:26cv00452

Hello,

I've advised the server. As soon as we have an update we will reach out.

Thank you,

—
Allora French
Process Service Representative
---------------------------------------------
VERITEXT
1 North Franklin | Suite 2100 | Chicago, IL 60606
General Phone: 800.275.7991
Subpoena Direct: 202.836.9722 & 973.314.1486

Remote Solutions for Legal Teams | Remote Resources for Court Reporters & Videographers

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. Please note that any views or opinions presented in this email are solely those of the author and do not necessarily represent those of the company. Finally, the recipient should check this email and any attachments for the presence of viruses. The company accepts no liability for any damage caused by any virus transmitted by this email.

On March 4, 2026 at 1:47 PM CST mvigliarolo@dynamisllp.com wrote:

This message has originated from an **External Source**. Please use proper judgment and caution when opening attachments, clicking links, or responding to this email.

Good afternoon,

Please use the below addresses for the next attempt(s). Thanks!

1. 3700 O ST NW WASHINGTON, DC 20057-2 DISTRICT OF COLUMBIA
2. 3800 RESERVOIR RD NW WASHINGTON, DC 20007-2113 DISTRICT OF COLUMBIA

**From:** Allora French <subpoenaservices@veritext.com>
**Date:** Thursday, February 26, 2026 at 11:40 AM
**To:** Meagan Vigliarolo <mvigliarolo@dynamisllp.com>
**Subject:** Please Advise: 7918072 - Boris Epshteyn / 7918194 - TWinds LLC // 1:26cv00452

Good morning,

Please see the update from our server below:

Feb 21, 2026, 8:05 am EST The front door is locked. I waited for a resident ot leave and went inside. The elevators are locked. I went to the front desk and waited for the concierge to come back to the desk. When she did I told her I had a delivery for apartment 2503. She responded that the building only has 11 floors and there is not unit 2503. I told her the last name of the resident and she contacted the resident. She told them they had a delivery and they requested it be left in the mailroom. I told her to tell them it was legal documents and could not be left. She spoke with them for several seconds and hung up. The concierge told me the residents are out of the country and wouldn't be home for several months. Will await further direction from the client.

Please review the Subpoena and let us know how you would like to proceed given the information provided by the server.

Thank you!

—
Allora French
Process Service Representative
---------------------------------------------
VERITEXT
1 North Franklin | Suite 2100 | Chicago, IL 60606
General Phone: 800.275.7991
Subpoena Direct: 202.836.9722 & 973.314.1486

Remote Solutions for Legal Teams | Remote Resources for Court Reporters & Videographers

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. Please note that any views or opinions presented in this email are solely those of the author and do not necessarily represent those of the company. Finally, the recipient should check this email and any attachments for the presence of viruses. The company accepts no liability for any damage caused by any virus transmitted by this email.

**Error! Filename not specified.**

**EXTERNAL MESSAGE:** Please exercise caution with links and attachments.

This message (including attachments) is confidential and may be attorney-client privileged. If you are not the intended recipient, please delete it without further distribution and reply to the sender that you have received the message in error.

**EXTERNAL MESSAGE:** Please exercise caution with links and attachments.

This message (including attachments) is confidential and may be attorney-client privileged. If you are not the intended recipient, please delete it without further distribution and reply to the sender that you have received the message in error.

**EXTERNAL MESSAGE:** Please exercise caution with links and attachments.