# Exhibit F

**Subject:** Re: 8012622-Boris Epshteyn----Barr, Andrew vs Bannon, Stephen K., et al.
**Date:** Tuesday, May 5, 2026 at 10:54:53 AM Eastern Daylight Time
**From:** dswanson
**To:** Nathan Haronian, Meagan Vigliarolo

Hi there,

Our server advised the following update:

5/2/2026 8:30 am Attempted service at 2401 N. Ocean Blvd Apt 6S, Boca Raton, FL 33427 Callbox was still not working could not get into building.

Please advise how you would like to proceed.

Thank you,

**Dana Swanson**
Process Service Representative
---------------------------------------------------
VERITEXT
800 North Magnolia Avenue
Suite 400
Orlando, FL 32803
**P** (407) 898-4200 | **F** (855) 867-4545
dswanson@veritext.com
www.veritext.com

***If I have helped you, would you mind taking this quick Survey and mentioning my name so I know how I'm doing?*** **Thank you!**

On April 29, 2026 at 10:42 AM EDT subpoenaservices@veritext.com wrote:

Hi there,

Our server advised the update below. Please see below:

- 4/24/2026 10:01 am Attempted service at 2401 N. Ocean Blvd Apt 6S, Boca Raton, FL 33427 No answer.

Thank you,

**Dana Swanson**
Process Service Representative
---------------------------------------------------
VERITEXT

800 North Magnolia Avenue
Suite 400
Orlando, FL 32803
**P** (407) 898-4200 | **F** (855) 867-4545
dswanson@veritext.com
www.veritext.com

***If I have helped you, would you mind taking this quick Survey and mentioning my name so I know how I'm doing?*** **Thank you!**

On April 17, 2026 at 10:34 AM EDT subpoenaservices@veritext.com wrote:

Hi Nathan and Meagan,

We just sent an update regarding Abdul. Please see the details below:

**Apr 14, 2026, 8:10 am MST** at Home: 2463 East Springfield Place, Chandler, AZ 85286
No answer at the door. I cannot see into the residence. No vehicles present. No answer with the neighbor.

We will keep you updated on any new progress.

Thank you.

**Dana Swanson**
Process Service Representative
---------------------------------------------------
VERITEXT
800 North Magnolia Avenue
Suite 400
Orlando, FL 32803
**P** (407) 898-4200 | **F** (855) 867-4545
dswanson@veritext.com
www.veritext.com

***If I have helped you, would you mind taking this quick Survey and mentioning my name so I know how I'm doing?*** **Thank you!**

On April 17, 2026 at 9:24 AM EDT nharonian@dynamisllp.com wrote:

This message has originated from an **External Source**. Please use proper judgment and caution when opening attachments, clicking links, or responding to this email.

Thank you. Are there any updates on the various Abdul addresses in AZ that we asked

you to try?

Get Outlook for Mac

---

**From:** dswanson <subpoenaservices@veritext.com>
**Date:** Tuesday, April 14, 2026 at 5:53 PM
**To:** Nathan Haronian <nharonian@dynamisllp.com>, Meagan Vigliarolo <mvigliarolo@dynamisllp.com>
**Subject:** 8012622-Boris Epshteyn----Barr, Andrew vs Bannon, Stephen K., et al.

Hi,

Please see the latest update from our server regarding Boris Ephteyn:

**4/13/2026 5:20 pm** – Attempted service at 2401 N. Ocean Blvd Apt 6S, Boca Raton, FL 33427; no answer.

Attempts are ongoing.

Thank you,

**Dana Swanson**
Process Service Representative
---------------------------------------------------
VERITEXT
800 North Magnolia Avenue
Suite 400
Orlando, FL 32803
**P** (407) 898-4200 | **F** (855) 867-4545
dswanson@veritext.com
www.veritext.com

***If I have helped you, would you mind taking this quick Survey and mentioning my name so I know how I'm doing?* Thank you!**

**EXTERNAL MESSAGE:** Please exercise caution with links and attachments.

This message (including attachments) is confidential and may be attorney-client privileged. If you are not the intended recipient, please delete it without further distribution and reply to the sender that you have received the message in error.

**EXTERNAL MESSAGE:** Please exercise caution with links and attachments.