# Exhibit G

Veritext
(212) 279-9424

**IN THE DISTRICT COURT OF THE STATE OF ARIZONA**
**IN AND FOR THE COUNTY OF MARICOPA**

**Andrew Barr, on behalf of himself and all others similarly situated,**
Plaintiff,

vs.

**Stephen K. Bannon, Boris Epshteyn, Sarah Abdul, Grant Tragni, Let's Go Brandon Coin LLC, Patriot Pay LLC, Warroom LLC, 354 Nod Hill LLC, and Twinds LLC**
Defendant.

Case Number: 1:26-CV-00452

**AFFIDAVIT OF NON-SERVICE**

Received by HOT SHOT LEGAL SERVICES on the 25th day of February, 2026 at 10:54 am to be served on **Sarah Abdul, 3443 S. Joshua Tree Lane, Gilbert, AZ 85297**.

I, Kyle Hillis Badge No. MC-9006, being duly sworn, depose and say that on the **30th day of March, 2026** at **4:00 pm, I:**

**NON-SERVED** the **Summons, Complaint, Civil Cover Sheet, Certification, Errata, Notice of Right to Consent to Sarah Abdul, as directed** for the reason that I failed to find **Sarah Abdul** or any information to allow further search. Read the comments below for further details.

**Additional Information pertaining to this Service:**
2/25/2026 3:05 pm No answer at door. Dogs inside. Black Jeep with plate "SOXGIRL" present.
3/3/2026 3:15 pm Spoke to resident of the home, she stated Sarah owns the home and they rent from her. She stated she did not have an address for Sarah, but provided a phone number of (480) 414-1045.
3/3/2026 4:22 pm Please advise how you wish to proceed.
3/12/2026 Sent follow up email and left message.

I certify that I am over the age of 21, have no interest in the above action, and am a Licensed Process Server, within the county of Maricopa, State of ARIZONA, in good standing and am fully qualified to serve process in this cause.

"I Declare under Penalty of Perjury that the foregoing is true and correct".

Subscribed and Sworn to before me on the 3rd day of April, 2026 by the affiant who is personally known to me.

NOTARY PUBLIC

PATTI L. OWEN
Notary Public - State of Arizona
MARICOPA COUNTY
Commission # 676943
Expires October 20, 2028

**Kyle Hillis Badge No. MC-9006**
Process Server

**HOT SHOT LEGAL SERVICES**
**1855 East Southern Ave**
**Suite 215**
**Mesa, AZ 85204**
**(602) 257-5507**

Our Job Serial Number: DEK-2026000336
Ref: Dynamis LLP

Copyright © 1992-2026 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a