# Exhibit H

# AFFIDAVIT OF NON-SERVICE

| Case: 1:26-cv-00452 | Court: IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA | County: | Job: 15629574 (8012612) |
|---|---|---|---|
| Plaintiff / Petitioner: Andrew Barr, on behalf of himself and all others similarly situated, | | Defendant / Respondent: Stephen K. Bannon, et al; | |
| Received by: Arizona Quick Serve | | For: Veritext Legal Solutions | |
| To be served upon: Sarah Abdul | | | |

I, the undersigned, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name:** Sarah Abdul
**Manner of Service:** Non-Service
**Documents:** Summons and Complaint

**Additional Comments:**
1) Unsuccessful Attempt: Apr 9, 2026, 9:56 am MST at Home: 538 West Spur Avenue, Gilbert, AZ 85233
I spoke with the current male occupant who identified himself as a homeowner Nassir Abdul Razzaq. He stated that the subject does not live here. He stated that he has no forwarding address for the subject as he has no contact with her anymore. Vehicle present with Arizona license plate number C8A3Y0. The subject was unknown with the neighbor.

[signature] 05/01/2026
Kurie Ghersini — **Date**
Maricopa County #7866

Arizona Quick Serve
9393 N 90th St #121
Scottsdale AZ 85258
480-314-5050
Fees: PER INVOICE TO CLIENT

*Subscribed and sworn to before me by the affiant who is personally known to me.*

[signature]
**Notary Public**

5/1/26 — 12/15/27
**Date** — **Commission Expires**

OFFICIAL SEAL
CRAIG PODGURSKI JR
NOTARY PUBLIC - ARIZONA
MARICOPA COUNTY
COMM # 676056
My Comm. Expires 12/15/2027