# Exhibit I

# AFFIDAVIT OF NON-SERVICE

| **Case:** 1:26-cv-00452 | **Court:** IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA | **County:** | **Job:** 15629574 (8012612) |
|---|---|---|---|
| **Plaintiff / Petitioner:** Andrew Barr, on behalf of himself and all others similarly situated, | | **Defendant / Respondent:** Stephen K. Bannon, et al; | |
| **Received by:** Arizona Quick Serve | | **For:** Veritext Legal Solutions | |
| **To be served upon:** Sarah Abdul | | | |

I, the undersigned, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name:** Sarah Abdul

**Manner of Service:** Non-Service

**Documents:** Summons and Complaint

**Additional Comments:**

1) Unsuccessful Attempt: Apr 14, 2026, 8:10 am MST at Home: 2463 East Springfield Place, Chandler, AZ 85286
No answer at the door. I cannot see into the residence. No vehicles present. No answer with the neighbor

2) Unsuccessful Attempt: Apr 17, 2026, 6:02 pm MST at Home: 2463 East Springfield Place, Chandler, AZ 85286
No answer at the door.

3) Unsuccessful Attempt: Apr 18, 2026, 7:44 am MST at Home: 2463 East Springfield Place, Chandler, AZ 85286
No answer at the door.

4) Unsuccessful Attempt: Apr 19, 2026, 2:43 pm MST at Home: 2463 East Springfield Place, Chandler, AZ 85286
No answer at the door. No answer with the neighbor.

5) Unsuccessful Attempt: Apr 21, 2026, 7:22 am MST at Home: 2463 East Springfield Place, Chandler, AZ 85286
No answer at the door. No vehicles present on any attempt.

K Ghersini 05/01/2026

Kurie Ghersini — Date
Maricopa County #7866

Arizona Quick Serve
9393 N 90th St #121
Scottsdale AZ 85258
480-314-5050
Fees: PER INVOICE TO CLIENT

*Subscribed and sworn to before me by the affiant who is personally known to me.*

Notary Public

5/1/26 — 12/15/27

Date — Commission Expires

OFFICIAL SEAL
CRAIG PODGURSKI JR
NOTARY PUBLIC - ARIZONA
MARICOPA COUNTY
COMM # 676056
My Comm. Expires 12/15/2027