**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| ANDREW BARR,<br><br>Plaintiff,<br><br>v.<br><br>BANNON et al.,<br><br>Defendants. | Case No. 1:26-cv-00452-ACR<br><br>HON. ANA C. REYES |

**[PROPOSED] ORDER GRANTING MOTION FOR EXTENSION OF TIME IN WHICH TO SERVE DEFENDANTS**

The Court, having reviewed Plaintiff Andrew Barr's Motion for Extension of Time in Which to Serve Defendants (the "Motion"), the Declaration of Constantine P. Economides and the exhibits attached thereto, and any opposition or response to the foregoing, hereby ORDERS THAT:

1. Plaintiff's Motion is GRANTED.
2. Plaintiff's deadline to serve defendants Stephen K. Bannon, Boris Epshteyn, Sarah Abdul, Let's Go Brandon LLC, 354 Nod Hill LLC, and TWinds LLC with a copy of the summons and complaint in this action is extended through and including Monday, July 13, 2026.

IT IS SO ORDERED.

DATED: ___________________

___________________________________
United States District Judge