AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Columbia

ANDREW BARR, on behalf of himself and others similarly situated
*Plaintiff*
v.
Stephen K. Bannon, Et al.
*Defendant*

Case No. 1:26-00452

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

ANDREW BARR .

Date: 05/11/2026

/s/ Constantine P. Economides
*Attorney's signature*

Constantine P. Economides (Pro Hac Vice)
*Printed name and bar number*

Dynamis LLP
1 SE 3rd Ave., Suite 1000
Miami, FL 33131
*Address*

ceconomides@dynamisllp.com
*E-mail address*

(305) 985-2959
*Telephone number*

*FAX number*