**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| ANDREW BARR, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>STEPHEN K. BANNON, BORIS EPSHTEYN, SARAH ABDUL a/k/a Sarah Abdul Razzaq a/k/a Sarah Abdulrazzi a/k/a Sarah Abdul Williams a/k/a Sarah Abdul Elliott, LET'S GO BRANDON COIN LLC, PATRIOT PAY LLC, WARROOM LLC, 354 NOD HILL LLC, and TWINDS LLC,<br><br>Defendants. | Case No. 1:26-cv-00452-ACR |

**NOTICE OF DESIGNATION OF LEAD COUNSEL**

Plaintiff Andrew Barr, by and through undersigned counsel, hereby gives notice of the designation of lead counsel and respectfully notifies the Court and all parties of record as follows:

1. The following attorney is hereby designated as Lead Counsel for Plaintiff in the above-captioned matter:

**Constantine P. Economides (Pro Hac Vice)**
Dynamis LLP
1 SE 3rd Ave., Suite 1000
Miami, FL 33131
Telephone: (305) 985-2959
Email: ceconomides@dynamisllp.com

2. All future correspondence, service of papers, and communications from the Court and counsel should be directed to Lead Counsel at the address listed above.

Date: 05/11/2026

Respectfully submitted,

/s/ Constantine P. Economides
Constantine P. Economides (Pro Hac Vice)
Dynamis LLP
1 SE 3rd Ave., Suite 1000
Miami, FL 33131
Telephone: (305) 985-2959
ceconomides@dynamisllp.com

*Counsel for Plaintiff Andrew Barr*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 7, 2026, I electronically filed the foregoing Notice of Designation of Lead Counsel with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Constantine P. Economides
Constantine P. Economides