**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

ANDREW BARR, on behalf of himself and all others similarly situated,

*Plaintiff,*

v.

STEPHEN K. BANNON, et al.

*Defendants*.

Civil No. 26-452 (ACR)

**CONSENT MOTION TO EXTEND FILING DEADLINE**

Defendant Warroom, LLC ("War Room"), by and through undersigned counsel, respectfully asks this Court to extend through Monday, June 8, 2026, the deadline to file an Answer to the Class Action Complaint. In support of this Motion we state as follows:

1. On February 12, 2026, Plaintiff Andrew Barr filed a Class Action Complaint on behalf of himself, and all others similarly situated. (Doc. 1).

2. On April 20, 2026, the Court entered a Minute Order granting an extension until May 17, 2026, for War Room to answer the Complaint, consistent with a stipulation between Plaintiffs in this putative class action and War Room which also included a stipulation that War Room would not assert a defense based on improper service.

3. On May 17, 2026, undersigned counsel was retained by War Room to represent the organization in this matter.

4. On May 17, 2026, undersigned counsel emailed Mr. Al-Jarani, Esquire, counsel for Plaintiffs in this putative class action, seeking consent to a 21-day extension of the time to file an

Answer – until Monday, June 8, 2026. The email provided the basis for my request. Although I represented Stephen K. Bannon in an unrelated criminal matter, War Room is a new client, such that I enter this new client representation without the information necessary to file an Answer within the current deadline.

5. On May 17, 2026, Mr. Al-Jarani, Esquire, one of Plaintiffs' attorneys of record, responded by email that undersigned counsel could note in this Motion that Plaintiffs do *not* oppose War Room's request for an extension.

Wherefore, War Room respectfully requests that the Court grant this Consent Motion To Extend Filing Deadline.

Dated: May 18, 2026

Respectfully submitted,

CORCORAN LAW GROUP PLLC

/s/ M. Evan Corcoran
M. Evan Corcoran (D.C. Bar No. 440027)
Corcoran Law Group PLLC
1050 30th Street NW
Washington, DC 20007
(202) 465-8154
evan@corcoranlg.com

*Counsel for Defendant Warroom, LLC*