**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

ANDREW BARR, on behalf of himself and all others similarly situated,

*Plaintiff,*

v.

STEPHEN K. BANNON, et al.

*Defendants.*

Civil No. 26-452 (ACR)

**ORDER**

Upon consideration of Defendant Warroom LLC's Consent Motion To Extend Filing Deadline, it is hereby ORDERED that Defendant Warroom LLC shall have until Monday, June 8, 2026, to file an answer or otherwise respond to the Class Action Complaint.

__________________________________
The Honorable Ana C. Reyes
*United States District Judge*

Dated: