**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ANDREW BARR, on behalf of himself and all others similarly situated, <br><br>     *Plaintiff,* <br><br> v. <br><br> STEPHEN K. BANNON, et al. <br><br>     *Defendants*. | Civil No. 26-452 (ACR) |

**DEFENDANT WARROOM'S RESPONSE TO PLAINTIFF'S
<u>MOTION ON APPOINTMENT OF LEAD PLAINTIFF AND COUNSEL</u>**

Defendant Warroom, LLC, ("War Room"), by and through undersigned counsel, hereby files this Response To Plaintiff's Motion On Appointment Of Lead Plaintiff And Counsel ("Motion For Appointment"), and in support thereof states as follows:

1.    On February 12, 2026, Plaintiff Andrew Barr filed a Class Action Complaint on behalf of himself, and all others similarly situated. (Doc. 1).

2.    On May 4, Plaintiff Barr filed a Motion For Appointment and accompanying exhibits, requesting that he be designated lead plaintiff of the putative class and that Dynamis LLP be appointed lead counsel for the putative class of plaintiffs. (Doc. 15).

3.    On May 6, 2026, the Court entered a Minute Order requiring Defendants to respond to Plaintiff Barr's Motion For Appointment on or before May 18, 2026, and setting a hearing on the Motion for May 28, 2026.

4.     On May 8, 2026, Plaintiff Barr filed a Motion For Extension Of Time To Serve Defendants Stephen K. Bannon, Boris Epshteyn, Sarah Abdul, Let's Go Brandon, LLC, Nod Hill, LLC, and TWinds, LLC until July 13, 2026. (Doc. 16).

5.     On May 11, 2026, the Court entered a Minute Order granting Plaintiff's Barr's Motion For Extension Of Time.

6.     Undersigned counsel was retained by War Room on May 17, 2026, and entered his appearance in this matter on May 18, 2026. (*See* Doc. 19).

7.     War Room has no objection to Plaintiff Barr's Motion.

Dated: May 18, 2026                    Respectfully submitted,

                                       CORCORAN LAW GROUP PLLC

                                         /s/ M. Evan Corcoran
                                       M. Evan Corcoran (D.C. Bar No. 440027)
                                       Corcoran Law Group PLLC
                                       1050 30th Street NW
                                       Washington, DC 20007
                                       (202) 465-8154
                                       evan@corcoranlg.com

                                       *Counsel for Defendant Warroom, LLC*

2