**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ANDREW BARR, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>STEPHEN K. BANNON, et al.,<br><br>Defendants. | Case No. 1:26-cv-00452-ACR<br><br>Hon. Ana C. Reyes |

**PLAINTIFF'S CONSENT MOTION FOR AN ORDER DEEMING SERVICE EFFECTED AND SETTING A BRIEFING SCHEDULE**

Pursuant to Federal Rule of Civil Procedure 6(b) and Paragraph 9 of this Court's Standing Order in Civil Cases, Plaintiff Andrew Barr, individually and on behalf of all others similarly situated ("Plaintiff"), respectfully moves the Court to enter the accompanying Proposed Order deeming Defendants Boris Epshteyn and TWinds LLC as served and setting a schedule for briefing of anticipated dispositive motions. Counsel for Plaintiff have conferred with counsel for each appearing Defendant, and this Motion is consented to by Defendants Warroom LLC, Boris Epshteyn, TWinds LLC, Stephen K. Bannon, and 354 Nod Hill LLC.

Pursuant to Local Civil Rule 7(m) and Paragraph 7(h) of the Court's Standing Order, undersigned counsel for Plaintiff conferred with counsel for each appearing Defendant regarding the relief requested. All appearing Defendants consent to this Motion. The grounds for this Motion are set forth below.[1]

---

[1] As of the date of this filing, the remaining named Defendants—Sarah Abdul, Patriot Pay LLC, and Let's Go Brandon Coin LLC—have not appeared through counsel and are not parties to this Motion. Defendant Patriot Pay LLC was served but failed to timely appear. Plaintiff will file a motion for entry of default against Patriot Pay. Plaintiff has until July 13, 2026, to serve Defendants Abdul and Let's Go Brandon Coin (Dkt. 18).

## I. BACKGROUND

On February 12, 2026, Plaintiff filed his Complaint in the above-captioned action (the "Action") on behalf of himself and all others similarly situated (Dkt. 1). On May 11, 2026, the Court extended Plaintiff's time to serve the then-unserved Defendants to July 13, 2026 (Dkt. 18). On May 28, 2026, the Court provisionally appointed Plaintiff as Lead Plaintiff and Plaintiff's counsel, Dynamis LLP, as Lead Counsel in the Action. On June 4, 2026, Defendant Warroom LLC filed a Notice of Dispositive Motion (Dkt. 22).

Plaintiff and Defendants Warroom LLC, Stephen K. Bannon, 354 Nod Hill LLC, Boris Epshteyn, and TWinds LLC have since conferred and agreed that a single, consolidated schedule governing service and dispositive-motion briefing would promote orderly case management and judicial economy. The parties submit the proposed schedule below for the Court's approval.

## II. GOOD CAUSE AND REQUIRED DISCLOSURES

Good cause supports the requested relief, and the disclosures required by Paragraph 9(b) of the Court's Standing Order are as follows:

(i) **Original deadline.** Plaintiff's current deadline to serve the then-unserved Defendants is July 13, 2026 (Dkt. 18). No Defendant's deadline to answer or otherwise respond to the Complaint has yet been set. This Motion would establish those dates.

(ii) **Previous extensions.** One prior extension of the service deadline has been granted (Dkt. 18). No prior extension of any Defendant's time to answer or otherwise respond to the Complaint has been requested or granted.

(iii) **Good cause.** Defendants Bannon, 354 Nod Hill, Epshteyn, and TWinds will accept service, mooting any dispute over service as to them; Defendant Warroom LLC has already filed a Notice of Dispositive Motion (Dkt. 22); and a single consolidated

briefing schedule and response avoids piecemeal motion practice and duplicative pre-motion conferences, conserving the resources of the parties and the Court.

(iv) **Effect on existing deadlines.** The proposed schedule resolves the July 13, 2026, service deadline as to Defendants Bannon, 354 Nod Hill, Epshteyn, and TWinds and sets the times for the appearing Defendants to move against or answer the Complaint. No scheduling-order or trial dates have been set, as the Action remains at the pre-answer stage; the requested relief therefore does not affect any other deadline.

