**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ANDREW BARR, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>STEPHEN K. BANNON, et al.,<br><br>Defendants. | Case No. 1:26-cv-00452-ACR<br><br>Hon. Ana C. Reyes |

**[PROPOSED] ORDER**

Upon consideration of Plaintiff's Consent Motion for an Order Deeming Service Effected and Setting a Briefing Schedule, the consent of all appearing Defendants, and the record herein, and for good cause shown, the Motion is GRANTED. It is hereby ORDERED that:

1. Defendants Stephen K. Bannon, 354 Nod Hill LLC, Boris Epshteyn, and TWinds LLC are deemed to have accepted service of the Complaint and Summons, waiving all arguments as to insufficient process and insufficient service of process, but preserving all other arguments and defenses.
2. On or before August 4, 2026, Defendants Stephen K. Bannon, 354 Nod Hill LLC, Boris Epshteyn, and TWinds LLC shall file and serve any Notice of Dispositive Motion.
3. On or before August 11, 2026, Plaintiff shall file and serve a Response to any such Notice of Dispositive Motion by Defendants Stephen K. Bannon, 354 Nod Hill LLC, Boris Epshteyn, and TWinds LLC.
4. The undersigned parties shall contact the Courtroom Deputy to schedule a pre-motion conference during the week of August 17–21, 2026, with respect to the appearing Defendants' Notices of Dispositive Motion and Plaintiff's Responses thereto.

5. On or before September 29, 2026, Defendants Warroom LLC, Stephen K. Bannon, 354 Nod Hill LLC, Boris Epshteyn, and TWinds LLC (the "Moving Defendants") shall file and serve their motion(s) to dismiss.
6. On or before October 30, 2026, Plaintiff shall file and serve his brief(s) in opposition to the motion(s) to dismiss.
7. On or before November 20, 2026, the Moving Defendants shall file and serve any reply briefs in support of their motion(s) to dismiss.
8. If Defendants Stephen K. Bannon, 354 Nod Hill LLC, Boris Epshteyn, and TWinds LLC do not file and serve a Notice of Dispositive Motion on or before August 4, 2026, their answer shall be due within 60 days of entry of this Order.
9. If Defendants Stephen K. Bannon, 354 Nod Hill LLC, Boris Epshteyn, and TWinds LLC file a Notice of Dispositive Motion, then, as with Defendant Warroom LLC's Notice, the time to answer the Complaint shall be tolled as of the date of the Notice until the resolution of the motion to dismiss pursuant to the Federal Rules of Civil Procedure and the Court's rules.

SO ORDERED.

Dated: ______________________ ____________________________________

HON. ANA C. REYES
United States District Judge