**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

ANDREW BARR, *et al*.,

*Plaintiff,*

v.

STEPHEN K. BANNON, *et al.,*

*Defendants.*

Civil No. 1:26-cv-00452-ACR

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Eric Cheung Hall, an Associate for the law firm DLA Piper LLP (US), who is admitted to practice in this Court, hereby appears as counsel for the Defendants Boris Epshteyn and Twinds LLC, and requests that all papers in the action be served upon the undersigned at the address stated below.

Dated: July 8, 2026

DLA PIPER LLP (US)

By: */s/Eric Cheung Hall*

Caryn G. Schechtman (*pro hac vice* forthcoming)
1251 Avenue of the Americas, 27th Floor
New York, NY 10020-1104
Tel: 212.335.4500
Email: Caryn.Schechtman@us.dlapiper.com

Eric Forni (*pro hac vice* forthcoming)
33 Arch Street, 26th Floor
Boston, MA 02110-1447
Tel: 617.406.6000
Email: Eric.Forni@us.dlapiper.com

Eric Cheung Hall (D.C. Bar No. 1617715)
2000 Avenue of the Stars, Suite 400 North Tower
Los Angeles, CA 90067-4735
Tel: 310.595.3000
Fax: 310.595.3300
Eric.Hall@us.dlapiper.com

*Attorneys for Defendants*
*Boris Epshteyn and Twinds LLC*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on today's date a copy of the foregoing Notice of Appearance was served *via* the Court's CM/ECF system on registered parties and counsel.

/s/ *Eric Cheung Hall*
Eric Cheung Hall (DC Bar No. 1617715)