**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ANDREW BARR, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>STEPHEN K. BANNON et al.,<br><br>Defendants. | Case No. 1:26-cv-00452-ACR<br><br>Hon. Ana C. Reyes |

**DECLARATION OF NATHAN HARONIAN**

I, Nathan Haronian, declare under penalty of perjury that the following is true and correct:

1. I have personal knowledge of the facts stated herein and, if called upon to do so, I could competently testify thereto.

2. I am a research analyst/paralegal at Dynamis LLP, which represents Plaintiff Andrew Barr ("Plaintiff") in the above-captioned action.

3. I make this declaration in support of Plaintiff's Motion for Leave to Effect Alternative Service on Defendant Sarah Abdul ("Abdul") and for a Second Extension of Time to Effect Service.

4. On February 13, 2026, our office retained Class Action Research, a third-party investigative research firm, to perform a skip trace in an effort to identify a current address for Abdul. Class Action Research returned a report the same day identifying, among other things, fourteen addresses historically associated with Abdul, twelve aliases she has used, and several individuals associated with her, including Christopher N. Martin, identified in the report as her husband. A true and correct copy of that report is attached as **Exhibit 1**.

5. Based on that report, on or about February 25, 2026, a process server retained by our office attempted to serve Abdul at 3443 S. Joshua Tree Ln., Gilbert, Arizona 85297-7857—the address the report identified as her most recent. No one answered the door. A second attempt was made on March 3, 2026. A resident of the home stated that Abdul owns the property and that the resident rents from her, but the resident did not have a current address for Abdul. A true and correct copy of the process server's report of these attempts is attached as **Exhibit 2**.

6. I subsequently conducted additional research in an effort to locate a current address for Abdul. I reviewed the records of the Maricopa County Assessor's Office for four properties associated with Abdul or her known associates. True and correct copies of those records are attached as **Exhibits 3–6**: 3443 S. Joshua Tree Ln., Gilbert, Arizona (owner of record: Brendan K. Elliott) (**Exhibit 3**); 538 W. Spur Ave., Gilbert, Arizona (owner of record: Abdul Nassir Abdulrazzaq) (**Exhibit 4**); 2463 E. Springfield Pl., Chandler, Arizona (owner of record: Ban Shawki Abdul Ghafoor) (**Exhibit 5**); and 310 S. 4th St., #910, Phoenix, Arizona (owner of record: Christopher Martin) (**Exhibit 6**).

7. I reviewed Arizona Corporation Commission records for Platinum Care Assisted Living LLC, an entity associated with Abdul, which lists a principal office address of 2463 E. Springfield Pl., Chandler, Arizona. A true and correct copy of that filing is attached as **Exhibit 7**.

8. I reviewed Maricopa County Superior Court records for Case No. CV2000-020909, which reflect that Abdul Nassir Abdulrazzaq and Ban Abdul Ghafoor—both associated with the addresses described above—were named as co-defendants in that action. A true and correct copy of the case history is attached as **Exhibit 8**.

9. I used a data-broker website (truepeoplesearch.com) to research 538 W. Spur Ave., Gilbert, Arizona, which indicated that Ban Ghafoor and Abdul Abdulrazzaq were both associated with that address. A true and correct copy of these search results is attached as **Exhibit 9**.

10. I reviewed a National Plan and Provider Enumeration System ("NPPES") registry listing for Abdul Nassir Abdulrazzaq, identifying him as a provider of non-emergency medical transportation based at 538 W. Spur Ave., Gilbert, Arizona. A true and correct copy of that listing is attached as **Exhibit 10**.

11. I reviewed a Zillow.com rental-history record for 538 W. Spur Ave., Gilbert, Arizona, showing that the property was listed for rent on December 14, 2025, and that the listing was removed on December 20, 2025. A true and correct copy of that record is attached as **Exhibit 11**.

12. I reviewed a Google Street View image of 538 W. Spur Ave., Gilbert, Arizona, dated November 2024, showing a non-emergency medical transport vehicle parked at the residence. A true and correct copy of that image is attached as **Exhibit 12**.

13. I located a news article published by ABC15 (Arizona) concerning a restaurant, Miracle Mile Deli, Pita & Co., which Abdul owned and which closed in March 2026. A true and correct copy of that article is attached as **Exhibit 13**.

14. On April 3, 2026, I accessed the now-inactive $FJB/$PPY Discord server, on which Abdul had been active under the username "sundevil28." Discord is a communications platform offering public and private forums, voice and video calls, and direct messaging. I reviewed Abdul's Discord profile to determine whether it disclosed any identifier—such as a telephone number, email address, or physical address—that could help locate her. Neither her Discord profile nor associated third-party databases yielded any such

information. Discord permits direct messaging between users. A direct message to her account is accordingly an available means of contacting her.

15. On April 8, 2026, our process server, Arizona Quick Serve, was assigned to attempt service on Abdul at 538 W. Spur Ave., Gilbert, Arizona. A true and correct copy of the assignment notice is attached as **Exhibit 14**.

16. On April 9, 2026, the process server attempted service at that address and spoke with a male occupant who identified himself as Nassir Abdul Razzaq, who stated that Abdul does not live there and that he has no forwarding address for her. A true and correct copy of the process server's email reporting this attempt is attached as **Exhibit 15**.

17. Between April 14 and April 21, 2026, the process server made five additional unsuccessful attempts to serve Abdul at 2463 E. Springfield Pl., Chandler, Arizona. A true and correct copy of the process server's email reporting these attempts is attached as **Exhibit 15**, and a true and correct copy of the process server's sworn Affidavit of Non-Service reflecting these attempts is attached as **Exhibit 16**.

18. On May 26, 2026, under a new assignment, the process server attempted service at 310 S. 4th St., #910, Phoenix, Arizona. A building concierge refused to allow the process server access to the building. A true and correct copy of the process server's correspondence describing these efforts is attached as **Exhibit 17**.

19. On May 27, 2026, our office provided the process server with a telephone number associated with Abdul, noting that the number had not been confirmed to belong to her. On May 28, 2026, the process server called the number and left a voicemail for Abdul; no response was received. On June 5, 2026, I provided four additional telephone numbers for the process server to attempt. A true and correct copy of the process server's correspondence describing these efforts is attached as **Exhibit 17**.

20. Based on the foregoing investigation, the following are the contact points most likely to reach Abdul: (a) 3443 S. Joshua Tree Ln., Gilbert, Arizona, which a resident confirmed Abdul owns and rents to him (*see* Exhibit 2); (b) 538 W. Spur Ave., Gilbert, Arizona, and 2463 E. Springfield Pl., Chandler, Arizona—both associated with Abdul and her family members, the latter being the principal office of Platinum Care Assisted Living LLC, an entity associated with Abdul (*see* Exhibits 4–5, 7); (c) Abdul's husband, Christopher N. Martin, associated with 310 S. 4th St., #910, Phoenix, Arizona (*see* Exhibits 1, 6); and (d) the Discord account bearing the username "sundevil28," which the Complaint alleges Abdul used to communicate with investors and to sell the Token (*see* Compl. ¶¶ 122, 198–203). Mailings directed to the foregoing addresses and a direct message to the "sundevil28" Discord account—or, in the alternative, publication of the Summons in a newspaper of general circulation in Maricopa County, Arizona—are reasonably calculated to provide Abdul with actual notice of this action.

21. Despite the foregoing efforts, Abdul has not been located or served with the Summons and Complaint in this action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 9, 2026, at New York, New York.

*/s/ Nathan Haronian*
Nathan Haronian