# EXHIBIT 1

Class Action Research Skip-Trace Report (Feb. 13, 2026)

*Declaration of Nathan Haronian — Barr v. Bannon, No. 1:26-cv-00452-ACR (D.D.C.)*

# CONTACT CARD REPORT

## REPORT CRITERIA

Name: SARAH ABDULNASSIR ABDUL
Person ID: 077801337491
Reference Code: dynamis

GLBA: Legal Compliance
DPPA: Civil, Criminal, Administrative, or Arbitral Proceeding

### Best Information

MS SARAH ABDULNASSIR ABDUL (Female)
601-51-####
Issued Dates: 08/01/1995 - 11/30/1995

01/##/1987 (39)
Issued Location: Arizona
Valid

### Report Legend

Shared
Verified
Deceased
High Risk Indicator

### Record Counts

| | |
|---|---|
| Addresses | 14 |
| Aliases | 12 |
| Bankruptcies | 0 |
| Best Information | 1 |
| Contact Cards | 5 |
| Emails | 5 |
| Imposters | 1 |

### Contact Cards

**At Home**

| | |
|---|---|
| SARAH ABDULNASSIR ABDUL (Subject) | ZENA ABDULNASSIR ABDULRAZZAQ (Relative) |

**PhonesPlus**

| | |
|---|---|
| SARAH ABDULNASSIR ABDUL (Subject) | SARAH ABDULNASSIR ABDUL (Subject) |

**Through Family**

| | |
|---|---|
| CHRISTOPHER N MARTIN (Husband) | SAM OLIVER NICHOLS (Relative) |
| SAM OLIVER NICHOLS (Relative) | SHAWN OLAN NICHOLS (Associate By Address) |
| CHRISTOPHER N MARTIN (Husband) | SAM OLIVER NICHOLS (Relative) |
| CHRISTOPHER N MARTIN (Husband) | |

**Through Associates**

| | |
|---|---|
| ABDUL NASSIR ABDULRAZZAQ (Associate) | FARAH A ABDUL (Associate) |
| BAN ABDUL GHAFOOR (Associate By Address) | BAN ABDUL GHAFOOR (Associate By Address) |
| ZENA ABDULNASSIR ABDULRAZZAQ (Associate By Address) | BRENDAN KEVIN ELLIOTT (Associate By Address) |
| SAM O NICHOLS (Associate By Address) | SHAWN OLAN NICHOLS (Associate By Address) |
| HIND AHMED JUBARA (Associate By Address) | FARAH A ABDUL (Associate) |
| SHAWN OLAN NICHOLS (Associate By Address) | ZENA ABDULNASSIR ABDULRAZZAQ (Associate By Address) |
| SHAWN OLAN NICHOLS (Associate By Address) | |

**Through Neighbors**

| | |
|---|---|
| MARIA FERNANDA ACURIO (Neighbor) | CARRIE M NIEGODA (Neighbor) |
| KRISTOFFER M MORSE (Neighbor) | ANTHONY G BUCHELI (Neighbor) |
| KAYLA MORSE (Neighbor) | GINA MARIE CLOSE (Neighbor) |
| STEPHEN LESLIE FALLER (Neighbor) | KENISE ANN ROCKWOOD (Neighbor) |
| JARED HILL ROCKWOOD (Neighbor) | MAKAYLA DANIELLE ROCKWOOD (Neighbor) |
| SYDNEY TAYLOR ROCKWOOD (Neighbor) | STEPHEN F BROWN (Neighbor) |
| MELISSA BURICK SCHUMACHER (Neighbor) | DANIEL CHARLES MELIA (Neighbor) |
| NOAH JAMES SCHUMACHER (Neighbor) | CATHERINE DIANE TEMPLE (Neighbor) |
| JERRY J OCONNOR (Neighbor) | MARTHA S RYANS (Neighbor) |
| MUSKAN KUKREJA (Neighbor) | JABARRI NAPOLEON TROTTER (Neighbor) |
| JENNIFER AUDELL DUNAWAY (Neighbor) | CAITLIN AUDELL DUNAWAY (Neighbor) |
| DRAVEN ALEXANDER DUNAWAY (Neighbor) | SHEILA M RAHORN (Neighbor) |
| MARK ALLEN RAHORN (Neighbor) | |

