# EXHIBIT 2

Process Server Report — Joshua Tree Ln. Service Attempts (Feb. 25 & Mar. 3, 2026)

*Declaration of Nathan Haronian — Barr v. Bannon, No. 1:26-cv-00452-ACR (D.D.C.)*

**Subject:** Fw: 7918169 Sarah Abdul Sarah Abdul
**Date:** Wednesday, July 8, 2026 at 5:51:02 PM Eastern Daylight Time
**From:** Meagan Vigliarolo
**To:** Nathan Haronian
**Attachments:** SARAH ABDULNASSIR ABDUL - Contact Card Report - 2026-02-13.pdf

Get Outlook for Android

---

**From:** Meagan Vigliarolo <mvigliarolo@dynamisllp.com>
**Sent:** Wednesday, 18 March 2026 12:11:21
**To:** Yusef Al-Jarani <yaljarani@dynamisllp.com>; Riley Hiatt <rhiatt@dynamisllp.com>
**Subject:** FW: 7918169 Sarah Abdul Sarah Abdul

FYI - this is where we sent it:
*3443 S Joshua Tree LN*
*Gilbert, AZ 85297-7857*

Attaching the skip trace we had done. Do we have an alternate address we want to try?

---

**From:** Jessica Gandy <subpoenaservices@veritext.com>
**Date:** Wednesday, March 18, 2026 at 11:59 AM
**To:** Meagan Vigliarolo <mvigliarolo@dynamisllp.com>
**Subject:** 7918169 Sarah Abdul Sarah Abdul

Hello,

Server advised:
3/3/2026 3:15 pm Spoke to resident of the home, she stated Sarah owns the home and they rent from her. She stated she did not have an address for Sarah but provided a phone number of (480) 414-1045.
2/25/2026 3:05 pm No answer at door. Dogs inside. Black Jeep with plate "SOXGIRL" present.

Would you like to do a basic skip trace ($65) to see if we can find an alternate alternate address?

Thank you,

---
*We value your opinion and would love to get your feedback on how we did today!*
*Please share your thoughts and mention my name by clicking* ***HERE***

**DID YOU KNOW…** The Veritext Record Retrieval Department has its own repository that not only houses the records we obtain for you but also allows you to check live statuses, access

invoices and more! If you have never utilized our repository, please email us at requests@veritext.com to request login access.

**Jessica Gandy**
Director of Process Service and Records
-----------------------------------------------------
**VERITEXT**
**P** 800-275-7991 | **F** (855) 867-4545

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. Please note that any views or opinions presented in this email are solely those of the author and do not necessarily represent those of the company. Finally, the recipient should check this email and any attachments for the presence of viruses. The company accepts no liability for any damage caused by any virus transmitted by this email.

**EXTERNAL MESSAGE:** Please exercise caution with links and attachments.