# EXHIBIT 3

Maricopa County Assessor Record — 3443 S. Joshua Tree Ln., Gilbert, AZ

*Declaration of Nathan Haronian — Barr v. Bannon, No. 1:26-cv-00452-ACR (D.D.C.)*

## 309-24-474

## Residential Parcel

This is a Residential parcel located at 3443 S JOSHUA TREE LN GILBERT, AZ 85297. The current owner is ELLIOTT BRENDAN K. It is located in the SAN TAN RANCH PARCEL 14 subdivision, and MCR 54628. Its current year full cash value is $441,700.

MAPS

PICTOMETRY

$ VIEW/PAY TAX BILL

DEED

OWNER

VALUATIONS

ADDITIONAL INFO

SKETCHES

MAP FERRET

SIMILAR PARCELS

REGISTER RENTAL

PRINT DETAILS

## PROPERTY INFORMATION

3443 S JOSHUA TREE LN GILBERT, AZ 85297

**MCR #**
54628

**Description**
SAN TAN RANCH PARCEL 14 MCR 546-28

**Lat/Long**
|

**Lot Size**
6,899 sq ft.

**Lot #**
36

**High School District**
HIGLEY UNIFIED #60

| |
|---|
| **Elementary School District** |
| HIGLEY UNIFIED SCHOOL DISTRICT |
| **Local Jurisdiction** |
| GILBERT |
| **S/T/R** |
| 2 2S 6E |
| **Market Area/Neighborhood** |
| 26/005 |
| **Subdivision (129 Parcels)** |
| SAN TAN RANCH PARCEL 14 |

## OWNER INFORMATION

ELLIOTT BRENDAN K

| |
|---|
| **Mailing Address** |
| 3443 S JOSHUA TREE LN, GILBERT, AZ 85297 |
| **Deed Number** |
| 20200308367 |
| **Last Deed Date** |
| 04/10/2020 |
| **Sale Date** |
| n/a |
| **Sale Price** |
| n/a |

## VALUATION INFORMATION

We provide valuation information for the past 5 years. For mobile display, we only show 1 year of valuation information. Should you need more data, please look at our data sales.

The Valuation Information displayed below may not reflect the taxable value used on the tax bill due to any special valuation relief program. CLICK HERE TO PAY YOUR TAXES OR VIEW YOUR TAX BILL

| |
|---|
| **Tax Year** |
| 2027 |
| **Full Cash Value** |
| $441,700 |
| **Limited Value** |
| $257,409 |
| **Legal Class** |
| 3.1 |
| **Description** |

PRIMARY RESIDENCE

**Assessment Ratio**

10%

**Assessed LPV**

$25,741

**Property Use Code**

0141

**PU Description**

Single Family Residence

**Tax Area Code**

600605

**Valuation Source**

Notice

## ADDITIONAL PROPERTY INFORMATION

Additional property data.

**Construction Year**

2001

**Weighted Construction Year**

2001

**Improvement Quality**

CLASS R4 (Comparable)

**Pool**

Yes

**Main Livable Area**

1,844 sq ft.

**Patio(s)**

Covered: 2 | Uncovered: 0

**Exterior Wall Type**

Fw - Frame Wood

**Roof Type**

Ct - Concrete Tile

**Bath Fixtures**

8

**Garage Stalls**

3

**Carport Stalls**

0

**Locational Characteristics**

Waterway

## BUILDING SKETCHES

Sketches that illustrate the external dimensions of a property.




## MAP FERRET MAPS

Mapferret maps, also known as MapId maps, pdf maps, or output maps are now available here without having to search.

- Parcel Maps (1)
- Subdivision Maps (3)
- MCR Maps (3)
- S/T/R Maps (16)
- Book/Map Maps (11)

## SIMILAR PARCELS

Parcels that are similar to this one (known as the reference parcel) are displayed below.

| APN | Address | Sale Info | FCV | Size | Livable Sq Ft | Year Built | Pool | Foreclosed |
|---|---|---|---|---|---|---|---|---|
| 309-24-539 | 3918 E WILDHORSE DR | $615000 2 -2025 | $450,700 | 6,900 | 2,005 | 2002 | ✓ | |
| 309-24-515 | 3451 S LOBACK LN | $560000 5 -2024 | $465,200 | 7,583 | 2,136 | 2002 | | |
| 309-24-562 | 3821 E REMINGTON DR | $600000 10-2024 | $458,100 | 8,598 | 1,844 | 2002 | ✓ | |
| 309-24-475 | 3449 S JOSHUA TREE LN | $560000 10-2024 | $485,300 | 6,900 | 2,136 | 2001 | ✓ | |
| 309-24-471 | 3423 S JOSHUA TREE LN | $495000 6 -2023 | $448,600 | 6,900 | 2,193 | 2002 | | |

**CAUTION! USERS SHOULD INDEPENDENTLY RESEARCH AND VERIFY INFORMATION ON THIS WEBSITE BEFORE RELYING ON IT.**

The Assessor's Office has compiled information on this website that it uses to identify, classify, and value real and personal property. Please contact the Maricopa County S.T.A.R. Center at (602) 506-3406 if you believe any information is incomplete, out of date, or incorrect so that appropriate corrections can be addressed. Please note that a statutory process is also available to correct errors pursuant to Arizona Revised Statutes 42-16254.

The Assessor does not guarantee that any information provided on this website is accurate, complete, or current. In many instances, the Assessor has gathered information from independent sources and made it available on this site, and the original information may have contained errors and omissions. Errors and omissions may also have occurred in the process of gathering, interpreting, and reporting the information. Information on the website is not updated in "real time". In addition, users are cautioned that the process used on this site to illustrate the boundaries of the adjacent parcels is not always consistent with the recorded documents for such parcels. The parcel boundaries depicted on this site are for illustrative purposes only, and the exact relationship of adjacent parcels should be independently researched and verified. The information provided on this site is not the equivalent of a title report or a real estate survey. Users should independently research, investigate and verify all information before relying on it or in the preparation of legal documents.

By using this website, you acknowledge having read the above and waive any right you may have to claim against Maricopa County, its officers, employees, and contractors arising out of my reliance on or the use of the information provided on this website.