# EXHIBIT 6

Maricopa County Assessor Record — 310 S. 4th St., Unit 910, Phoenix, AZ

*Declaration of Nathan Haronian — Barr v. Bannon, No. 1:26-cv-00452-ACR (D.D.C.)*

## 112-42-097

## Condo Parcel

This is a Condo parcel located at 310 S 4TH ST 910 PHOENIX, AZ 85004. The current owner is MARTIN CHRISTOPHER. It is located in the SUMMIT AT COPPER SQUARE CONDOMINIUM 2ND AMD subdivision, and MCR 111440. It was last sold on 07/01/2018 for $332,000. Its current year full cash value is $434,600.

MAPS
PICTOMETRY
$ VIEW/PAY TAX BILL
DEED
OWNER
VALUATIONS
ADDITIONAL INFO
MAP FERRET
SIMILAR PARCELS
REGISTER RENTAL
PRINT DETAILS

## PROPERTY INFORMATION

310 S 4TH ST 910 PHOENIX, AZ 85004

**MCR #**

111440

**Description**

SUMMIT AT COPPER SQUARE CONDOMINIUM 2ND AMD MCR 1114-40 UNIT 910 (PLEASE NOTE: FOR LEGAL DESCRIPTION REFERENCES REGARDING THE PERCENTAGE OF OWNERSHIP OF THE COMMON AREA(S). PLEASE REFER TO THE RECORDED COVENANTS, CONDITIONS AND RESTRICTIONS (CCR) ASSOCIATED WITH THIS PLAT.)

**Lat/Long**

|

**Lot Size**

1,707 sq ft.

**Lot #**

910

**High School District**

PHOENIX UNION #210

**Elementary School District**

PHOENIX ELEMENTARY SCHOOL DISTRICT

**Local Jurisdiction**

PHOENIX

**S/T/R ?**

8 1N 3E

**Market Area/Neighborhood**

22/005

**Subdivision (166 Parcels)**

SUMMIT AT COPPER SQUARE CONDOMINIUM 2ND AMD

## OWNER INFORMATION

MARTIN CHRISTOPHER

**Mailing Address**

310 S 4TH ST UNIT 910, PHOENIX, AZ 85004

**Deed Number**

20180532742

**Last Deed Date**

07/13/2018

**Sale Date**

07/01/2018

**Sale Price**

$332,000

## VALUATION INFORMATION

We provide valuation information for the past 5 years. For mobile display, we only show 1 year of valuation information. Should you need more data, please look at our data sales.

The Valuation Information displayed below may not reflect the taxable value used on the tax bill due to any special valuation relief program. CLICK HERE TO PAY YOUR TAXES OR VIEW YOUR TAX BILL

**Tax Year**

2027

**Full Cash Value ?**

$434,600

**Limited Value ?**

$222,981

**Legal Class**

3.1

**Description**
PRIMARY RESIDENCE

**Assessment Ratio**
10%

**Assessed LPV**
$22,298

**Property Use Code**
0750

**PU Description**
Condominiums

**Tax Area Code**
011301

**Valuation Source**
Notice

## ADDITIONAL PROPERTY INFORMATION

Additional property data.

**Construction Year**
2007

**Weighted Construction Year**
2007

**Improvement Quality**
CLASS R5 (Comparable)

**Pool**
No

**Main Livable Area**
1,520 sq ft.

**Patio(s)**
Covered: 1 | Uncovered: 0

**Exterior Wall Type**
Ot - Other

**Roof Type**
Bu - Built Up

**Bath Fixtures**
10

**Garage Stalls**
0

**Carport Stalls**
0

**Locational Characteristics**
Corner

## MAP FERRET MAPS

Mapferret maps, also known as MapId maps, pdf maps, or output maps are now available here without having to search.

- Parcel Maps (1)
- Subdivision Maps (1)
- MCR Maps (1)
- S/T/R Maps (16)
- Book/Map Maps (6)

## SIMILAR PARCELS

Parcels that are similar to this one (known as the reference parcel) are displayed below.

| APN | Address | Sale Info | FCV | Size | Livable Sq Ft | Year Built | Pool | Foreclosed |
|---|---|---|---|---|---|---|---|---|
| 112-42-172 | 310 S 4TH ST 1705 | $542000 3 -2026 | $431,300 | 1,558 | 1,463 | 2007 | | |
| 112-42-103 | 310 S 4TH ST 1006 | $560000 4 -2025 | $408,800 | 1,580 | 1,412 | 2007 | | |
| 112-42-211 | 310 S 4TH ST 2202 | $589000 11-2025 | $493,800 | 1,363 | 1,405 | 2007 | | |
| 112-42-107 | 310 S 4TH ST 1010 | $590000 10-2025 | $436,800 | 1,707 | 1,520 | 2007 | | |
| 112-42-137 | 310 S 4TH ST 1310 | $565000 12-2024 | $443,800 | 1,707 | 1,520 | 2007 | | |

**CAUTION! USERS SHOULD INDEPENDENTLY RESEARCH AND VERIFY INFORMATION ON THIS WEBSITE BEFORE RELYING ON IT.**

The Assessor's Office has compiled information on this website that it uses to identify, classify, and value real and personal property. Please contact the Maricopa County S.T.A.R. Center at (602) 506-3406 if you believe any information is incomplete, out of date, or incorrect so that appropriate corrections can be addressed. Please note that a statutory process is also available to correct errors pursuant to Arizona Revised Statutes 42-16254.

The Assessor does not guarantee that any information provided on this website is accurate, complete, or current. In many instances, the Assessor has gathered information from independent sources and made it available on this site, and the original information may have contained errors and omissions. Errors and omissions may also have occurred in the process of gathering, interpreting, and reporting the information. Information on the website is not updated in "real time". In addition, users are cautioned that the process used on this site to illustrate the boundaries of the adjacent parcels is not always consistent with the recorded documents for such parcels. The parcel boundaries depicted on this site are for illustrative purposes only, and the exact relationship of adjacent parcels should be independently researched and verified. The information provided on this site is not the equivalent of a title report or a real estate survey. Users should independently research, investigate and verify all information before relying on it or in the preparation of legal documents.

By using this website, you acknowledge having read the above and waive any right you may have to claim against Maricopa County, its officers, employees, and contractors arising out of my reliance on or the use of the information provided on this website.