# EXHIBIT 7

Arizona Corporation Commission Filing — Platinum Care Assisted Living LLC

*Declaration of Nathan Haronian — Barr v. Bannon, No. 1:26-cv-00452-ACR (D.D.C.)*

Arizona Business Center

Login Register

## Business Search

Home > Business Search > Business Information

Back

| | |
|---|---|
| Business Name<br>**PLATINUM CARE ASSISTED LIVING LLC** | Business Type<br>**Domestic Limited Liability Company** |
| Business ID<br>**L22528040** | State of Formation/Jurisdiction |
| Principal Office Address<br>**2463 E SPRINGFIELD PL, CHANDLER, AZ, Maricopa, 85286, United States** | Mailing Address<br>- |
| Date of Formation<br>**01/22/2018** | Status Date<br>- |
| Management Structure<br>**Member Managed** | Period of Duration<br>**Perpetual** |

Business Status
**Active**

Reason for Status
**In Good Standing**

### Character of Business

-

### Statutory Agent Information

Agent Type
**Individual**

Agent Name
**SARAH ABDUL RAZZAQ**

Status
**Active**

Physical Address Attention
-

Statutory Agent Address (Physical Address)
**3443 S JOSHUA TREE LN, GILBERT, AZ, 85297, United States**

Mailing Address Attention
-

Mailing Address
**3443 S JOSHUA TREE LN, GILBERT, AZ, 85297, United States**

Effective Date
-

## Principals Information (1)

| Title | Principal Type | Name | Attention | Address |
|---|---|---|---|---|
| Member | Individual | SARAH ABDUL RAZZAQ | - | 3443 S JOSHUA TREE LN, GILBEI |

Filing History | Name History | Stat. Agent History | Service History | Restructuring History | Microf

| Filing Number | Filing Date/Time | Effective Date | Filing Type | Filing Status |
|---|---|---|---|---|
| 06222035 | 01/22/2018 12:00 AM | 01/22/2018 | Articles of Organization | Approved |