# EXHIBIT 8

Maricopa County Superior Court Records — Case No. CV2000-020909

*Declaration of Nathan Haronian — Barr v. Bannon, No. 1:26-cv-00452-ACR (D.D.C.)*

« Return to search results

## Case Information

| | | | |
|---|---|---|---|
| **Case Number:** | CV2000-020909 | **Judge:** | Z Unassigned, Z Unassigned |
| **File Date:** | 11/21/2000 | **Location:** | Northeast |
| **Case Type:** | Civil | | |

## Party Information

| Party Name | Relationship | Sex | Attorney |
|---|---|---|---|
| A-1 Contractors Inc | Plaintiff | None | Pro Per |
| Abdul Nassir Abdulrazzaq | Defendant | Male | Asheton Call |
| Ban Abdul Ghafoor | Defendant | Female | Pro Per |

## Case Documents

| Filing Date | Description | Docket Date | Filing Party |
|---|---|---|---|
| 6/23/2003 | NOT - Notice | 7/10/2003 | |
| **NOTE:** | OF PROPOSED DISTRIBUTION | | |
| 5/28/2002 | UPI - Updated Information Address and/or Name | 5/31/2002 | Plaintiff(1) |
| 5/7/2002 | RRM - Returned/ReMailed Mail | 5/30/2002 | |
| 4/22/2002 | 047 - ME: Judgment Of Dismissal | 4/22/2002 | |
| 12/20/2001 | NOH - Notice Of Hearing | 1/8/2002 | |
| **NOTE:** | ROGER W BROWN TRUSTEE/ | | |
| 12/3/2001 | NOT - Notice | 12/17/2001 | |
| **NOTE:** | | | |
| ROGER W BROWNS/ OF TRUSTEES APPLICATION TO (1)EMPLOY SPECIAL COUNSEL;(2); COMPROMISE PERSONAL INJURY CLAIM; AND (3)PAY FEES AND COSTS TO SPECIAL COUNSEL | | | |
| 10/9/2001 | NOT - Notice | 10/26/2001 | |
| **NOTE:** | DISCHARGE OF DEBTORS | | |
| 8/9/2001 | ORD - Order | 8/14/2001 | Plaintiff(1) |
| **NOTE:** | | | |
| THAT GUY W BLUFF PC, GUY W BLUFF AND GARY MICHAEL SMITH ARE WITHDRAWN; AS COUNSEL FOR A-1 CONTRACTORS INC | | | |
| 7/16/2001 | MOT - Motion | 7/28/2001 | Plaintiff(1) |
| **NOTE:** | TO WITHDRAW | | |
| 6/22/2001 | 314 - ME: Bankruptcy | 6/22/2001 | |
| 6/19/2001 | 099 - ME: Withdrawal Of Counsel | 6/19/2001 | |
| 6/18/2001 | ORD - Order | 7/10/2001 | Defendant(2) |
| **NOTE:** | TO WITHDRAW AS COUNSEL | | |
| 6/14/2001 | NOB - Notice Of Filing Bankruptcy | 6/29/2001 | Defendant(2) |
| 5/25/2001 | REL - Reply | 6/12/2001 | Plaintiff(1) |
| **NOTE:** | | | |
| ON MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO CONTINUANCE OF 20 JUNE 2001; HEARING AND REQUEST FOR SUMMARY RULING | | | |
| 5/25/2001 | OBJ - Objection/Opposition | 6/12/2001 | Plaintiff(1) |
| **NOTE:** | TO WITHDRAWAL OF COUNSEL | | |
| 5/25/2001 | RES - Response | 6/12/2001 | Plaintiff(1) |
| **NOTE:** | TO MOTION FOR ADDITIONAL TIME TO RESPOND TO PLAS MOTION TO COMPEL | | |
| 5/25/2001 | REL - Reply | 6/12/2001 | Plaintiff(1) |
| **NOTE:** | | | |
| ON MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO CONTINUANCE OF 20 JUNE 2001; HEARING AND REQUEST FOR SUMMARY RULING | | | |
| 5/16/2001 | RES - Response | 6/8/2001 | Defendant(2) |
| **NOTE:** | | | |
| INITIAL - TO PLAS MOTION FOR SUMMARY JUDGMENT AND MOTION FOR ADDITIONAL TIME TO; RESPOND AND TO CONTINUE HEARING SET FOR 6-20-01 PURSUANT TO RULE 56(F) ARCP | | | |
| 5/16/2001 | MOT - Motion | 6/11/2001 | Defendant(2) |
| **NOTE:** | FOR ADDITIONAL TIME TO RESPOND TO PLAINTIFFS MOTION TO COMPEL | | |
| 5/16/2001 | APL - Application | 6/11/2001 | Defendant(2) |
| **NOTE:** | EX PARTE/ TO WITHDRAW AS COUNSEL | | |
| 5/9/2001 | 094 - ME: Oral Argument Set | 5/9/2001 | |
| 5/8/2001 | MOT - Motion | 6/8/2001 | Plaintiff(1) |
| **NOTE:** | TO COMPEL | | |
| 5/2/2001 | EXH - Exhibit | 5/14/2001 | Plaintiff(1) |
| **NOTE:** | OMNIBUS - SET | | |
| 5/2/2001 | AFF - Affidavit | 5/11/2001 | Plaintiff(1) |
| **NOTE:** | OF ALI ABBOUD | | |
| 5/2/2001 | SOF - Statement Of Facts | 5/11/2001 | Plaintiff(1) |
| **NOTE:** | SEPARATE - IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT | | |
| 5/2/2001 | MSJ - Motion For Summary Judgment | 5/11/2001 | Plaintiff(1) |

| | | | |
|---|---|---|---|
| 5/1/2001 | 311 - ME: 150 Day Minute Entry | 5/1/2001 | |
| 3/26/2001 | ANS - Answer | 3/27/2001 | Plaintiff(1) |
| **NOTE:** | VERIFIED - TO COUNTERCLAIM | | |
| 3/7/2001 | ANS - Answer | 3/9/2001 | Defendant(2) |
| **NOTE:** | VERIFIED/ AND COUNTERCLAIM | | |
| 3/7/2001 | CCN - Cert Arbitration - Not Subject | 3/16/2001 | Defendant(2) |
| 2/21/2001 | ADE - Application For Default | 3/1/2001 | Plaintiff(1) |
| 2/21/2001 | AFD - Affidavit On Default | 3/1/2001 | Plaintiff(1) |
| 12/7/2000 | NOF - Notice Of Filing | 12/20/2000 | Plaintiff(1) |
| **NOTE:** | OF ORIGINAL VERIFICATION | | |
| 11/27/2000 | AFS - Affidavit Of Service | 11/29/2000 | Plaintiff(1) |
| **NOTE:** | P2-3 SERVED 11-25-2000 | | |
| 11/27/2000 | SUM - Summons | 12/6/2000 | Plaintiff(1) |
| 11/21/2000 | COM - Complaint | 11/24/2000 | Plaintiff(1) |
| 11/21/2000 | CCN - Cert Arbitration - Not Subject | 11/24/2000 | Plaintiff(1) |

## Case Calendar

**There are no calendar events on file**

## Judgments

| Date | (F)or / (A)gainst | Amount | Frequency | Type | Status |
|---|---|---|---|---|---|

**No records found.**