# EXHIBIT 9

Data-Broker Records — 538 W. Spur Ave. Residents

*Declaration of Nathan Haronian — Barr v. Bannon, No. 1:26-cv-00452-ACR (D.D.C.)*

32 records found for 538 W Spur Ave in
Gilbert, AZ 85233




## Ban Ghafoor
Age 55 • Gilbert, AZ

**Also seen as** Ban Abdul, Ban Abdul-Ghafoor
**Used to live in** Chandler AZ, Flagstaff AZ, Scottsdale AZ,...
**Related to** Abdul Abdulrazzaq, Farah Razzaq, Razzaq Ab...

## Abdul Abdulrazzaq
Age 65 • Gilbert, AZ

**Also seen as** Abdul Nassir, Abdul Razzaq
**Used to live in** Chandler AZ, Phoenix AZ, Tempe AZ, Long I...
**Related to** Ban Ghafoor, Farah Razzaq, Zena Abdul, Zai...

## Farah Razzaq
Age 37 • Gilbert, AZ

**Also seen as** Farah Abdul, Farah Abdul Razzaq

**Related to** Abdul Abdulrazzaq, Ban Ghafoor, Razzaq Abd...

## Razzaq Nassir
Age Unknown • Gilbert, AZ

## Razzaq Abdul
Age 38 • Gilbert, AZ

**Related to** Ban Ghafoor, Farah Razzaq, Zena Abdul

## Melissa Yusuf
Age 40 • Gilbert, AZ

**Also seen as** Melissa Mayor, Melissa Reidhead
**Used to live in** Maricopa AZ, Mesa AZ, Phoenix AZ, Saint C...
**Related to** Adam Mayor, Asim Yusuf, Brandice Claxton, ...

## Hind Jubara
Age 52 • Gilbert, AZ

**Also seen as** Hind Elshaigi
**Used to live in** Mesa AZ, Phoenix AZ, Saint Paul MN,
Tempe...
**Related to** Adil Elshaigi, Khalid Elshaigi, Omer Elsha

## Kristal Munez

Age 38 • Queen Creek, AZ

**Also seen as** Kristal Songalia Munez
**Used to live in** Gilbert AZ, Coppell TX, Dallas TX, Phoeni...
**Related to** Dolores Munez, Kennex Munez, Renato Munez

## Dolores Munez

Age 72 • Charleston, SC

**Used to live in** Gilbert AZ, Coppell TX, Dallas TX, Phoeni...
**Related to** Kennex Munez, Kristal Munez, Renato Munez

## Keyla Gallahan

Age 47 • Glendale, AZ

**Also seen as** Keyla Moreno, Keyla Grady
**Used to live in** Gilbert AZ, Scottsdale AZ, Chandler AZ, L...
**Related to** Christopher Gallahan, Kevin Gallahan, Lisa...

Next →


### Sponsored Links

Paid service sponsored by **BeenVerified.com**

Search owner of
**538 W Spur Ave**
Search Details

Search current phone of
**538 W Spur Ave**
Search Details

Search email address of
**538 W Spur Ave**
Search Details

Advertise with us

# Property Details

**2** bath **1,702** sq ft **1997** built **1** story

VALUATION

| | |
|---|---|
| Estimated Value | **$488,000** |
| Estimated Equity | $355,473 (73%) |
| Est. $/Sq Ft | $286 |
| Last Sale | $126,000 (07/07/1999) |
| Lot Size | 6,003 sq ft |

PROPERTY INFORMATION

| | |
|---|---|
| Type | Single Family |
| Class | Residential |
| Occupancy | Owner Occupied |
| Ownership | Individual |

LOCATION

| | |
|---|---|
| School District | Gilbert Unified District |
| Subdivision | Madera Parc Amd Lot 1-447 Tr A-J Aa |
| APN | 302-32-499 |

FEATURES

- Garage
- 2 Parking
- Forced air unit Heat
- Refrigeration A/C

# Price and Tax History

Property Value Over Time (Estimate)

| | |
|---|---|
| 2020 | $338,000 |
| 2021 | $403,000 |
| 2022 | $514,000 |
| 2023 | $492,000 |
| 2024 | $475,000 |
| 2025 | $515,000 |
| **Current** | **$488,000** |

Tax Assessment History

| Year | Assessed Value | Land Value | Tax Amount |
|---|---|---|---|
| 2025 | $21,579 | N/A | $2,197 |
| 2024 | $20,552 | N/A | $1,985 |
| 2023 | $35,630 | $7,120 | $1,950 |
| 2022 | $26,770 | $5,350 | $2,004 |
| 2021 | $25,410 | $5,080 | $1,945 |

# Transaction History

| Date | Type | Amount | Mortgage/Loan |
|---|---|---|---|
| 07/14/2020 | Stand Alone Mortgage | **N/A** | $149,000<br>30 year term |
| 12/12/2005 | Stand Alone Mortgage | **N/A** | $188,500<br>30 year term |
| 07/29/2003 | Stand Alone Mortgage | **N/A** | $98,600<br>15 year term |
| 07/16/1999 | Intrafamily Transfer | **N/A** | - |
| 07/16/1999 | Warranty Deed | **$126,000** | - |
| 07/16/1999 | Intrafamily Transfer | **N/A** | - |
| 07/16/1999 | Warranty Deed | **N/A** | - |
| 08/29/1997 | Warranty Deed | **N/A** | - |
| 08/29/1997 | Warranty Deed | **$109,998** | - |
| 08/29/1997 | Intrafamily Transfer | **N/A** | - |

Next Page →

NEED MORE DATA IN REAL-TIME?

EnformionGO

Get access to our partner **EnformionGO's Fast Developer API** for Contact Enrichment, Sales and Marketing Intelligence.
Find Real Estate Leads, Homeowner Lookups, Reverse Phone, Business and Consumer Data.

Try Our API