# EXHIBIT 10

NPPES NPI Registry Listing — Abdul Nassir Abdulrazzaq

*Declaration of Nathan Haronian — Barr v. Bannon, No. 1:26-cv-00452-ACR (D.D.C.)*

# Provider Information for 1134350242

The following NPI(s) contain information matching your search criteria. Please select the NPI to view all the data associated with the NPI.

Home / NPI View

**Please Note: Issuance of an NPI does not ensure or validate that the Health Care Provider is Licensed or Credentialed. For more information please refer to NPI: What You Need to Know**

ABDULNASSIR ABDULRAZZAQ

Sex: Male

NPI: 1134350242

Last Updated: 2009-08-06
Certification Date:

## Details

| Name | Value |
|---|---|
| NPI | 1134350242 |
| Enumeration Date | 2009-08-06 |
| NPI Type | NPI-1 Individual |
| Sole Proprietor | YES |
| Status | Active |
| Mailing Address | 538 W SPUR AVE<br>GILBERT, AZ 85233-6347<br>United States |

| | |
|---|---|
| | Phone: 602-405-3748 \| Fax:480-633-2169<br>View Map |
| Primary Practice Address | 538 W SPUR AVE<br>GILBERT, AZ 85233-6347<br>United States<br><br>Phone: 602-405-3748 \| Fax:480-633-2169<br>View Map |
| Secondary Practice Address(es) | |
| Health Information Exchange | **Endpoint Type** \| **Endpoint** \| **Endpoint Description** \| **Use** \| **Content Type** \| **Affiliation** \| **Endpo Locat** |
| Other Identifiers | **Issuer** \| **State** \| **Number** \| **Other Issuer** |
| Taxonomy | see below |

| Primary Taxonomy | Selected Taxonomy | State | License Number |
|---|---|---|---|
| Yes | 343900000X - Non-emergency Medical Transport (VAN) | | |

A federal government website managed by the
U.S. Centers for Medicare & Medicaid Services
7500 Security Boulevard, Baltimore, MD 21244