# EXHIBIT 11

Zillow Rental History — 538 W. Spur Ave., Gilbert, AZ

*Declaration of Nathan Haronian — Barr v. Bannon, No. 1:26-cv-00452-ACR (D.D.C.)*

zillow.com/homedetails/538-W-Spur-Ave-Gilbert-AZ-85233/8179429_zpid/

Rent | ilbert AZ

Back to search | Save | Share | More | Get help

Home value | Cost calculator | Home details | Neighborhood

| Date | Event | Price |
|---|---|---|
| 12/20/2025<br>Source: Zillow Rentals Report | Listing removed | $2,500<br>$1/sqft |
| 12/14/2025<br>Source: Zillow Rentals Report | Listed for rent | $2,500 +8.7%<br>$1/sqft |
| 5/11/2021<br>Source: Zillow Rental Manager Report | Listing removed | -- |
| 4/24/2021<br>Source: Zillow Rental Manager Report | Price change | $2,300 -8%<br>$1/sqft |
| 4/20/2021<br>Source: Zillow Rental Manager Report | Listed for rent | $2,500<br>$1/sqft |
| 7/16/1999<br>Source: Public Record Report | Sold | $126,000 +14.5%<br>$74/sqft |
| 8/29/1997<br>Source: Public Record Report | Sold | $109,998<br>$65/sqft |

**Get a cash offer in 3 minutes**

Find out how much your home could sell for in as little as 3 minutes with a no-obligation cash offer.

**Estimated market value**

**$479,800**

What is this number?

Start now

Claim home

Sort: Hom

House for sa
Gilbert, AZ
vided by ARMLS

House for sa
Gilbert, AZ
ed by ARMLS