# EXHIBIT 12

Google Street View (Nov. 2024) — 538 W. Spur Ave., Gilbert, AZ

*Declaration of Nathan Haronian — Barr v. Bannon, No. 1:26-cv-00452-ACR (D.D.C.)*


538 W Spur Ave
538 W Spur Ave
Gilbert, Arizona
Google Street View
Nov 2024
See more dates
Share
NOOMI
602-773-8382
Expand
Google Maps