# EXHIBIT 13

ABC15 (Arizona) News Article — Mesa Restaurant

*Declaration of Nathan Haronian — Barr v. Bannon, No. 1:26-cv-00452-ACR (D.D.C.)*

abc 15 ARIZONA MENU WATCH NOW

ARIZONA

27 WX Alerts Quick Links

ALERT
DirecTV has removed ABC15 Arizona – Here's how to keep watching

ADVERTISEMENT

NEWS > WE'RE OPEN

# We're Open, Arizona: Miracle Mile Deli, Pita & Co. raising money for first responders, hospital staff

WATCH NOW




Both restaurants are doing what they can to help out amid the coronavirus pandemic.

---



By: Allison Rodriguez , Josh Frigerio

*Posted 1:24 PM, Apr 07, 2020 and last updated 7:02 PM, Apr 07, 2020*

PHOENIX — Phoenix has no shortage of incredible restaurants. While some have been part of the Phoenix food scene for decades, new restaurants are welcomed every year.

**Miracle Mile Deli,** a New York-style delicatessen, has been part of the Valley for 71 years.

"We are known for having the Valley's best pastrami, biscuits, and corn beef sandwiches," said Josh Garcia, vice president of Miracle Mile Deli, which is located near 16th Street and Campbell Avenue in Phoenix.

ADVERTISEMENT



**Pita & Co.**, a casual Mediterranean restaurant near Southern Avenue and Dobson Road in Mesa, has been open for a year, an anniversary that fell during the midst of the COVID-19 pandemic.

"We're basically a build-your-own Mediterranean shop. You come in and pick whether you want a pita, platter with rice, kind of like a bowl, or a salad," said owner Sarah Abdul.

Yet, both have found themselves having to adapt their menus and transition their operations to nearly full to-go/carry-out orders during the COVID-19 pandemic, which has hit those in the hospitality industry especially hard.

ADVERTISEMENT




"The sales decrease was 80% and I said, "OK, I have to take a break,'" she said. "I closed down for two days, went home, brainstormed, and kind of, ya know, that's where everything started."

Sales at Miracle Mile are down, too, about 50-55 percent, said Garcia. He has also had to make tough decisions, including furloughing some of his staff.

"For us to have to make those decisions is extremely difficult. It's a very weird situation for us, obviously uncharted waters," he said.

While their menus may be world's apart, what ties them together is what they're doing for all those working so hard to keep us safe during the global pandemic.

"They really are on the front line," said Abdul, referring to the doctors and nurses working at Valley hospitals, specifically nearby Banner Desert Medical Center. "Not only are they risking their lives, but their family's lives."

The staff at Banner Desert Hospital were much of her lunch crowd, but now they are understandably too busy to step out. So, she's bringing the food to them.

abc15 ARIZONA WATCH NOW

workers or first responders. And what we do is take that money and cater to the hospitals and first responders," she said.

ADVERTISEMENT




Struggling with Weig
Employer May Cov

Transform your health with NYB

Ad by New York Bariatric Group

So far, the community has stepped up to help out. "It's been great. Everyone loves it," she said. We're taking any ideas of any hospitals or stations that anybody can recommend."

Miracle Mile Deli also working to keep firefighters, first responders, and hospital employees well-fed.

"We're taking care of them because we know how hard that they're working to came care of us and support our local community as well," Garcia said.

Donations to Pita and Co.'s first responder fund can be made at https://azpitaco.square.site.

Donations to Miracle Mile Deli's first responder fund can be made at http://miraclemiledeli.com.

ADVERTISEMENT




**MAP: [400+ local restaurants around the Valley open for takeout, carry-out, or delivery]**

*IF YOU GO:*

**Miracle Mile Deli**

4433 N 16th St, Phoenix, AZ 85016

http://miraclemiledeli.com.

**Pita and Co**

2110 W Southern Ave #103 Mesa, Arizona 85202

https://azpitaco.square.site

Report a typo

Recommended For You

WATCH NOW



**Trade Queens for sandy shores**

This Summer leave Queens behind and book your hotel with up to -40% off

Paid Content: Barceló Hotel Group



**Why Your Sciatic Nerve Won't Heal (What Most Doctors Miss)**

A New Case Study For Sciatica Just Released

Paid Content: SmoothSpine



**Cardiologist: 2 Veggies Will Kill Your Belly Fat Overnight! (Try It)**

Try It Before Bed!

Paid Content: Health Weekly



**Queens Men Over 40 Are Ditching the Blue Pill For This 7x Stronger Alternative**

Thousands Of Men Over 40 Have Already Made The Switch.

Paid Content: DirectMax





Paid Content: homebuddycom

Paid Content: Quad

Searc

Ad

**Bloated, Run Down, Tired? Your Gu Might Be Begging For Colostrum**

Paid Content: Best Colostrum Powder 202(

**Why Attachment Theory Shapes Your Love Life**

Paid Content: Seeking

abc15 ARIZONA

WATCH NOW

**A Marketer's Guide to Adtech Platforms**

Don't settle for average adtech. Learn what separates high-performance...
Paid Content: Quantcast

**We Tested The New Mini AC: The Verdict Is Absolute**

Paid Content: Consumer World



**Forbes' 2026 GLP-1 Rankings Reveal a Clear Winner**

Beyond Ozempic: compare 2026's leading GLP-1 treatments for appetite...
Paid Content: Forbes



**Dermatologist: The 1 Vitamin You Need If You Have Wrinkles**

She stopped using her moisturizer and tried this instead — the results surprise...
Paid Content: Anti-Aging Center





WATCH NOW

Paid Content: primenutritionfindings.com

Teflon)

New Case Study About Coockware Just Released

Paid Content: Plateful

## Marketplace

Sell Your Items - Free to List

Visit Full Marketplace




**Sports cards and Collectibles**

$950

DAVID M. | sellwild.com




**2020 Ben Baller Topps Chrome Mike Trout PSA**

$180

DAVID M. | sellwild.com



**Camera**

$4,000

LAW W. | sellwild.com






**1929 Ford**

$44,000

GATEWAY C. | sellwild.com




Powered by Sellwild




## getting back to work

abc15.com staff 11:33 AM, Apr 20, 2020

ADVERTISEMENT



SCRIPPS
NEWS GROUP
© 2026 Scripps Media, Inc
*Give Light and the People Will Find Their Own Way*