# EXHIBIT 14

Veritext Assignment No. 8012612 — Scheduling Notice

*Declaration of Nathan Haronian — Barr v. Bannon, No. 1:26-cv-00452-ACR (D.D.C.)*

**Thursday, July 9, 2026 at 9:45:15 AM Eastern Daylight Time**

---

**Subject:** FW: PROCESS SERVICE!; Assignment No. 8012612; Status: Scheduled
**Date:** Wednesday, April 8, 2026 at 10:00:12 AM Eastern Daylight Time
**From:** Meagan Vigliarolo
**To:** Nathan Haronian
**Attachments:** 8012612.ics

---

**From:** Subpoenaservices@veritext.com <Subpoenaservices@veritext.com>
**Date:** Wednesday, April 8, 2026 at 9:55 AM
**To:** Meagan Vigliarolo <mvigliarolo@dynamisllp.com>
**Subject:** PROCESS SERVICE!; Assignment No. 8012612; Status: Scheduled

VERITEXT LEGAL SOLUTIONS

Notes: ac

Your assignment #8012612 has been **SCHEDULED**. Click here to access your Outlook Calendar

| **ASSIGNMENT #8012612** | | | **STATUS: Scheduled** |
|---|---|---|---|
| **CASE** | Barr, Andrew vs. Bannon, Stephen K., et al. | **WITNESS** | Sarah Abdul |
| **DATE** | 4/8/2026 | **EXPERT WITNESS?** | |
| **TIME** | 9:00 AM | **SERVICES REQUESTED** | |
| **LOCATION** | Sarah Abdul<br>538 W Spur Ave<br><br>Gilbert, AZ 85297-7857<br><br>Get Directions | **ADDITIONAL SERVICES** | |

**THIS ASSIGNMENT IS FOR**

| | |
|---|---|
| **FIRM NAME** | Dynamis LLP |
| **ATTORNEY/LAWYER NAME** | Eric Rosen |
| **CONTACT NAME** | Meagan Vigliarolo |
| **CONTACT PHONE** | (212) 218-1193 |
| **CONTACT E-MAIL** | mvigliarolo@dynamisllp.com |
| **DUE** | Normal in 5 days |

**ASSIGNMENT-SPECIFIC INFORMATION**

| | |
|---|---|
| **NOTES** | ROUTINE SC NATIONWIDE ROUTINE (NORMAL) SERVICE - 5 BUSINESS DAYS. Please serve the attached Summons and Complaint to Sarah Abdul, as directed. |

Please review the assignment details above for accuracy, including date, time, location and services. Should you need to make any changes or add services, please log into the MyVeritext client portal or contact our office for assistance. We can be reached by **REPLYING TO THIS E-MAIL** or calling **800.275.7991**.

**SAMPLE NOTICE LANGUAGE:** Capture technology continues to advance and Veritext will always provide the service best suited to your requirements. We encourage you to update language on all proceeding notices to reflect all possibilities. Example language you might use is: "**YOU ARE NOTIFIED** that we reserve the right to record the proceeding by stenographic means or by utilizing digital audio recording equipment or any other alternative methods of capture."*

**The above language is a suggestion. Veritext does not provide legal advice.*

**NEED A MYVERITEXT ACCOUNT:** Visit www.veritext.com/myveritext and complete the online form. Your unique individual log-in is private, and complies with all standards to ensure data security.

Thank you for choosing Veritext to assist with this proceeding.

**Your Veritext Team**

VERITEXT LEGAL SOLUTIONS

Copyright © 2000-2022 Veritext Corp. All Rights Reserved.

**PLEASE NOTE:** A late cancellation fee may be charged for cancellations received after 4pm the previous business day. A late scheduling fee may apply to any assignment requested after 2pm the previous business day. Any costs incurred by Veritext on the client's behalf will be invoiced for reimbursement.

Veritext will make every effort to secure resources (e.g. reporters, videographers, etc.) for the above-referenced proceeding. Veritext uses

independent contractors to deliver reporting services. Receipt of this notice in no way implies a guarantee that an independent contractor will be available.

**DISCLAIMER:** This email, including any attachments or links, is intended solely for parties authorized to access this specific matter and may contain confidential, proprietary or privileged material. If you are not an authorized party to the matter, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this email in error, please notify the sender immediately and then permanently delete the email and all copies (including any attachments or download links).When using Veritext products, authorized users of such products are responsible for ensuring that only authorized parties are provided access to confidential information.

Content Retention & Destruction Policy

**EXTERNAL MESSAGE:** Please exercise caution with links and attachments.