# EXHIBIT 15

Veritext Consolidated Summary — Spur Ave. and Springfield Pl. Attempts

*Declaration of Nathan Haronian — Barr v. Bannon, No. 1:26-cv-00452-ACR (D.D.C.)*

Thursday, July 9, 2026 at 9:49:07 AM Eastern Daylight Time

| | |
|---|---|
| **Subject:** | UPDATE: 8012612--Sarah Abdul \|Barr, Andrew vs Bannon, Stephen K., et al. |
| **Date:** | Monday, May 4, 2026 at 10:44:41 AM Eastern Daylight Time |
| **From:** | dswanson |
| **To:** | Meagan Vigliarolo |
| **CC:** | Nathan Haronian |
| **Attachments:** | 8012612_2-AONS.pdf, 8012612_1-AONS.pdf |

Hi there,

Please see all attempts as to **Sarah Abdul** below:

- Unsuccessful Attempt: Apr 9, 2026, 9:56 am MST at Home: 538 West Spur Avenue, Gilbert, AZ 85233 I spoke with the current male occupant who identified himself as a homeowner Nassir Abdul Razzaq. He stated that the subject does not live here. He stated that he has no forwarding address for the subject as he has no contact with her anymore. Vehicle present with Arizona license plate number C8A3YO. The subject was unknown with the neighbor.
- Unsuccessful Attempt: Apr 14, 2026, 8:10 am MST at Home: 2463 East Springfield Place, Chandler, AZ 85286
  No answer at the door. I cannot see into the residence. No vehicles present. No answer with the neighbor.
- Unsuccessful Attempt: Apr 17, 2026, 6:02 pm MST at Home: 2463 East Springfield Place, Chandler, AZ 85286
  No answer at the door.
- Unsuccessful Attempt: Apr 18, 2026, 7:44 am MST at Home: 2463 East Springfield Place, Chandler, AZ 85286
  No answer at the door.
- Unsuccessful Attempt: Apr 19, 2026, 2:43 pm MST at Home: 2463 East Springfield Place, Chandler, AZ 85286
  No answer at the door. No answer with the neighbor.
- Unsuccessful Attempt: Apr 21, 2026, 7:22 am MST at Home: 2463 East Springfield Place, Chandler, AZ 85286
  No answer at the door. No vehicles present on any attempt.

Please  see attached Affidavits of non service. Let us know if any further assistance is needed.

Thank you,

**Dana Swanson**
Process Service Representative
-----------------------------------------------------
VERITEXT

800 North Magnolia Avenue
Suite 400
Orlando, FL 32803
**P** (407) 898-4200 | **F** (855) 867-4545
dswanson@veritext.com
www.veritext.com

***If I have helped you, would you mind taking this quick Survey and mentioning my name so I know how I'm doing?*** **Thank you!**

**EXTERNAL MESSAGE:** Please exercise caution with links and attachments.