# EXHIBIT 17

Phoenix Apartment Attempt and Phone Follow-Up (Assignment No. 8164469)

*Declaration of Nathan Haronian — Barr v. Bannon, No. 1:26-cv-00452-ACR (D.D.C.)*

**Thursday, July 9, 2026 at 9:51:10 AM Eastern Daylight Time**

---

**Subject:** Re: UPDATE 8164469-Sarah Abdul (Phoenix AZ)---Barr, Andrew vs Bannon, Stephen K., et al.
**Date:** Friday, June 5, 2026 at 5:36:11 PM Eastern Daylight Time
**From:** dswanson
**To:** Nathan Haronian, Meagan Vigliarolo

Hi,

The provided numbers have been forwarded to our server and we will advise you on any progress.

Thank you,

**Dana Swanson**
Process Service Representative
----------------------------------------------------
VERITEXT
800 North Magnolia Avenue
Suite 400
Orlando, FL 32803
**P** (407) 898-4200 | **F** (855) 867-4545
dswanson@veritext.com
www.veritext.com

*If I have helped you, would you mind taking this quick* ***Survey*** *and mentioning my name so I know how I'm doing?* **Thank you!**

On June 5, 2026 at 3:43 PM EDT nharonian@dynamisllp.com wrote:

This message has originated from an **External Source**. Please use proper judgment and caution when opening attachments, clicking links, or responding to this email.

Here are some other numbers to try for Sarah Abdul. Note that some of these numbers may be old or be connected to her family members.

480-414-1045
480-703-7616
480-454-9449
480-633-2169

Get Outlook for Mac

---

**From:** Meagan Vigliarolo <mvigliarolo@dynamisllp.com>
**Date:** Friday, June 5, 2026 at 11:07 AM
**To:** subpoenaservices@veritext.com <subpoenaservices@veritext.com>; Nathan

Haronian <nharonian@dynamisllp.com>
**Subject:** Re: UPDATE 8164469-Sarah Abdul (Phoenix AZ)---Barr, Andrew vs Bannon, Stephen K., et al.

Did the server say whether it sounded like the phone number was for the subject? Not sure if it was a generic outgoing message or confirmed that it does belong to her.

Nathan - do we have any other numbers or addresses to try for Sarah Abdul?

---

**From:** dswanson <subpoenaservices@veritext.com>
**Date:** Tuesday, June 2, 2026 at 3:56 PM
**To:** Nathan Haronian <nharonian@dynamisllp.com>, Meagan Vigliarolo <mvigliarolo@dynamisllp.com>
**Subject:** Re: UPDATE 8164469-Sarah Abdul (Phoenix AZ)---Barr, Andrew vs Bannon, Stephen K., et al.

Hi,

We wanted to advise that we received a recent update from our server indicating that there has been no contact. Another message was left, but it has not yet been returned.

We will await your guidance regarding next steps.

Thank you,

**Dana Swanson**
Process Service Representative
---------------------------------------------------
VERITEXT
800 North Magnolia Avenue
Suite 400
Orlando, FL 32803
**P** (407) 898-4200 | **F** (855) 867-4545
dswanson@veritext.com
www.veritext.com

***If I have helped you, would you mind taking this quick Survey and mentioning my name so I know how I'm doing?*** **Thank you!**

On June 2, 2026 at 9:55 AM EDT subpoenaservices@veritext.com wrote:

Hi there,

Our server advised that on 5/28, he contacted the provided number and left a voicemail for the subject; however, have not yet received a response.

Please let us know how you would like to proceed.

Thank you,

**Dana Swanson**
Process Service Representative
--------------------------------------------------
VERITEXT
800 North Magnolia Avenue
Suite 400
Orlando, FL 32803
**P** (407) 898-4200 | **F** (855) 867-4545
dswanson@veritext.com
www.veritext.com

***If I have helped you, would you mind taking this quick Survey and mentioning my name so I know how I'm doing?* Thank you!**

On May 27, 2026 at 4:48 PM EDT subpoenaservices@veritext.com wrote:

Hi,

We have forwarded the provided number to our server to try. If anything further is needed we will let you know.

Thank you,

**Dana Swanson**
Process Service Representative
--------------------------------------------------
VERITEXT
800 North Magnolia Avenue
Suite 400
Orlando, FL 32803
**P** (407) 898-4200 | **F** (855) 867-4545
dswanson@veritext.com
www.veritext.com

***If I have helped you, would you mind taking this quick Survey and mentioning my name so I know how I'm doing?* Thank you!**

On May 27, 2026 at 1:50 PM EDT nharonian@dynamisllp.com wrote:

This message has originated from an **External Source**. Please use proper judgment and caution when opening attachments, clicking links, or responding to this email.

Hi,

You can try (480) 703-4724, although we haven't fully confirmed that this is her phone number. Let us know if you need alternatives to try.

Get Outlook for Mac

---

**From:** dswanson <subpoenaservices@veritext.com>
**Date:** Wednesday, May 27, 2026 at 12:08 PM
**To:** Meagan Vigliarolo <mvigliarolo@dynamisllp.com>
**Cc:** Nathan Haronian <nharonian@dynamisllp.com>
**Subject:** UPDATE 8164469-Sarah Abdul (Phoenix AZ)---Barr, Andrew vs Bannon, Stephen K., et al.

Hi there,

Please see the following update from our server below:

Service address: 310 S 4th St. #910 Phoenix, AZ, 85004

***Attempted 2:45p 5/26. The address is an apartment complex with a concierge. He would not allow my entry to the building under any circumstances.***

Do you have a phone number for the Defendant?

Please advise.

Thank you,

**Dana Swanson**
Process Service Representative
---------------------------------------------------
VERITEXT
800 North Magnolia Avenue
Suite 400
Orlando, FL 32803
**P** (407) 898-4200 | **F** (855) 867-4545
dswanson@veritext.com
www.veritext.com

***If I have helped you, would you mind taking this quick Survey and mentioning my***

*name so I know how I'm doing?* **Thank you!**

**EXTERNAL MESSAGE:** Please exercise caution with links and attachments.

This message (including attachments) is confidential and may be attorney-client privileged. If you are not the intended recipient, please delete it without further distribution and reply to the sender that you have received the message in error.

**EXTERNAL MESSAGE:** Please exercise caution with links and attachments.

This message (including attachments) is confidential and may be attorney-client privileged. If you are not the intended recipient, please delete it without further distribution and reply to the sender that you have received the message in error.

**EXTERNAL MESSAGE:** Please exercise caution with links and attachments.