**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ANDREW BARR, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>STEPHEN K. BANNON et al.,<br><br>Defendants. | Case No. 1:26-cv-00452-ACR<br><br>Hon. Ana C. Reyes |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO EFFECT ALTERNATIVE SERVICE ON DEFENDANT SARAH ABDUL AND FOR A SECOND EXTENSION OF TIME TO EFFECT SERVICE**

The Court, having reviewed Plaintiff Andrew Barr's Motion for Leave to Effect Alternative Service on Defendant Sarah Abdul and for a Second Extension of Time to Effect Service (the "Motion"), the Declaration of Nathan Haronian, and the exhibits attached thereto, and finding good cause therefor, hereby ORDERS THAT:

1. The Motion is GRANTED.
2. Pursuant to Federal Rule of Civil Procedure 4(e)(1) and Arizona Rule of Civil Procedure 4.1(k), Plaintiff may serve the Summons and Complaint on Defendant Sarah Abdul by both of the following means: (a) mailing copies, postage prepaid, to Defendant Abdul at 3443 S. Joshua Tree Ln., Gilbert, Arizona; 538 W. Spur Ave., Gilbert, Arizona; and 2463 E. Springfield Pl., Chandler, Arizona; and (b) transmitting the Summons and Complaint, or a notice describing how to obtain them, by direct message to Defendant Abdul's Discord account, username "sundevil28." Service under this paragraph shall be deemed complete upon completion of both (a) and (b), or on such date as the Court may direct.

3. In the alternative, pursuant to Arizona Rule of Civil Procedure 4.1(l), Plaintiff may serve Defendant Abdul by publishing the Summons and a statement describing how a copy of the Complaint may be obtained, at least once a week for four successive weeks, in a newspaper of general circulation in Maricopa County, Arizona, together with mailing to the addresses in Paragraph 2(a). Service by publication shall be complete 30 days after the date of first publication. *See* Ariz. R. Civ. P. 4.1(l)(2)–(3), (l)(2)(D).

4. Plaintiff's deadline to serve Defendant Sarah Abdul is extended through and including Thursday, August 27, 2026.

**IT IS SO ORDERED.**

DATED: ____________________

______________________________
HON. ANA C. REYES
United States District Judge