**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

ANDREW BARR, *et al.*,

*Plaintiff,*

v.

STEPHEN K. BANNON, *et al.,*

*Defendant.*

Civil No. 1:26-cv-00452-ACR

**NOTICE OF WITHDRAWL OF MOTIONS FOR PRO HAC VICE ADMISSION**

Counsel for Defendants Boris Epshteyn and Twinds LLC hereby withdraws the Motions for Leave to Appear Pro Hac Vice [ECF Nos. 30, 31, 32]. Undersigned counsel intends to file, where appropriate, corrected versions.

Dated: July 15, 2026

Respectfully submitted,

*/s/ Eric Hall*

Eric Cheung Hall (D.C. Bar No. 1617715)
DLA PIPER LLP (US)
2000 Avenue of the Stars, Suite 400 North Tower
Los Angeles, CA 90067-4735
Tel: 310.595.3000
Fax: 310.595.3300
Eric.Hall@us.dlapiper.com
*Counsel for Defendants Boris Epshteyn*
*and Twinds LLC*

**CERTIFICATE OF SERVICE**

I certify that on July 15, 2026, I caused the foregoing motion to be filed with the Clerk of the Court for the United States District Court for the District of Columbia by using the Court's CM/ECF system, which will send notification of such filing to all current counsel of record.

/s/ *Eric Hall*
Eric Cheung Hall (D.C. Bar No. 1617715)