**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

ANDREW BARR, *et al*.,

*Plaintiffs,*

v.

STEPHEN K. BANNON, *et al.,*

*Defendants.*

Civil No. 1:26-cv-00452-ACR

**MOTION FOR ADMISSION *PRO HAC VICE* OF CARYN G. SCHECHTMAN**

Pursuant to Local Civil Rule 83.2(c), I, Eric Cheung Hall, counsel of record for Defendants Boris Epshteyn and Twinds LLC, respectfully move for admission of Caryn G. Schechtman to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Defendants Boris Epshteyn and Twinds LLC. I am a member in good standing of the bar of the District of Columbia and the bar of the United States District Court for the District of Columbia, and I have entered my appearance in the above-captioned matter. Caryn G. Schechtman is an active member in good standing of the State Bar of New York and has been admitted *pro hac vice* in the United States District Court for the District of Columbia once within the twenty-four months immediately preceding the filing of this motion. Attached hereto is a supporting declaration from Caryn G. Schechtman, along with a proposed order and the required $100 fee.

Dated: July 15, 2026

Respectfully submitted,

*/s/ Eric Cheung Hall*
(D.C. Bar No. 1617715)
DLA PIPER LLP (US)
2000 Avenue of the Stars, Suite 400 North Tower
Los Angeles, CA 90067-4735
Tel: 310.595.3000
Fax: 310.595.3300
Eric.Hall@us.dlapiper.com
*Counsel for Defendants Boris Epshteyn and Twinds LLC*

**CERTIFICATE OF SERVICE**

I certify that on July 15, 2026, I caused the foregoing motion to be filed with the Clerk of the Court for the United States District Court for the District of Columbia by using the Court's CM/ECF system, which will send notification of such filing to all current counsel of record.

*/s/ Eric Cheung Hall*
Eric Cheung Hall

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ANDREW BARR, *et al.*,<br>*Plaintiffs,*<br>v.<br>STEPHEN K. BANNON, *et al.,*<br>*Defendants.* | Civil No. 1:26-cv-00452-ACR |

## DECLARATION OF CARYN G. SCHECHTMAN

In accordance with LCvR 83.2 (c)(2) and LCvR 44.1 (c)(2), I, Caryn Gail Schechtman, hereby declare as follows:

1. My full name is Caryn Gail Schechtman.

2. I am a Partner at the law firm of DLA Piper LLP (US), at the office located at 1251 Avenue of the Americas, 27th Floor, New York, NY 10020. My telephone number is 212.335.4593. My email address is caryn.schechtman@us.dlapiper.com.

3. I am a member in good standing of the bar of the State of New York. My New York bar membership number is 2910420. I am also a member of the bar of the State of Colorado (inactive status). My Colorado bar membership number is 33420.

4. I am also a member in good standing admitted to practice in the following United States courts:

   a. The United States District Court, Eastern District of New York
   b. The United States District Court, Southern District of New York
   c. The Second Circuit Court of Appeals
   d. The Sixth Circuit Court of Appeals (inactive).

5. I have never been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar association, grievance committee or administrative body, and there are no disciplinary proceedings pending against me.

6. I have been admitted *pro hac vice* in this Court once in the last two years, which admission applied to a lead case and its consolidated member cases.

7. My principal office is not located in the District of Columbia. I am not a member of the District of Columbia bar.

8. I have no pending application for admission into the United States District Court for the District of Columbia.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed this 15th day of July, 2026.



______________________________

Caryn G. Schechtman

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

ANDREW BARR, *et al.*,

*Plaintiffs,*

v.

STEPHEN K. BANNON, *et al.,*

*Defendants.*

Civil No. 1:26-cv-00452-ACR

**[PROPOSED] ORDER ADMITTING CARYN G. SCHECHTMAN**
**TO APPEAR *PRO HACE VICE***

Upon consideration of Defendants Boris Epshteyn and Twinds LLC's Motion for Admission *Pro Hac Vice* of Caryn G. Schechtman, for good cause shown, it is hereby:

**ORDERED** that Motion is **GRANTED** and further **ORDERED** that Caryn G. Schechtman shall be admitted *pro hac vice* for the purpose of representing Defendants Boris Epshteyn and Twinds LLC in the above-captioned matter.

**IT IS SO ORDERED**.

Date: ______________

______________________________
Hon. Ana C. Reyes
United States District Judge