**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

ANDREW BARR, *et al*.,

*Plaintiffs,*

v.

STEPHEN K. BANNON, *et al.,*

*Defendants.*

Civil No. 1:26-cv-00452-ACR

# NOTICE OF ERRATA

Undersigned counsel filed Motions for Leave to Appear Pro Hac Vice [ECF Nos. 34 and 35] that inadvertently omitted Certificates of Good Standing for Caryn G. Schechtman and Michael J. Fluhr. Corrected versions with the corresponding certificates are included herewith.

Dated: July 16, 2026

Respectfully submitted,

*/s/ Eric Hall*
Eric Cheung Hall (D.C. Bar No. 1617715)
DLA PIPER LLP (US)
2000 Avenue of the Stars, Suite 400 North Tower
Los Angeles, CA 90067-4735
Tel: 310.595.3000
Fax: 310.595.3300
Eric.Hall@us.dlapiper.com
*Counsel for Defendants Boris Epshteyn*
*and Twinds LLC*

**CERTIFICATE OF SERVICE**

I certify that on July 16, 2026, I caused the foregoing motion to be filed with the Clerk of the Court for the United States District Court for the District of Columbia by using the Court's CM/ECF system, which will send notification of such filing to all current counsel of record.

/s/ *Eric Hall*
Eric Cheung Hall (D.C. Bar No. 1617715)