Case 1:26-cv-00452-ACR Document 34 Filed 07/16/26 Page 1 of 7

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

ANDREW BARR, *et al.*,

*Plaintiff,*

v.

STEPHEN K. BANNON, *et al.,*

*Defendant.*

Civil No. 1:26-cv-00452-ACR

## MOTION FOR ADMISSION *PRO HAC VICE* OF MICHAEL J. FLUHR

Pursuant to Local Civil Rule 83.2(c), I, Eric Cheung Hall, counsel for Defendants Boris Epshteyn and Twinds LLC, respectfully move for admission of Michael J. Fluhr to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Defendants Boris Epshteyn and Twinds LLC. I am a member in good standing of the bar of the District of Columbia and the bar of the United States District Court for the District of Columbia, and I have entered my appearance in the above-captioned matter. Michael J. Fluhr is an active member in good standing of the State Bar of California and has not been admitted *pro hac vice* in the United States District Court for the District of Columbia within the twenty-four months immediately preceding the filing of this motion. Attached hereto is a supporting declaration from Michael J. Fluhr, along with a proposed order and the required $100 fee.

Dated: July 15, 2026

Respectfully submitted,

*/s/ Eric Cheung Hall*
(D.C. Bar No. 1617715)
DLA PIPER LLP (US)
2000 Avenue of the Stars, Suite 400 North Tower
Los Angeles, CA 90067-4735
Tel: 310.595.3000
Fax: 310.595.3300
Eric.Hall@us.dlapiper.com
*Counsel for Defendants Boris Epshteyn and Twinds LLC*

**CERTIFICATE OF SERVICE**

I certify that on July 15, 2026, I caused the foregoing motion to be filed with the Clerk of the Court for the United States District Court for the District of Columbia by using the Court's CM/ECF system, which will send notification of such filing to all current counsel of record.

*/s/ Eric Cheung Hall*
Eric Cheung Hall

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

ANDREW BARR, *et al*.,

*Plaintiff,*

v.

STEPHEN K. BANNON, *et al.,*

*Defendant.*

Civil No. 1:26-cv-00452-ACR

**DECLARATION OF MICHAEL J. FLUHR**

In accordance with LCvR 83.2 (c)(2) and LCvR 44.1 (c)(2), I, Michael J. Fluhr, hereby declare as follows:

1. My full name is Michael J. Fluhr.

2. I am a Partner at the law firm of DLA Piper LLP (US), at the office located at 555 Mission Street, Suite 2400, San Francisco, CA 94105. My telephone number is 415.615.6011. My facsimile number is 415.836.2501. My email address is michael.fluhr@us.dlapiper.com.

3. I am a member in good standing of the bars of the States of California and New York. My California bar membership number is 277372.

4. I am also a member in good standing admitted to practice in the following United States courts:

   a. United States District Court for the Central District of California
   b. United States District Court for the Eastern District of California
   c. United States District Court for the Northern District of California
   d. United States District Court for the Southern District of California
   e. United States District Court for the Eastern District of New York
   f. United States District Court for the Western District of New York
   g. United States District Court for the Southern District of New York
   h. United States District Court for the Eastern District of Michigan

i. United States Court of Appeals for the Ninth Circuit.

5. I have never been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar association, grievance committee or administrative body, and there are no disciplinary proceedings pending against me.

6. I have not been admitted *pro hac vice* in this Court in the last two years.

7. My principal office is not located in the District of Columbia. I am not a member of the District of Columbia bar.

8. I have no pending application for admission into the United States District Court for the District of Columbia.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed this 15th day of July, 2026.

Michael J. Fluhr

# THE STATE BAR OF CALIFORNIA
## CERTIFICATE OF STANDING

**ISSUE DATE:** 7/10/2026

**LICENSEE NAME:** Michael J. Fluhr

**LICENSEE BAR NUMBER:** 277372

**LICENSEE STATUS:** Active

**ADMIT DATE:** 7/8/2011

**To Whom it May Concern:**

This certificate of standing certifies the record above is a true and correct copy of Michael J. Fluhr's current standing with the State Bar of California as of the issue date. No recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

Carolina Almarante-Terrero

**Carolina Almarante-Terrero**
Custodian of Record

*NOTE: Only ACTIVE licensees of the State Bar of California are entitled to practice law in California (See Sections 6006 and 6125, et seq., Business and Professions Code.)*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ANDREW BARR, *et al.*,<br><br>*Plaintiff,*<br><br>v.<br><br>STEPHEN K. BANNON, *et al.,*<br><br>*Defendant.* | Civil No. 1:26-cv-00452-ACR |

**[PROPOSED] ORDER ADMITTING MICHAEL J. FLUHR**
**TO APPEAR *PRO HACE VICE***

Upon consideration of Defendants Boris Epshteyn and Twinds LLC's Motion for Admission *Pro Hac Vice* of Michael J. Fluhr, for good cause shown, it is hereby:

**ORDERED** that Motion is **GRANTED** and further **ORDERED** that Michael J. Fluhr shall be admitted *pro hac vice* for the purpose of representing Defendants Boris Epshteyn and Twinds LLC in the above-captioned matter.

**IT IS SO ORDERED**.

Date: _______________

___________________________________
Hon. Ana C. Reyes
United States District Judge