AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

Andrew Barr et al.,
*Plaintiff*
v.
Stephen K. Bannon et al.,
*Defendant*

Case No. 1:26-cv-00452-ACR

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Boris Epshteyn, and Twinds LLC .

Date: 08/04/2026

/s/ Michael J. Walsh, Jr.
*Attorney's signature*

Michael J. Walsh, Jr.; D.C. Bar No. 483296
*Printed name and bar number*

DLA PIPER LLP (US)
500 Eighth St. NW
Washington, DC 20004-2131
*Address*

mike.walsh@us.dlapiper.com
*E-mail address*

(202) 799-4824
*Telephone number*

(202) 799-5000
*FAX number*