**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ANDREW BARR, *et al.*,<br>*Plaintiff,*<br>v.<br>STEPHEN K. BANNON, *et al.*,<br>*Defendants.* | Civil No. 1:26-cv-00452-ACR |

**MOTION FOR ADMISSION *PRO HAC VICE* OF ERIC ANTHONY FORNI**

Pursuant to Local Civil Rule 83.2(c), I, Michael J. Walsh, Jr., counsel of record for Defendants Boris Epshteyn and Twinds LLC, respectfully move for admission of Eric Anthony Forni to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Defendants Boris Epshteyn and Twinds LLC. I am a member in good standing of the bar of the District of Columbia and the bar of the United States District Court for the District of Columbia, and I have entered my appearance in the above-captioned matter. Eric A. Forni is an active member in good standing of the Bar of the Commonwealth of Massachusetts and has not been admitted *pro hac vice* in the United States District Court for the District of Columbia within the twenty-four months immediately preceding the filing of this motion. Attached hereto is a supporting declaration from Eric A. Forni, along with a proposed order and the required $100 fee.

Dated: August 5, 2026

Respectfully submitted,

*/s/ Michael J. Walsh, Jr.*

Michael J. Walsh, Jr. (D.C. Bar No. 483296)
DLA Piper LLP (US)
500 Eighth Street NW
Washington, DC 20004-2131

Tel: 202.799.4824
Email: Mike.Walsh@us.dlapiper.com
*Attorney for Defendants Boris Epshteyn and Twinds LLC*

**CERTIFICATE OF SERVICE**

I certify that on August 5, 2026, I caused the foregoing motion to be filed with the Clerk of the Court for the United States District Court for the District of Columbia by using the Court's CM/ECF system, which will send notification of such filing to all current counsel of record.

*/s/ Michael J. Walsh, Jr.*
Michael J. Walsh, Jr. (D.C. Bar No. 483296)

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ANDREW BARR, *et al.*,<br>*Plaintiff,*<br>v.<br>STEPHEN K. BANNON, *et al.*,<br>*Defendants.* | Civil No. 1:26-cv-00452-ACR |

**DECLARATION OF ERIC ANTHONY FORNI**

In accordance with LCvR 83.2 (c)(2) and LCvR 44.1 (c)(2), I, Eric Anthony Forni, hereby declare as follows:

1. My full name is Eric Anthony Forni.

2. I am a Partner at the law firm of DLA Piper LLP (US), at the office located at 33 Arch Street, 26th Floor, Boston, MA 02210. My telephone number is 617-406-6040. My facsimile number is 617-406-6140. My email address is Eric.Forni@us.dlapiper.com.

3. I am a member in good standing of the bar of the Commonwealth of Massachusetts and my bar membership is inactive in the State of Rhode Island. My Massachusetts bar membership number is 669685.

4. I have also been admitted to practice in the United States District Court for the District of Massachusetts.

5. I have never been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar

association, grievance committee or administrative body, and there are no disciplinary proceedings pending against me.

6. I have not been admitted *pro hac vice* in this Court in the last two years.[1]

7. My principal office is not located in the District of Columbia. I am not a member of the District of Columbia bar.

8. I have no pending application for admission into the United States District Court for the District of Columbia.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed this 5th day of August, 2026.

Eric Anthony Forni

[1] I was admitted *pro hac vice* in *K.P. v. District of Columbia*, No. 1:24-cv-01325 (D.D.C. May 6, 2024) on May 13, 2024. The case is pending.

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

---

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on **November 27, 2007**, said Court being the highest Court of Record in said Commonwealth:

## Eric Anthony Forni

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **sixteenth** day of **July** in the year of our Lord **two thousand and twenty-six.**

Allison S. Cartwright

ALLISON S. CARTWRIGHT, CLERK

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification. X3116.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ANDREW BARR, *et al.*,<br>*Plaintiff,*<br>v.<br>STEPHEN K. BANNON, *et al.,*<br>*Defendants.* | Civil No. 1:26-cv-00452-ACR |

**[PROPOSED] ORDER ADMITTING ERIC ANTHONY FORNI TO APPEAR *PRO HACE VICE***

Upon consideration of Defendants Boris Epshteyn and Twinds LLC's Motion for Admission *Pro Hac Vice* of Eric Anthony Forni, for good cause shown, it is hereby:

**ORDERED** that the Motion is **GRANTED** and further **ORDERED** that Eric Anthony Forni shall be admitted *pro hac vice* for the purpose of representing Defendants Boris Epshteyn and Twinds LLC in the above-captioned matter.

**IT IS SO ORDERED**.

Date: ______________

______________________________
Hon. Ana C. Reyes
United States District Judge