AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | | |
|---|---|---|
| ANDREW BARR, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:26-cv-00452-ACR |
| STEPHEN K. BANNON, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Boris Epshteyn and Twinds LLC .

Date: 8/7/26

/s/ Caryn G. Schechtman
*Attorney's signature*

Caryn G. Schechtman, NYBN 2910420, COBN 33420
*Printed name and bar number*

DLA Piper LLP (US)
1251 Avenue of the Americas, 27th Floor
New York, NY 10020-1104
*Address*

Caryn.Schechtman@us.dlapiper.com
*E-mail address*

212.335.4593
*Telephone number*

212.884.8593
*FAX number*