AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

ANDREW BARR, et al.
*Plaintiff*
v.
STEPHEN K. BANNON, et al.
*Defendant*

Case No. 1:26-cv-00452-ACR

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Boris Epshteyn and Twinds LLC .

Date: 8/7/26

/s/ Eric Forni
*Attorney's signature*

Eric Forni, MABN 669685
*Printed name and bar number*

DLA Piper LLP (US)
33 Arch Street, 26th Floor
Boston, MA 02110-1447
*Address*

Eric.Forni@us.dlapiper.com
*E-mail address*

617.406.6040
*Telephone number*

617.406-6140
*FAX number*