AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Columbia

ANDREW BARR, et al.
*Plaintiff*
v.
STEPHEN K. BANNON, et al.
*Defendant*

Case No. 1:26-cv-00452-ACR

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Boris Epshteyn and Twinds LLC .

Date: 8/10/26

/s/ Michael J. Fluhr
*Attorney's signature*

Michael J. Fluhr, CABN 277372
*Printed name and bar number*

DLA Piper LLP (US)
555 Mission Street, Suite 2400
San Francisco, CA 94105-2933
*Address*

Michael.Fluhr@us.dlapiper.com
*E-mail address*

415.615.6011
*Telephone number*

415.836.2501
*FAX number*