**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

ANDREW BARR, on behalf of himself and all others similarly situated,

*Plaintiff,*

v.

STEPHEN K. BANNON, et al.

*Defendants*.

Civil No. 26-452 (ACR)

## NOTICE OF APPEARANCE

Please enter the appearance of M. Evan Corcoran, Esquire, of Corcoran Law Group, PLLC, as counsel for Defendant 354 Nod Hill, LLC ("Nod Hill") in the above-captioned matter.

Counsel certifies that he is admitted to practice before this Court and will represent Nod Hill in proceedings in this case.

Dated: August 17, 2026

Respectfully submitted,

CORCORAN LAW GROUP PLLC

/s/ M. Evan Corcoran
M. Evan Corcoran (D.C. Bar No. 440027)
Corcoran Law Group PLLC
1050 30th Street NW
Washington, DC 20007
(202) 465-8154
evan@corcoranlg.com

*Counsel for Defendant Nod Hill*