**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on today's date a copy of the foregoing Notice Of Appearance was served *via* the Court's CM/ECF system on registered parties and counsel.

/s/ M. Evan Corcoran
M. Evan Corcoran (D.C. Bar No. 440027)