**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

ANDREW BARR, on behalf of himself and all others similarly situated,

*Plaintiff,*

v.

STEPHEN K. BANNON, et al.

*Defendants*.

Civil No. 26-452 (ACR)

**DEFENDANTS 354 NOD HILL LLC AND STEPHEN K. BANNON'S**
**NOTICE OF DISPOSITIVE MOTION**

In the interests of judicial economy, 354 Nod Hill, LLC ("Nod Hill") and Stephen K. Bannon adopt in full the arguments and legal authorities presented in the Notice Of Dispositive Motion filed by War Room, LLC (Doc. 22) and Request For Pre-Motion Conference Regarding A Rule 12(B)(6) Motion To Dismiss filed by Mr. Epshteyn and Twinds, LLC (Doc. 39) without restating them here. The arguments and legal authorities set forth in those filings apply equally to Nod Hill and to Mr. Bannon. Accordingly, Nod Hill and Mr. Bannon join the above-identified filings in order to promote judicial economy, avoid duplicative briefing, and ensure consistent rulings on identical issues.

Dated: August 17, 2026

Respectfully submitted,

CORCORAN LAW GROUP PLLC

/s/ M. Evan Corcoran

M. Evan Corcoran (D.C. Bar No. 440027)
Corcoran Law Group PLLC
1050 30th Street NW
Washington, DC 20007
(202) 465-8154
evan@corcoranlg.com

*Counsel for Defendants Stephen K. Bannon and Nod Hill*