**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

ANDREW BARR, on behalf of himself and all others similarly situated,

*Plaintiff*,

v.

STEPHEN K. BANNON, et al.,

*Defendants*.

Case No. 1:26-cv-00452-ACR

Hon. Ana C. Reyes

**DECLARATION OF SERVICE OF NATHAN HARONIAN**

I, Nathan Haronian, declare under penalty of perjury that the following is true and correct:

1. I have personal knowledge of the facts stated herein and, if called upon to do so, I could competently testify thereto.

2. I am a research analyst/paralegal at Dynamis LLP, which represents Plaintiff Andrew Barr ("Plaintiff") in the above-captioned action.

3. I make this declaration to describe the steps taken to complete service of the Summons and Complaint on Defendant Sarah Abdul ("Abdul") by publication and by mail, as authorized by the Court.

4. On July 27, 2026, the Court granted in part Plaintiff's motion for alternative service, ordering as follows: "Plaintiff may serve Defendant Abdul by (1) publishing, at least weekly for four successive weeks in a newspaper of general circulation in Maricopa County, Arizona (the county of Abdul's last-known address), the summons and a statement describing how a copy of the Complaint may be obtained; and (2) mailing copies, postage prepaid, to Abdul at 3443 S. Joshua Tree Ln., Gilbert, Arizona; 538 W. Spur Ave., Gilbert, Arizona; and 2463 E. Springfield Pl., Chandler, Arizona. See Ariz. R. Civ. P. 4.1(l)(2)–(3). Service by publication shall be complete 30 days after the date of first publication. See Ariz. R. Civ. P. 4.1(l)(2)(D)." Dkt. 37 at 3.

5. Following entry of the Court's Order, Dynamis LLP sought to identify a newspaper of general circulation in Maricopa County, Arizona, for purposes of publication under Ariz. R. Civ. P. 4.1(l)(2).

6. On July 29, 2026, I contacted The Record Reporter, a newspaper of general circulation published in Maricopa County, Arizona, and arranged for publication of the summons in

this action, together with a statement describing how a copy of the Complaint may be obtained, on four successive weekly dates: August 5, 2026, August 12, 2026, August 19, 2026, and August 26, 2026. A true and correct copy of the notice of publication is attached as Exhibit 1.

7. On August 26, 2026, following the final scheduled publication date, I received an email from The Record Reporter confirming that the notice had been published on each of the four scheduled dates and enclosing an Affidavit of Publication. A true and correct copy of that email confirmation is attached as Exhibit 2.

8. The enclosed Affidavit of Publication, signed under oath by Diane Heuel, an authorized agent of the publisher, and subscribed and sworn before a notary public for the State of Arizona on August 26, 2026, confirms that The Record Reporter is a newspaper of general circulation published in Maricopa County, Arizona, and that the notice was published on August 5, 2026, August 12, 2026, August 19, 2026, and August 26, 2026. A true and correct copy of the Affidavit of Publication is attached as Exhibit 3.

9. Pursuant to the Court's July 27, 2026 Order, service by publication was therefore complete as of September 4, 2026, thirty days after the date of first publication.

10. On August 5, 2026, in accordance with the Court's Order, I caused a copy of the Summons and the most recent version of the Complaint to be mailed, postage prepaid via FedEx, to Abdul at each of the three addresses identified in the Court's Order: 3443 S. Joshua Tree Ln., Gilbert, Arizona; 538 W. Spur Ave., Gilbert, Arizona; and 2463 E. Springfield Pl., Chandler, Arizona. The mailings were assigned respective tracking numbers 875386354610, 875386492668, 875386408749.

11. All three mailings were delivered on August 7, 2026. True and correct copies of the FedEx proof-of-delivery confirmations are attached as Exhibit 4 (3443 S. Joshua Tree Ln.), Exhibit 5 (538 W. Spur Ave.), and Exhibit 6 (2463 E. Springfield Pl.).

12. Based on the foregoing, Abdul has been served with the Summons and Complaint in this action by publication and by mail, in accordance with the Court's July 27, 2026 Order.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 4, 2026.

*/s/ Nathan Haronian*
Nathan Haronian