## INDEX OF EXHIBITS

| | |
|---|---|
| **Exhibit 1** | Notice for Publication, The Record Reporter (Order No. RR-4066241) |
| **Exhibit 2** | Email from The Record Reporter confirming publication, dated August 26, 2026 |
| **Exhibit 3** | Affidavit of Publication, The Record Reporter, sworn August 26, 2026 |
| **Exhibit 4** | FedEx Proof of Delivery—3443 S. Joshua Tree Ln., Gilbert, Arizona (Tracking No. 875386354610) |
| **Exhibit 5** | FedEx Proof of Delivery—538 W. Spur Ave., Gilbert, Arizona (Tracking No. 875386492668) |
| **Exhibit 6** | FedEx Proof of Delivery—2463 E. Springfield Pl., Chandler, Arizona (Tracking No. 875386408749) |