# EXHIBIT 1

**THE RECORD REPORTER**

**~SINCE 1914~**

Mailing Address : 2702 N 3RD ST STE 2007, PHOENIX, AZ 85004
Telephone (602) 417-9900 / Fax (602) 417-9910
Visit us @ www.RecordReporter.com

NATHAN HARONIAN
NATHAN HARONIAN
1 SE 3RD AVE #1000
MIAMI, FL 33131

# COPY OF NOTICE

(Not an Affidavit of Publication. Do not file.)

Reference #

Notice Type: CS Civil Summons

Ad Description

SARAH ABDUL 1:26-CV-00452-ACR ANDREW BARR V. STEPHEN K. BANNON; ET AL

To the right is a copy of the notice you sent to us for publication in THE RECORD REPORTER. Please read this notice carefully and fax or e-mail (record_reporter@dailyjournal.com) any corrections. The Affidavit will be filed, if required, and mailed to you after the last date below. Publication date(s) for this notice is (are):

08/05/2026 , 08/12/2026 , 08/19/2026 , 08/26/2026

The charge(s) for this order is as follows. An invoice will be sent after the last date of publication. If you prepaid this order in full, you will not receive an invoice.

| | |
|---|---|
| Publication | $75.00 |
| Arizona Sales Tax | $0.38 |
| Total | $75.38 |

RR# 4066241

**SUMMONS IN A CIVIL ACTION**
**Civil Action No. 1:26-cv-00452-ACR**
UNITED STATES DISTRICT COURT
for the
District of Columbia

Andrew Barr, on behalf of himself and all others similarly situated,
Plaintiff(s)
v.
Stephen K. Bannon, Boris Epshteyn, Sarah Abdul, Grant Tragni, Let's Go Brandon Coin LLC, Patriot Pay LLC, Warroom LLC, 354 Nod Hill LLC, and Twinds LLC,
Defendant(s)

To: Sarah Abdul a/k/a Sarah Abdul Razzaq a/k/a Sarah Abdulrazzi a/k/a Sarah Abdul Williams a/k/a Sarah Abdul Elliott
3443 S Joshua Tree LN
Gilbert, AZ 85297-7857

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Eric S. Rosen
175 Federal Street, Suite 1200
Boston, Massachusetts 02110
(617) 802-9157
erosen@dynamisllp.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 02/17/2026
ANGELA D. CAESAR, CLERK OF COURT
/s/Nicole M. Wilkens
Signature of Clerk or Deputy Clerk

A copy of the Complaint in Barr v. Bannon, et al., No. 1:26-cv-00452 (D.D.C.), may be obtained at no cost by contacting counsel for Plaintiff, Constantine P. Economides, Dynamis LLP, 1 SE 3rd Ave., Suite 1000, Miami, FL 33131, (305) 985-2959, ceconomides@dynamisllp.com, who will provide a copy by mail or email upon request. The Complaint and all other filings in the action may also be obtained from the Clerk of Court, United States District Court for the District of Columbia, 333 Constitution Avenue N.W., Washington, D.C. 20001, or viewed electronically through the federal PACER system at https://ecf.dcd.uscourts.gov (fees may apply).
8/5, 8/12, 8/19, 8/26/26
**RR-4066241#**