# EXHIBIT 2

---

| | |
|---|---|
| **Subject:** | Proof for 4066241[Ad description: SARAH ABDUL 1:26-CV-00452-ACR ANDREW BARR V. STEPHEN K. BANNON; ET AL] |
| **Date:** | Wednesday, August 26, 2026 at 9:38:26 PM Eastern Daylight Time |
| **From:** | record_reporter@dailyjournal.com |
| **To:** | Nathan Haronian |
| **Attachments:** | 4066241.pdf |

Attached is the proof of publication and/or invoice for your legal advertisement.

Ordered by : NATHAN HARONIAN

Ad description : SARAH ABDUL 1:26-CV-00452-ACR ANDREW BARR V. STEPHEN K. BANNON; ET AL

DJC Order Number : 4066241

Notice Type : Civil Summons

Newspaper : THE RECORD REPORTER

Publication date(s) : 08/05/2026, 08/12/2026, 08/19/2026, 08/26/2026

This is the only copy you will receive. If the invoice is included, please approve and forward to your accounts payable department for payment processing.

Proofs and Invoices are sent in separate emails.

Please contact us if you need anything else regarding this order or for any future publications.

Thank you.

Daily Journal Corporation
Legal Advertising Department
Telephone: (602) 41-7990
EXTERNAL MESSAGE: Please exercise caution with links and attachments.