# EXHIBIT 5

August 27, 2026

Dear Customer,

The following is the proof-of-delivery for tracking number: 875386492668

**Delivery Information:**

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Residence |
| **Signed for by:** | Signature not required | **Delivery Location:** | |
| **Service type:** | FedEx 2Day | | |
| **Special Handling:** | Deliver Weekday;<br>Residential Delivery | | GILBERT, AZ, |
| | | **Delivery date:** | Aug 7, 2026 15:06 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| **Tracking number:** | 875386492668 | **Ship Date:** | Aug 5, 2026 |
| | | **Weight:** | 1.0 LB/0.45 KG |

**Recipient:**

GILBERT, AZ, US,

**Shipper:**

NEW YORK, NY, US,

Proof-of-delivery details appear below; however, no signature is available for this FedEx Express shipment because a signature was not required.

Thank you for choosing FedEx