**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ANDREW BARR, on behalf of himself and all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>STEPHEN K. BANNON, et al.,<br><br>*Defendants*. | Case No. 1:26-cv-00452-ACR<br><br>Hon. Ana C. Reyes |

**JOINT STATUS REPORT**

Pursuant to the Court's August 18, 2026 Minute Order, Plaintiff Andrew Barr, individually and on behalf of all others similarly situated ("Plaintiff"), and Defendants Warroom LLC, Stephen K. Bannon, 354 Nod Hill LLC, Boris Epshteyn, and Twinds LLC (collectively, the "Appearing Defendants," and together with Plaintiff, the "Parties"), by and through their undersigned counsel, respectfully submit this Joint Status Report on how to proceed in this action. Plaintiff intends to amend his Complaint. The Parties therefore propose below deadlines for the filing of an amended complaint and for briefing on the motions to dismiss anticipated in the Appearing Defendants' Pre-Motion Notices (Dkts. 22, 39, 47) and discussed at the August 18, 2026 pre-motion conference. A Proposed Order adopting that schedule is submitted herewith.

## I. BACKGROUND

Plaintiff filed his Class Action Complaint on February 12, 2026. Dkt. 1. On May 28, 2026, the Court provisionally appointed Andrew Barr as Lead Plaintiff and Dynamis LLP as Lead Counsel. Plaintiff served Defendant Warroom LLC by registered agent. Dkt. 10. On July 6, 2026, the Court granted Plaintiff's consent motion, deemed Defendants Bannon, 354 Nod Hill, Epshteyn,

and Twinds to have accepted service, and entered a single consolidated schedule governing pre-motion notices and dispositive-motion briefing. Minute Order (July 6, 2026); *see* Dkt. 24.

Defendant Warroom LLC filed a Pre-Motion Notice on June 4, 2026 (Dkt. 22); Defendants Epshteyn and Twinds filed a Pre-Motion Notice on August 4, 2026 (Dkt. 39); and Defendants Bannon and 354 Nod Hill filed a Pre-Motion Notice on August 17, 2026, adopting the arguments set forth in the earlier notices (Dkt. 47). Plaintiff responded to those notices on July 1 and August 11, 2026 (Dkts. 23, 44). The Court held a pre-motion conference on August 18, 2026, and later that day ordered the Parties to submit a Joint Status Report on or before September 8, 2026, addressing how to proceed and proposing deadlines for any amended complaint and for briefing on any motions to dismiss.

## II. PLAINTIFF INTENDS TO AMEND THE COMPLAINT

Plaintiff intends to amend his Complaint. The amended complaint will respond to the issues raised in the Appearing Defendants' Pre-Motion Notices and discussed at the August 18, 2026 conference, and will incorporate additional allegations developed through Plaintiff's continuing investigation. Amending before dispositive briefing begins will place a single operative pleading before the Court, permit the Appearing Defendants to direct their motions to that pleading, and avoid successive rounds of Rule 12 briefing addressed to superseded allegations.

## III. PROPOSED SCHEDULE

The Parties respectfully propose the following deadlines, which are also set forth in the accompanying Proposed Order:

1. On or before September 29, 2026, Plaintiff shall file and serve his amended complaint.
2. On or before December 4, 2026, the Appearing Defendants shall file and serve their motion(s) to dismiss the amended complaint or shall answer it.

3. The Appearing Defendants shall file no more than two motions to dismiss the amended complaint: one on behalf of Defendants Boris Epshteyn and Twinds LLC not to exceed 45 pages, and one on behalf of Defendants Stephen K. Bannon, Warroom LLC, and 354 Nod Hill LLC not to exceed 45 pages.
4. On or before January 29, 2027, Plaintiff shall file and serve his opposition(s). Plaintiff may address both motions in a single consolidated opposition, not to exceed 90 pages in length, or file a separate opposition to each not to exceed 45 pages.
5. On or before March 15, 2027, the moving Defendants shall file and serve any reply briefs in support of their motion(s) to dismiss. Defendants Boris Epshteyn and Twinds LLC's reply shall not exceed 35 pages. Defendants Stephen K. Bannon, Warroom LLC, and 354 Nod Hill LLC's reply shall not exceed 35 pages.
6. Because the Court held a pre-motion conference on August 18, 2026, on the Appearing Defendants' Pre-Motion Notices (Dkts. 22, 39, 47), no further pre-motion notice or conference is required with respect to the motions contemplated by this schedule.

## IV. STATUS OF THE REMAINING DEFENDANTS

On July 27, 2026, the Court authorized Plaintiff to serve Defendant Sarah Abdul by publication and mail, and extended the deadline to effect service to September 4, 2026. Dkt. 37. Plaintiff has completed the authorized publication—weekly for four successive weeks in a newspaper of general circulation in Maricopa County, Arizona—and has mailed copies to each of the three addresses identified in the Court's Order. Dkt. 49.

Defendant Patriot Pay LLC was served on February 20, 2026 (Dkt. 8), and Defendant Let's Go Brandon Coin LLC n/k/a Freedom Jobs Business App LLC was served on July 10, 2026 (Dkt. 29). Neither has appeared or responded to the Complaint.

Plaintiff will serve each with the amended complaint, with Abdul to be served in accordance with those means previously authorized by the Court (Dkt. 37), and move for entry of default under Federal Rule of Civil Procedure 55(a) as to any Defendant that fails to respond.

## V. CONCLUSION

The Parties respectfully request that the Court enter the accompanying Proposed Order adopting the schedule set forth in Section III above.

Dated: September 8, 2026

Respectfully submitted,

*/s/ Yusef Al-Jarani*
Constantine P. Economides (*Pro Hac Vice*)
Eric S. Rosen (D.C. Bar No. NY0671)
Yusef Al-Jarani (*Pro Hac Vice*)
DYNAMIS LLP
1 SE 3rd Ave., Suite 1000
Miami, FL 33131
Telephone: (305) 985-2959
ceconomides@dynamisllp.com
erosen@dynamisllp.com
yaljarani@dynamisllp.com

*Counsel for Lead Plaintiff Andrew Barr and the Putative Class*

*/s/ M. Evan Corcoran*
M. Evan Corcoran (D.C. Bar No. 440027)
CORCORAN LAW GROUP PLLC
1050 30th Street NW
Washington, DC 20007
202-465-8154
evan@corcoranlg.com

*Counsel for Defendants Warroom LLC, Stephen K. Bannon, and 354 Nod Hill LLC*

*/s/ Eric Forni*
Eric Forni (*Pro Hac Vice*)
Michael J. Walsh, Jr. (D.C. Bar No. 483296)
Caryn G. Schechtman (*Pro Hac Vice*)
Michael J. Fluhr (*Pro Hac Vice*)
Eric Cheung Hall (D.C. Bar No. 1617715)
DLA PIPER LLP (US)
500 Eighth Street NW
Washington, DC 20004-2131
Telephone: (202) 799-4824
mike.walsh@us.dlapiper.com

*Counsel for Defendants Boris Epshteyn and Twinds LLC*