**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ANDREW BARR, on behalf of himself and all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>STEPHEN K. BANNON, et al.,<br><br>*Defendants*. | Case No. 1:26-cv-00452-ACR<br><br>Hon. Ana C. Reyes |

**[PROPOSED] ORDER**

Upon consideration of the Parties' Joint Status Report, and the entire record herein, it is hereby ORDERED that:

1. On or before September 29, 2026, Plaintiff shall file and serve his amended complaint.
2. On or before December 4, 2026, Defendants Warroom LLC, Stephen K. Bannon, 354 Nod Hill LLC, Boris Epshteyn, and Twinds LLC (the "Appearing Defendants") shall file and serve their motion(s) to dismiss the amended complaint or shall answer it.
3. The Appearing Defendants shall file no more than two motions to dismiss the amended complaint: one on behalf of Defendants Boris Epshteyn and Twinds LLC not to exceed 45 pages, and one on behalf of Defendants Stephen K. Bannon, Warroom LLC, and 354 Nod Hill LLC not to exceed 45 pages.
4. On or before January 29, 2027, Plaintiff shall file and serve his opposition(s) to the motion(s) to dismiss. Plaintiff may address both motions in a single consolidated opposition, not to exceed 90 pages in length, or file a separate opposition to each not to exceed 45 pages.

5. On or before March 15, 2027, the moving Defendants shall file and serve any reply briefs in support of their motion(s) to dismiss. Defendants Boris Epshteyn and Twinds LLC's reply shall not exceed 35 pages. Defendants Stephen K. Bannon, Warroom LLC, and 354 Nod Hill LLC's reply shall not exceed 35 pages.

6. No further pre-motion notice or pre-motion conference is required with respect to the motions to dismiss contemplated by this Order.

SO ORDERED.

Dated: ______________________

______________________________
HON. ANA C. REYES
United States District Judge