**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ANDREW BARR, *et al.*,<br>*Plaintiff,*<br>v.<br>STEPHEN K. BANNON, *et al.,*<br>*Defendants.* | Civil No. 1:26-cv-00452-ACR |

**APPEARING DEFENDANTS' UNOPPOSED MOTION TO SET REPLY BRIEFING DEADLINE AND PAGE LIMITS**

Appearing Defendants Twinds LLC, Boris Epshteyn, Stephen K. Bannon, Warroom LLC, and 354 Nod Hill LLC ("Appearing Defendants") respectfully submit this Unopposed Motion to Set Reply Briefing Deadline and Page Limits ("Motion") and in support thereof state as follows:

1. Plaintiff Andrew Barr ("Plaintiff," and along with Appearing Defendants, the "Parties") filed the above-captioned action on February 12, 2026, and was appointed as Lead Plaintiff on May 28, 2026. *See* Dkts. 1, 21.

2. The Appearing Defendants filed Pre-Motion Notices on June 4, August 4, and August 17, 2026. *See* Dkts. 22, 39, 47. The Court held a pre-motion conference on August 18, 2026, and ordered the Parties to submit a Joint Status Report on or before September 8, 2026, addressing how to proceed and proposing deadlines for any amended complaint and briefing on any motions to dismiss. *See* Dkts. 47-48.

3. On September 8, 2026, the Parties filed a Joint Status Report. Dkt. 50. The Joint Status Report indicated that Plaintiff intends to amend his complaint and that the Appearing Defendants intend to file motions to dismiss the amended complaint. *See id*. at 2. The Parties

proposed the following briefing schedule and page limits in the accompanying proposed order (see *id.* at 2–3):

a. On or before September 29, 2026, Plaintiff shall file and serve his amended complaint.

b. On or before December 4, 2026, the Appearing Defendants shall file and serve their motion(s) to dismiss the amended complaint or shall answer it.

c. The Appearing Defendants shall file no more than two motions to dismiss the amended complaint: one on behalf of Defendants Boris Epshteyn and Twinds LLC not to exceed 45 pages, and one on behalf of Defendants Stephen K. Bannon, Warroom LLC, and 354 Nod Hill LLC not to exceed 45 pages.

d. On or before January 29, 2027, Plaintiff shall file and serve his opposition(s). Plaintiff may address both motions in a single consolidated opposition, not to exceed 90 pages in length, or file a separate opposition to each not to exceed 45 pages.

e. On or before March 15, 2027, the moving Defendants shall file and serve any reply briefs in support of their motion(s) to dismiss. Defendants Boris Epshteyn and Twinds LLC's reply shall not exceed 35 pages. Defendants Stephen K. Bannon, Warroom LLC, and 354 Nod Hill LLC's reply shall not exceed 35 pages.

4. On September 9, 2026, the Court entered a minute order that approved the briefing schedule and page limits as to the Appearing Defendants' opening brief on their anticipated motions to dismiss and Plaintiffs' opposition brief. The minute order did not address the proposed deadline and page limits for the Appearing Defendants' reply briefing in support of their motions to dismiss.

5. The Appearing Defendants therefore submit this Motion and accompanying Proposed Order to respectfully request that the Court set the reply briefing deadlines and page limits, as previously proposed and stipulated to by the parties. Specifically:

a. On or before March 15, 2027, the moving Defendants shall file and serve any reply briefs in support of their motion(s) to dismiss. Defendants Boris Epshteyn and Twinds LLC's reply shall not exceed 35 pages. Defendants Stephen K. Bannon, Warroom LLC, and 354 Nod Hill LLC's reply shall not exceed 35 pages.

6. Counsel for the Appearing Defendants conferred with Plaintiff's counsel regarding this request, and on September 14, 2026, Plaintiff's counsel indicated that Plaintiff is not opposed to the relief sought herein.

7. The Appearing Defendants respectfully request that the Court enter the accompanying Proposed Order, consistent with the foregoing.

Dated: September 17, 2026

By: */s/ Eric Forni*

Eric Forni (admitted *pro hac vice*)
DLA Piper LLP (US)
33 Arch Street, 26th Floor
Boston, MA 02110-1447
Tel: 617.406.6000
Email: Eric.Forni@us.dlapiper.com

Caryn G. Schechtman (admitted *pro hac vice*)
DLA Piper LLP (US)
1251 Avenue of the Americas, 27th Floor
New York, NY 10020-1104
Tel: 212.335.4500
Email: Caryn.Schechtman@us.dlapiper.com

Michael J. Fluhr (admitted *pro hac vice*)
DLA Piper LLP (US)

555 Mission Street, Suite 2400
San Francisco, CA 94105-2933
Tel: 415.615.6011
Email: Michael.Fluhr@us.dlapiper.com

Michael J. Walsh, Jr. (D.C. Bar No. 483296)
DLA Piper LLP (US)
500 Eighth Street NW
Washington, DC 20004-2131
Tel: 202.799.4824
Email: Mike.Walsh@us.dlapiper.com

Eric Cheung Hall (D.C. Bar No. 1617715)
DLA Piper LLP (US)
2000 Avenue of the Stars, Suite 400 North Tower
Los Angeles, CA 90067-4735
Tel: 310.595.3000
Email: Eric.Hall@us.dlapiper.com

*Attorneys for Defendants*
*Boris Epshteyn and Twinds LLC*

By: */s/ M. Evan Corcoran*

M. Evan Corcoran (D.C. Bar No. 440027)
CORCORAN LAW GROUP PLLC
1050 30th Street NW
Washington, DC 20007
202-465-8154
evan@corcoranlg.com

*Attorneys for Defendants Warroom LLC, Stephen K. Bannon, and 354 Nod Hill LLC*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on today's date a copy of Defendants' Unopposed Motion to Set Reply Briefing Deadline and Page Limits was served via the Court's CM/ECF system on registered parties and counsel.

*/s/ Eric Forni*
Eric Forni (admitted *pro hac vice*)