**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

ANDREW BARR, *et al*.,

*Plaintiff,*

v.

STEPHEN K. BANNON, *et al.,*

*Defendants.*

Civil No. 1:26-cv-00452-ACR

---

**[PROPOSED] ORDER**

---

Upon consideration of the Appearing Defendants Twinds LLC, Boris Epshteyn, Stephen K. Bannon, Warroom LLC, and 354 Nod Hill LLC's ("Appearing Defendants") Unopposed Motion to Set Reply Briefing Deadline and Page Limits ("Motion"), and the entire record herein, it is hereby ORDERED that:

1. On or before March 15, 2027, the Appearing Defendants shall file and serve any reply briefs in support of their motion(s) to dismiss Plaintiff Andrew Barr's amended complaint.

2. Defendants Boris Epshteyn and Twinds LLC's reply shall not exceed 35 pages.

3. Defendants Stephen K. Bannon, Warroom LLC, and 354 Nod Hill LLC's reply shall not exceed 35 pages.

SO ORDERED.

Dated: ______________________

______________________________________
HON. ANA C. REYES
United States District Judge