(v) **Suggested deadlines.** The proposed deadlines are set forth in Section III below and in the accompanying Proposed Order, and were reached through consultation among all appearing parties.

(vi) **Positions of the parties.** All appearing Defendants consent to this Motion, and no appearing party opposes it. *See* LCvR 7(m).

## III. PROPOSED ORDER EFFECTING SERVICE AND BRIEFING SCHEDULE

Plaintiff respectfully requests that the Court approve and order the following:

1. Defendants Stephen K. Bannon, 354 Nod Hill LLC, Boris Epshteyn, and TWinds LLC are deemed to have accepted service of the Complaint and Summons, waiving all arguments as to insufficient process and insufficient service of process, but preserving all other arguments and defenses.
2. On or before August 4, 2026, Defendants Stephen K. Bannon, 354 Nod Hill LLC, Boris Epshteyn, and TWinds LLC shall file and serve any Notice of Dispositive Motion.
3. On or before August 11, 2026, Plaintiff shall file and serve a Response to any such Notice of Dispositive Motion by Defendants Stephen K. Bannon, 354 Nod Hill LLC, Boris Epshteyn, and TWinds LLC.

4. The undersigned parties shall contact the Courtroom Deputy to schedule a pre-motion conference during the week of August 17–21, 2026, with respect to the appearing Defendants' Notices of Dispositive Motion and Plaintiff's Responses thereto.
5. On or before September 29, 2026, Defendants Warroom LLC, Stephen K. Bannon, 354 Nod Hill LLC, Boris Epshteyn, and TWinds LLC (the "Moving Defendants") shall file and serve their motion(s) to dismiss.
6. On or before October 30, 2026, Plaintiff shall file and serve his brief(s) in opposition to the motion(s) to dismiss.
7. On or before November 20, 2026, the Moving Defendants shall file and serve any reply briefs in support of their motion(s) to dismiss.
8. If Defendants Stephen K. Bannon, 354 Nod Hill LLC, Boris Epshteyn, and TWinds LLC do not file and serve a Notice of Dispositive Motion on or before August 4, 2026, their answer shall be due within 60 days of entry of this Order.
9. If Defendants Stephen K. Bannon, 354 Nod Hill LLC, Boris Epshteyn, and TWinds LLC file a Notice of Dispositive Motion, then, as with Defendant Warroom LLC's Notice, the time to answer the Complaint shall be tolled as of the date of the Notice until the resolution of the motion to dismiss pursuant to the Federal Rules of Civil Procedure and the Court's rules.

## IV. CONCLUSION

For the foregoing reasons, Plaintiff respectfully requests that the Court grant this Consent Motion and enter the accompanying Proposed Order.

Dated: July 1, 2026 Respectfully submitted,

/s/ Constantine P. Economides
Constantine P. Economides (*Pro Hac Vice*)
Yusef Al-Jarani (*Pro Hac Vice*)
DYNAMIS LLP
1 SE 3rd Ave., Suite 1000
Miami, FL 33131
Telephone: (305) 985-2959
ceconomides@dynamisllp.com
yaljarani@dynamisllp.com

*Counsel for Lead Plaintiff Andrew Barr and the Putative Class*

/s/ [with permission]
Evan Corcoran (D.C. Bar No. 440027)
CORCORAN LAW GROUP PLLC
1050 30th Street NW
Washington, DC 20007
202-465-8154
evan@corcoranlg.com

*Counsel for Defendant Warroom LLC*

/s/ [with permission]
Eric Forni
DLA PIPER LLP (US)
33 Arch Street, 26th Floor
Boston, MA 02110-1447
+1 617 406 6040
eric.forni@us.dlapiper.com

*Counsel for Defendants Boris Epshteyn and TWinds LLC*

/s/ [with permission]
Adam Katz
GOLDBERG SEGALLA
711 3rd Avenue, Suite 1900
New York, NY 10017
646.292.8787
akatz@goldbergsegalla.com

*Counsel for Defendants Stephen K. Bannon and 354 Nod Hill LLC*