### Address Summary

**14 Address(es) Found**

| | |
|---|---|
| 3443 S JOSHUA TREE LN, GILBERT, AZ 85297-7857 MARICOPA (Verified) (Shared) | (Nov 2017 - Jan 2026) |
| 3443 SJOSHUATREELN, GILBERT, AZ 85297 MARICOPA (Shared) | (Apr 2022 - Nov 2022) |
| 538 W SPUR AVE, GILBERT, AZ 85233-6347 MARICOPA (Shared) | (Feb 2005 - Aug 2016) |
| 538 W FPUR AVE, GILBERT, AZ 85233 MARICOPA | (Sep 2006 - Sep 2017) |
| 275 W JUNIPER AVE APT 2025, GILBERT, AZ 85233-3928 MARICOPA (Shared) | (Apr 2010 - Mar 2012) |
| 538 W SPUR GILBERT AVE, GILBERT, AZ 85233 MARICOPA | (Apr 2010 - Apr 2010) |
| 538 W APAH, GILBERT, AZ 85233 MARICOPA | (Aug 2006 - Aug 2006) |
| 330 E UNIVERSITY DR APT, TEMPE, AZ 85281-2033 MARICOPA (Shared) | (Apr 2005 - Jun 2006) |
| 188 W LOMA VISTA ST, GILBERT, AZ 85233-8956 MARICOPA (Shared) | (Nov 2014 - Nov 2017) |
| 1111 S SAN JOSE APT 148, MESA, AZ 85202-3825 MARICOPA | (Apr 2011 - Aug 2011) |
| 538, GILBERT, AZ 85233 MARICOPA | (Jan 2005 - Jan 2005) |
| 3601 LAKE MARY RD APT 226, FLAGSTAFF, AZ 86005-9245 COCONINO (Shared) | (Apr 2010 - Apr 2010) |
| 200 W SAN ANGELO ST APT 2162, GILBERT, AZ 85233-2724 MARICOPA | (Mar 2010 - Mar 2010) |
| 6400 E THOMAS RD APT 1032, SCOTTSDALE, AZ 85251-6068 MARICOPA (Shared) | (Aug 2007 - Aug 2007) |

### Bankruptcy Summary

NONE FOUND

### Aliases

**12 Alias(es) Found**

MS SARAH ABDUL
MS SARAH A ABDUL
MS SARAH N ABDUL
MS SARAH A ABDUL RAZZAQ
SARAH ABDUL-RAZZAQ-ELLIOTT
MS SARAH ABDULRAZZAQ
MS SARAH A ABDULRAZZAQ
MS SARAH ABDULNASSIR ABDULRAZZAQ
MS SARAH ABDULRAZZO

| |
|---|
| MS SARAH A NICHOLS |
| MS SARAH ABDUL RAZZAQ |
| MS FARAH ABDUL |

**Emails**

**5 Email(s) Found**

| |
|---|
| SARAH.ABDUL@HOTMAIL.COM |
| SARAHABDUL@GMAIL.COM |
| MARIAH_BUTTERFLY@HOTMAIL.COM |
| JOSEPHBEYKIRCH@GMAIL.COM |
| MARIAHBUTTER23@AOL.COM |

# TABLE OF CONTENTS


TABLE OF CONTENTS . . . . . 3
Contact Cards . . . . . 4
Aliases . . . . . 8
Bankruptcies . . . . . 8
Addresses . . . . . 8
Emails . . . . . 9

SEARCH RESULTS

# Contact Cards

At Home
PhonesPlus
Through Family
Through Associates
Through Neighbors

## At Home

<table>
<tr><th></th><th>Phone & Listed Name</th><th>Name & Possible Relationship</th><th>Address</th></tr>
<tr><td>1</td><td></td><td><table><tr><th>Name</th><th>Relationship</th><th>Last Seen</th></tr><tr><td>SARAH ABDULNASSIR ABDUL</td><td>Subject</td><td>01/2026</td></tr><tr><td>ZENA ABDULNASSIR ABDULRAZZAQ</td><td>Relative - 1st - Relationship Last Seen on 12/2024</td><td>12/2024</td></tr></table></td><td>3443 S JOSHUA TREE LN<br>GILBERT, AZ 85297-7857 MARICOPA</td></tr>
</table>

## PhonesPlus

<table>
<tr><th></th><th>Phone & Listed Name</th><th>Name & Possible Relationship</th><th>Address</th></tr>
<tr><td>1</td><td>(480) 703-4724 (MST)<br>SARAH A ABDUL<br><br>(480) 414-1045 (MST)<br>SARAH ABDUL<br><br>(480) 703-7616 (MST)<br>SARAH ABDUL<br><br>(480) 454-9449 (MST)<br>SARAH ABDUL RAZZAQ</td><td><table><tr><th>Name</th><th>Relationship</th><th>Last Seen</th></tr><tr><td>SARAH ABDULNASSIR ABDUL</td><td>Subject</td><td>01/2026</td></tr></table></td><td>3443 S JOSHUA TREE LN<br>GILBERT, AZ 85297-7857 MARICOPA</td></tr>
<tr><td>2</td><td>(480) 633-2169 (MST)<br>SARAH ABDUL</td><td><table><tr><th>Name</th><th>Relationship</th><th>Last Seen</th></tr><tr><td>SARAH ABDULNASSIR ABDUL</td><td>Subject</td><td>11/2012</td></tr></table></td><td>538 W SPUR AVE<br>GILBERT, AZ 85233-6347 MARICOPA</td></tr>
</table>

## Through Family

| | Phone & Listed Name | Name | Relationship | Last Seen | Address |
|---|---|---|---|---|---|
| 1 | (602) 888-8666 (MST)<br>BOSA DONUT<br><br>(480) 309-1869 (MST)<br>CHRISTOPHER N MARTIN<br><br>(480) 584-2959 (MST)<br>CHRISTOPHER N MARTIN<br><br>(480) 703-2091 (MST)<br>CHRISTOPHER N MARTIN<br><br>(480) 310-9636 (MST)<br>CHRISTOPHER MARTIN | CHRISTOPHER N MARTIN | Husband - Relationship Last Seen on 11/2025 | 01/2026 | 310 S 4TH ST UNIT 910<br>PHOENIX, AZ 85004-2471 MARICOPA |
| 2 | (346) 419-6740 (CST)<br>SAMUEL NICHOLS | SAM OLIVER NICHOLS | Relative - 1st - Relationship Last Seen on 03/2012 | 01/2026 | 4320 N 27TH ST<br>PHOENIX, AZ 85016-5755 MARICOPA |
| 3 | (480) 677-9477 (MST)<br>SAMUEL O NICHOLS<br><br>(480) 560-0451 (MST)<br><br>(480) 468-8312 (MST)<br>SAMUEL NICHOLS<br><br>(623) 239-7043 (MST)<br>SAMUEL NICHOLS | SAM OLIVER NICHOLS | Relative - 1st - Relationship Last Seen on 03/2012 | 01/2026 | 515 W WILLETTA ST APT C<br>PHOENIX, AZ 85003-1203 MARICOPA |
| | | SHAWN OLAN NICHOLS | Associate By Address - Relationship Last Seen on 08/2007 | 10/2021 | |
| 4 | (602) 400-4811 (MST)<br>CHRISTOPHER N MARTIN | CHRISTOPHER N MARTIN | Husband - Relationship Last Seen on 11/2025 | 12/2025 | 1310 W FOLLEY ST<br>CHANDLER, AZ 85224-7509 MARICOPA |
| 5 | (480) 616-6046 (MST)<br>SAMUEL NICHOLS | SAM OLIVER NICHOLS | Relative - 1st - Relationship Last Seen on 03/2012 | 12/2025 | 1 W CAMPBELL AVE<br>PHOENIX, AZ 85013-2907 MARICOPA |
| 6 | (602) 448-1484 (MST)<br>CHRISTOPHER MARTIN | CHRISTOPHER N MARTIN | Husband - Relationship Last Seen on 11/2025 | 10/2012 | 2306 W HARRISON ST<br>CHANDLER, AZ 85224-3432 MARICOPA |

## Through Associates

| | Phone & Listed Name | Name | Relationship | Last Seen | Address |
|---|---|---|---|---|---|
| 1 | (480) 208-3687 (MST)<br>ABDUL N ABDULRAZZAQ<br><br>(480) 208-5512 (MST)<br>ABDUL GHAFOOR BAN<br><br>(480) 703-7616 (MST)<br>SARAH ABDUL | ABDUL NASSIR ABDULRAZZAQ | Associate - Relationship Last Seen on 10/2021 | 01/2026 | 538 W SPUR AVE<br>GILBERT, AZ 85233-6347 MARICOPA |
| | | FARAH A ABDUL | Associate - Relationship Last Seen on 10/2021 | 01/2026 | |
| | | BAN ABDUL GHAFOOR | Associate By Address - Relationship Last Seen on 10/2021 | 04/2022 | |
| 2 | | BAN ABDUL GHAFOOR | Associate By Address - Relationship Last Seen on 10/2021 | 01/2026 | 2463 E SPRINGFIELD PL<br>CHANDLER, AZ 85286-1208 MARICOPA |

| | Phone & Listed Name | Name & Possible Relationship | | | Address |
|---|---|---|---|---|---|
| | | Name | Relationship | Last Seen | |
| 3 | | ZENA ABDULNASSIR ABDULRAZZAQ | Associate By Address - Relationship Last Seen on 08/2025 | 01/2026 | 17010 E CALLE DEL FLORES FOUNTAIN HILLS, AZ 85268-2412 MARICOPA |
| 4 | (480) 215-6471 (MST) BRENDAN K ELLIOTT | BRENDAN KEVIN ELLIOTT | Associate By Address - Relationship Last Seen on 11/2025 | 01/2026 | 707 S CACTUS WREN ST GILBERT, AZ 85296-3113 MARICOPA |
| 5 | (480) 580-4273 (MST) SAMUEL NICHOLS<br>(602) 435-2875 (MST) SAMUEL NICHOLS | SAM O NICHOLS | Associate By Address - Relationship Last Seen on 08/2007 | 01/2026 | 2209 W ALICIA DR PHOENIX, AZ 85041-7751 MARICOPA |
| 6 | (480) 489-7105 (MST) SHAWN NICHOLS | SHAWN OLAN NICHOLS | Associate By Address - Relationship Last Seen on 08/2007 | 01/2026 | 402 W LINCOLN ST APT 317 PHOENIX, AZ 85003-2172 MARICOPA |
| 7 | (480) 271-6484 (MST) HIND A JUBARA<br>(480) 734-9222 (MST) HIND A JUBARA<br>(480) 907-9195 (MST) HIND JUBARA<br>(480) 907-9197 (MST) HIND JUBARA | HIND AHMED JUBARA | Associate By Address - Relationship Last Seen on 11/2018 | 01/2026 | 532 W SPUR AVE GILBERT, AZ 85233-6347 MARICOPA |
| 8 | (480) 335-2599 (MST) FARAH ABDUL | FARAH A ABDUL | Associate - Relationship Last Seen on 10/2021 | 12/2025 | 1255 N ARIZONA AVE CHANDLER, AZ 85225-0701 MARICOPA |
| 9 | (480) 234-2423 (MST) SHAWN NICHOLS | SHAWN OLAN NICHOLS | Associate By Address - Relationship Last Seen on 08/2007 | 08/2025 | 4650 N CENTRAL AVE UNIT 404 PHOENIX, AZ 85012-1089 MARICOPA |
| 10 | (480) 255-1009 (MST) ZEN ABDULRAZZAQ | ZENA ABDULNASSIR ABDULRAZZAQ | Associate By Address - Relationship Last Seen on 08/2025 | 04/2024 | 188 W LOMA VISTA ST GILBERT, AZ 85233-8956 MARICOPA |
| 11 | (602) 546-9298 (MST) SHAWN NICHOLS | SHAWN OLAN NICHOLS | Associate By Address - Relationship Last Seen on 08/2007 | 05/2020 | 1022 N 1ST DR UNIT 305B PHOENIX, AZ 85003-1452 MARICOPA |

**Through Neighbors**

<table>
<tr><th></th><th>Phone & Listed Name</th><th>Name & Possible Relationship</th><th>Address</th></tr>
<tr><td>1</td><td>(224) 944-7344 (CST)<br>MARIA F ACURIO<br><br>(520) 510-7304 (MST)<br>ANTHONY BUCHELI<br><br>(602) 710-4231 (MST)<br>GINA M CLOSE<br><br>(623) 261-1075 (MST)<br>KAYLA MORSE<br><br>(623) 329-9320 (MST)<br>KRISTOFFER MORSE</td><td><table>
<tr><th>Name</th><th>Relationship</th><th>Last Seen</th></tr>
<tr><td>MARIA FERNANDA ACURIO</td><td>Neighbor</td><td>01/2026</td></tr>
<tr><td>CARRIE M NIEGODA</td><td>Neighbor</td><td>01/2026</td></tr>
<tr><td>KRISTOFFER M MORSE</td><td>Neighbor</td><td>01/2026</td></tr>
<tr><td>ANTHONY G BUCHELI</td><td>Neighbor</td><td>01/2026</td></tr>
<tr><td>KAYLA MORSE</td><td>Neighbor</td><td>11/2025</td></tr>
<tr><td>GINA MARIE CLOSE</td><td>Neighbor</td><td>09/2025</td></tr>
</table></td><td>3449 S JOSHUA TREE LN<br>GILBERT, AZ 85297-7857 MARICOPA</td></tr>
<tr><td>2</td><td>(423) 313-3935 (EST)<br>JARED ROCKWOOD<br><br>(480) 406-7122 (MST)<br>KENISE ROCKWOOD<br><br>(602) 882-9527 (MST)<br><br>(602) 622-3431 (MST)<br>STEPHEN FALLER<br><br>(801) 960-6480 (MST)<br>JARED ROCKWOOD</td><td><table>
<tr><th>Name</th><th>Relationship</th><th>Last Seen</th></tr>
<tr><td>STEPHEN LESLIE FALLER</td><td>Neighbor</td><td>01/2026</td></tr>
<tr><td>KENISE ANN ROCKWOOD</td><td>Neighbor</td><td>01/2026</td></tr>
<tr><td>JARED HILL ROCKWOOD</td><td>Neighbor</td><td>01/2026</td></tr>
<tr><td>MAKAYLA DANIELLE ROCKWOOD</td><td>Neighbor</td><td>01/2026</td></tr>
<tr><td>SYDNEY TAYLOR ROCKWOOD</td><td>Neighbor</td><td>12/2025</td></tr>
</table></td><td>3440 S JOSHUA TREE LN<br>GILBERT, AZ 85297-7856 MARICOPA</td></tr>
<tr><td>3</td><td>(480) 349-7784 (MST)<br><br>(480) 390-4470 (MST)<br>DANIEL C MELIA<br><br>(480) 431-3917 (MST)<br>NOAH J SCHUMACHER<br><br>(480) 206-4114 (MST)<br>DANIEL C MELIA<br><br>(602) 326-8637 (MST)<br>STEPHEN ROBERTS</td><td><table>
<tr><th>Name</th><th>Relationship</th><th>Last Seen</th></tr>
<tr><td>STEPHEN F BROWN</td><td>Neighbor</td><td>01/2026</td></tr>
<tr><td>MELISSA BURICK SCHUMACHER</td><td>Neighbor</td><td>01/2026</td></tr>
<tr><td>DANIEL CHARLES MELIA</td><td>Neighbor</td><td>01/2026</td></tr>
<tr><td>NOAH JAMES SCHUMACHER</td><td>Neighbor</td><td>01/2026</td></tr>
</table></td><td>3454 S JOSHUA TREE LN<br>GILBERT, AZ 85297-7856 MARICOPA</td></tr>
<tr><td>4</td><td>(480) 347-6479 (MST)<br>MUSKAN KUKREJA<br><br>(630) 479-8035 (CST)<br>JERRY J OCONNOR<br><br>(480) 889-4800 (MST)<br>JABARRI TROTTER<br><br>(602) 500-7964 (MST)<br>JABARRI TROTTER<br><br>(602) 668-8043 (MST)<br>CATHERINE TEMPLE</td><td><table>
<tr><th>Name</th><th>Relationship</th><th>Last Seen</th></tr>
<tr><td>CATHERINE DIANE TEMPLE</td><td>Neighbor</td><td>01/2026</td></tr>
<tr><td>JERRY J OCONNOR</td><td>Neighbor</td><td>01/2026</td></tr>
<tr><td>MARTHA S RYANS</td><td>Neighbor</td><td>01/2026</td></tr>
<tr><td>MUSKAN KUKREJA</td><td>Neighbor</td><td>01/2026</td></tr>
<tr><td>JABARRI NAPOLEON TROTTER</td><td>Neighbor</td><td>12/2025</td></tr>
</table></td><td>3446 S JOSHUA TREE LN<br>GILBERT, AZ 85297-7856 MARICOPA</td></tr>
<tr><td>5</td><td>(480) 749-8138 (MST)<br>DRAVEN DUNAWAY<br><br>(480) 789-3493 (MST)<br>DRAVEN DUNAWAY<br><br>(253) 405-7501 (PST)<br>JENNIFER DUNAWAY<br><br>(480) 748-1462 (MST)<br>CAITLIN DUNAWAY</td><td><table>
<tr><th>Name</th><th>Relationship</th><th>Last Seen</th></tr>
<tr><td>JENNIFER AUDELL DUNAWAY</td><td>Neighbor</td><td>01/2026</td></tr>
<tr><td>CAITLIN AUDELL DUNAWAY</td><td>Neighbor</td><td>01/2026</td></tr>
<tr><td>DRAVEN ALEXANDER DUNAWAY</td><td>Neighbor</td><td>08/2025</td></tr>
</table></td><td>3434 S JOSHUA TREE LN<br>GILBERT, AZ 85297-7856 MARICOPA</td></tr>
<tr><td>6</td><td>(480) 577-3865 (MST)<br>MARK RAHORN</td><td><table>
<tr><th>Name</th><th>Relationship</th><th>Last Seen</th></tr>
<tr><td>SHEILA M RAHORN</td><td>Neighbor</td><td>01/2026</td></tr>
<tr><td>MARK ALLEN RAHORN</td><td>Neighbor</td><td>01/2026</td></tr>
</table></td><td>3437 S JOSHUA TREE LN<br>GILBERT, AZ 85297-7857 MARICOPA</td></tr>
</table>

## Aliases

MS SARAH ABDUL (Female) - 01/##/1987 (39) - 601-51-#### issued in Arizona between 08/01/1995 and 11/30/1995
MS SARAH A ABDUL (Female) - 01/##/1987 (39) - 601-51-#### issued in Arizona between 08/01/1995 and 11/30/1995
MS SARAH N ABDUL (Female) - 01/##/1987 (39) - 601-51-#### issued in Arizona between 08/01/1995 and 11/30/1995
MS SARAH A ABDUL RAZZAQ (Female) - 01/##/1987 (39) - 601-51-#### issued in Arizona between 08/01/1995 and 11/30/1995
SARAH ABDUL-RAZZAQ-ELLIOTT - 01/##/1987 (39) - 601-51-#### issued in Arizona between 08/01/1995 and 11/30/1995
MS SARAH ABDULRAZZAQ (Female) - 01/##/1987 (39) - 601-51-#### issued in Arizona between 08/01/1995 and 11/30/1995
MS SARAH A ABDULRAZZAQ (Female) - 01/##/1987 (39) - 601-51-#### issued in Arizona between 08/01/1995 and 11/30/1995
MS SARAH ABDULNASSIR ABDULRAZZAQ (Female) - 01/##/1987 (39) - 601-51-#### issued in Arizona between 08/01/1995 and 11/30/1995
MS SARAH ABDULRAZZO (Female) - 01/##/1987 (39) - 601-51-#### issued in Arizona between 08/01/1995 and 11/30/1995
MS SARAH A NICHOLS (Female) - 01/##/1987 (39) - 601-51-#### issued in Arizona between 08/01/1995 and 11/30/1995
MS SARAH ABDUL RAZZAQ (Female) - 01/##/1987 (39) - 601-51-#### issued in Arizona between 08/01/1995 and 11/30/1995
MS FARAH ABDUL (Female) - 01/##/1987 (39)

## Bankruptcies

NO RECORDS

## Addresses

**3443 S JOSHUA TREE LN, GILBERT, AZ 85297-7857 MARICOPA (Nov 2017 - Jan 2026)**
**3443 SJOSHUATREELN, GILBERT, AZ 85297 MARICOPA (Apr 2022 - Nov 2022)**
**538 W SPUR AVE, GILBERT, AZ 85233-6347 MARICOPA (Feb 2005 - Aug 2016)**
**538 W FPUR AVE, GILBERT, AZ 85233 MARICOPA (Sep 2006 - Sep 2017)**
**275 W JUNIPER AVE APT 2025, GILBERT, AZ 85233-3928 MARICOPA (Apr 2010 - Mar 2012)**
**538 W SPUR GILBERT AVE, GILBERT, AZ 85233 MARICOPA (Apr 2010 - Apr 2010)**
**538 W APAH, GILBERT, AZ 85233 MARICOPA (Aug 2006 - Aug 2006)**
**330 E UNIVERSITY DR APT, TEMPE, AZ 85281-2033 MARICOPA (Apr 2005 - Jun 2006)**
**188 W LOMA VISTA ST, GILBERT, AZ 85233-8956 MARICOPA (Nov 2014 - Nov 2017)**
**1111 S SAN JOSE APT 148, MESA, AZ 85202-3825 MARICOPA (Apr 2011 - Aug 2011)**
**538, GILBERT, AZ 85233 MARICOPA (Jan 2005 - Jan 2005)**
**3601 LAKE MARY RD APT 226, FLAGSTAFF, AZ 86005-9245 COCONINO (Apr 2010 - Apr 2010)**
**200 W SAN ANGELO ST APT 2162, GILBERT, AZ 85233-2724 MARICOPA (Mar 2010 - Mar 2010)**
**6400 E THOMAS RD APT 1032, SCOTTSDALE, AZ 85251-6068 MARICOPA (Aug 2007 - Aug 2007)**

3443 S JOSHUA TREE LN, GILBERT, AZ 85297-7857 MARICOPA (Nov 2017 - Jan 2026)

**Residents**
**MS SARAH ABDUL** (Female)

**3443 S JOSHUA TREE LN, GILBERT, AZ 85297-7857 MARICOPA**

3443 SJOSHUATREELN, GILBERT, AZ 85297 MARICOPA (Apr 2022 - Nov 2022)

**Residents**
**MS SARAH ABDUL** (Female)

**3443 SJOSHUATREELN, GILBERT, AZ 85297 MARICOPA**

538 W SPUR AVE, GILBERT, AZ 85233-6347 MARICOPA (Feb 2005 - Aug 2016)

**Residents**
**MS SARAH ABDUL** (Female)

**538 W SPUR AVE, GILBERT, AZ 85233-6347 MARICOPA**

538 W FPUR AVE, GILBERT, AZ 85233 MARICOPA (Sep 2006 - Sep 2017)

**Residents**
**MS SARAH A NICHOLS** (Female)

**538 W FPUR AVE, GILBERT, AZ 85233 MARICOPA**

275 W JUNIPER AVE APT 2025, GILBERT, AZ 85233-3928 MARICOPA (Apr 2010 - Mar 2012)

**Phones**
(480) 633-2071 (MST) - SALAS EMILY L - Published
(480) 545-4176 (MST) - LEWIS BARBARA - U

**Residents**
**MS SARAH A NICHOLS** (Female)

**275 W JUNIPER AVE APT 2025, GILBERT, AZ 85233-3928 MARICOPA**

538 W SPUR GILBERT AVE, GILBERT, AZ 85233 MARICOPA (Apr 2010 - Apr 2010)

**Residents**
**MS SARAH A NICHOLS** (Female)

**538 W SPUR GILBERT AVE, GILBERT, AZ 85233 MARICOPA**

538 W APAH, GILBERT, AZ 85233 MARICOPA (Aug 2006 - Aug 2006)

**Residents**
**MS SARAH A NICHOLS** (Female)

**538 W APAH, GILBERT, AZ 85233 MARICOPA**

| | |
|---|---|
| 330 E UNIVERSITY DR APT, TEMPE, AZ 85281-2033 MARICOPA (Apr 2005 - Jun 2006) Ⓢ<br><br>**Residents**<br>**MS SARAH A NICHOLS** (Female) | **330 E UNIVERSITY DR APT, TEMPE, AZ 85281-2033 MARICOPA** |
| 188 W LOMA VISTA ST, GILBERT, AZ 85233-8956 MARICOPA (Nov 2014 - Nov 2017) Ⓢ<br><br>**Residents**<br>**SARAH ABDUL-RAZZAQ-ELLIOTT** | **188 W LOMA VISTA ST, GILBERT, AZ 85233-8956 MARICOPA** |
| 1111 S SAN JOSE APT 148, MESA, AZ 85202-3825 MARICOPA (Apr 2011 - Aug 2011)<br><br>**Phones**<br>(405) 984-3380 (CST) - BRUCE ASIA - Published<br>(623) 230-1715 (MST) - TUGGLE MAURQUASHA - Published<br><br>**Residents**<br>**SARAH ABDUL-RAZZAQ-ELLIOTT** | **1111 S SAN JOSE APT 148, MESA, AZ 85202-3825 MARICOPA** |
| 538, GILBERT, AZ 85233 MARICOPA (Jan 2005 - Jan 2005)<br><br>**Residents**<br>**MS SARAH ABDULRAZZO** (Female) | **538, GILBERT, AZ 85233 MARICOPA** |
| 3601 LAKE MARY RD APT 226, FLAGSTAFF, AZ 86005-9245 COCONINO (Apr 2010 - Apr 2010) Ⓢ<br><br>**Residents**<br>**MS SARAH A NICHOLS** (Female) | **3601 LAKE MARY RD APT 226, FLAGSTAFF, AZ 86005-9245 COCONINO** |
| 200 W SAN ANGELO ST APT 2162, GILBERT, AZ 85233-2724 MARICOPA (Mar 2010 - Mar 2010)<br><br>**Residents**<br>**MS SARAH A NICHOLS** (Female) | **200 W SAN ANGELO ST APT 2162, GILBERT, AZ 85233-2724 MARICOPA** |
| 6400 E THOMAS RD APT 1032, SCOTTSDALE, AZ 85251-6068 MARICOPA (Aug 2007 - Aug 2007) Ⓢ<br><br>**Phones**<br>(602) 245-2278 (MST) - LOYA STRIA - Published<br><br>**Residents**<br>**MS SARAH A NICHOLS** (Female) | **6400 E THOMAS RD APT 1032, SCOTTSDALE, AZ 85251-6068 MARICOPA** |

## Emails

| | Email | Name | Address |
|---|---|---|---|
| 1 | SARAH.ABDUL@HOTMAIL.COM | MS SARAH ABDUL | 275 W JUNIPER AVE APT 2025<br>GILBERT, AZ 85233-3928 MARICOPA |
| 2 | SARAHABDUL@GMAIL.COM | MS SARAH ABDUL | 3443 S JOSHUA TREE LN<br>GILBERT, AZ 85297-7857 MARICOPA |
| 3 | MARIAH_BUTTERFLY@HOTMAIL.COM | MS SARAH ABDUL | 188 W LOMA VISTA ST<br>GILBERT, AZ 85233-8956 MARICOPA |
| 4 | JOSEPHBEYKIRCH@GMAIL.COM | MS SARAH ABDUL | 3443 S JOSHUA TREE LN<br>GILBERT, AZ 85297-7857 MARICOPA |
| 5 | MARIAHBUTTER23@AOL.COM | SARAH ABDULRAZZAQ | 3443 S JOSHUA TREE LN<br>GILBERT, AZ 85297-7857 MARICOPA |

Important: The Public Records and commercially available data sources used on reports have errors. Data is sometimes entered poorly, processed incorrectly and is generally not free from defect. This system should not be relied upon as definitively accurate. Before relying on any data this system supplies, it should be independently verified. For Secretary of State documents, the following data is for information purposes only and is not an official record. Certified copies may be obtained from that individual state's Department of State. The criminal record data in this product or service may include records that have been expunged, sealed, or otherwise have become inaccessible to the public since the date on which the data was last updated or collected.

IRBsearch does not constitute a "consumer report" as that term is defined in the federal Fair Credit Reporting Act, 15 USC 1681 et seq. (FCRA). Accordingly, IRBsearch may not be used in whole or in part as a factor in determining eligibility for credit, insurance, employment or another permissible purpose under the FCRA.