# PLAINTIFF CERTIFICATION
# UNDER THE FEDERAL SECURITIES LAWS

I, Andrew Barr, hereby state:

1. I have reviewed a draft of the foregoing First Amended Class Action Complaint (the "Complaint") asserting, *inter alia*, violations of the Securities Exchange Act of 1934, and I have authorized my counsel, Dynamis LLP, to file that Complaint on my behalf.

2. I did not purchase $FJB/$PPY, the securities that are the subject of this action, at the direction of counsel or in order to participate in any private action arising under the federal securities laws.

3. I am willing to serve as a representative party on behalf of the Class (as defined in the Complaint), including providing testimony at deposition and trial, if necessary.

4. My transactions in $FJB/$PPY, the securities that are the subject of this action, during the class period defined in the Complaint are set forth in the attached chart.

5. Other than this action, I have not sought appointment or been appointed to serve as a lead plaintiff or representative party on behalf of a class in any action under the federal securities laws filed during the three-year period preceding the date of this Certification.

6. I will not accept any payment for serving as a representative party on behalf of the Class beyond my *pro rata* share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class, as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 29th day of September, 2026.

Andrew Barr

# SCHEDULE A

# TRANSACTIONS IN $FJB/$PPY TOKENS

| Date (UTC) | Type | Volume/Quantity | Approximate Value (USD) |
|---|---|---|---|
| 12/27/21 18:08 | Purchase | 252,520.77 | $ 1,016.82 |
| 12/27/21 22:25 | Purchase | 137,721.09 | $ 627.57 |
| 12/30/21 03:04 | Purchase | 90,917.57 | $ 350.25 |
| 12/30/21 20:17 | Purchase | 94,668.43 | $ 302.11 |
| 12/30/21 21:06 | Purchase | 103,079.42 | $ 300.00 |
| 12/31/21 14:55 | Purchase | 101,493.12 | $ 295.40 |
| 1/1/22 16:56 | Purchase | 148,328.92 | $ 521.50 |
| 1/3/22 00:21 | Purchase | 91,496.51 | $ 304.86 |
| 1/3/22 20:29 | Purchase | 119,930.95 | $ 357.73 |
| 1/4/22 22:20 | Purchase | 83,971.24 | $ 209.25 |
| 1/7/22 17:05 | Purchase | 193,707.41 | $ 452.00 |
| 1/8/22 00:35 | Purchase | 421,012.94 | $ 901.33 |
| 1/11/22 02:07 | Purchase | 430,130.36 | $ 851.85 |
| 1/12/22 20:55 | Purchase | 137,741.48 | $ 292.49 |
| 1/13/22 18:01 | Purchase | 112,360.52 | $ 217.05 |
| 1/15/22 21:11 | Purchase | 255,735.16 | $ 488.38 |
| 1/17/22 04:32 | Purchase | 264,948.04 | $ 485.18 |
| 1/17/22 16:42 | Purchase | 286,805.40 | $ 472.59 |
| 1/18/22 16:55 | Purchase | 263,839.44 | $ 463.15 |
| 1/21/22 01:10 | Purchase | 138,821.56 | $ 260.74 |
| 1/24/22 02:39 | Purchase | 281,819.00 | $ 460.26 |
| 2/1/22 06:18 | Purchase | 341,367.84 | $ 494.13 |
| 2/4/22 06:27 | Purchase | 383,347.44 | $ 483.70 |
| 2/24/22 16:32 | Purchase | 1,842,198.80 | $ 768.16 |
| 3/10/22 23:58 | Purchase | 1,933,527.20 | $ 1,284.75 |
| 3/13/22 20:29 | Purchase | 1,131,462.00 | $ 1,016.41 |
| 3/14/22 04:27 | Purchase | 322,274.16 | $ 370.14 |
| 3/14/22 04:29 | Purchase | 48,900.76 | $ 55.46 |
| 3/15/22 03:23 | Purchase | 1,255,763.20 | $ 1,602.48 |
| 3/16/22 13:50 | Purchase | 224,334.64 | $ 377.47 |
| 3/16/22 17:36 | Purchase | 175,377.76 | $ 283.69 |
| 3/17/22 22:55 | Purchase | 143,159.36 | $ 195.63 |
| 3/17/22 22:56 | Purchase | 1,633.92 | $ 2.23 |
| 3/17/22 22:58 | Purchase | 1,633.92 | $ 2.24 |
| 3/17/22 22:59 | Purchase | 1,633.92 | $ 2.24 |
| 3/17/22 23:03 | Purchase | 1,633.92 | $ 2.24 |
| 3/17/22 23:05 | Purchase | 1,633.92 | $ 2.24 |
| 3/17/22 23:07 | Purchase | 1,633.92 | $ 2.23 |

| Date (UTC) | Type | Volume/Quantity | Approximate Value (USD) |
|---|---|---|---|
| 3/18/22 09:21 | Purchase | 1,633.92 | $ 2.24 |
| 3/18/22 20:27 | Purchase | 387,558.28 | $ 398.19 |
| 3/18/22 20:29 | Purchase | 387,163.60 | $ 397.97 |
| 3/19/22 00:21 | Purchase | 192,093.24 | $ 199.07 |
| 3/19/22 00:36 | Purchase | 191,995.72 | $ 199.32 |
| 3/20/22 22:47 | Purchase | 416,934.80 | $ 392.05 |
| 3/21/22 00:08 | Purchase | 426,348.24 | $ 404.61 |
| 3/21/22 05:50 | Purchase | 270,389.84 | $ 233.88 |
| 4/18/22 20:35 | Purchase | 208,093.14 | $ 207.54 |
| 4/18/22 20:36 | Purchase | 207,987.81 | $ 207.56 |
| 4/18/22 21:40 | Purchase | 251,139.90 | $ 208.51 |
| 4/18/22 21:40 | Purchase | 252,408.77 | $ 208.51 |
| 4/18/22 21:56 | Purchase | 289,677.84 | $ 208.34 |
| 4/18/22 21:57 | Purchase | 289,505.56 | $ 208.20 |
| 4/18/22 23:05 | Purchase | 369,317.98 | $ 208.71 |
| 4/18/22 23:06 | Purchase | 354,749.31 | $ 208.72 |
| 4/29/22 19:39 | Purchase | 72,758.20 | $ 59.84 |
| 5/4/22 07:01 | Purchase | 139,480.28 | $ 85.21 |
| 5/4/22 07:09 | Purchase | 228,154.48 | $ 139.71 |
| 5/4/22 08:01 | Purchase | 1,789.99 | $ 0.97 |
| 5/4/22 08:01 | Purchase | 2,063.53 | $ 1.12 |
| 5/4/22 08:01 | Purchase | 456.46 | $ 0.25 |
| 5/4/22 08:01 | Purchase | 3,246.81 | $ 1.75 |
| 5/4/22 08:01 | Purchase | 122.92 | $ 0.07 |
| 5/4/22 08:01 | Purchase | 153.71 | $ 0.09 |
| 5/4/22 08:01 | Purchase | 572.70 | $ 0.32 |
| 5/4/22 08:01 | Purchase | 1,498.50 | $ 0.83 |
| 5/4/22 08:01 | Purchase | 1,223.71 | $ 0.68 |
| 5/4/22 08:01 | Purchase | 4,343.42 | $ 2.47 |
| 5/4/22 08:01 | Purchase | 3,839.30 | $ 2.18 |
| 5/4/22 08:01 | Purchase | 121.14 | $ 0.07 |
| 5/4/22 08:01 | Purchase | 529.91 | $ 0.31 |
| 5/4/22 08:01 | Purchase | 5,555.17 | $ 3.23 |
| 5/4/22 08:01 | Purchase | 3,287.00 | $ 1.91 |
| 5/4/22 08:01 | Purchase | 2,261.03 | $ 1.34 |
| 5/4/22 08:01 | Purchase | 68,931.00 | $ 41.67 |
| 5/4/22 08:01 | Purchase | 707,331.11 | $ 428.28 |
| 5/10/22 03:14 | Purchase | 870,903.28 | $ 463.50 |
| 5/11/22 18:56 | Purchase | 1,259,305.20 | $ 575.39 |
| 5/20/22 17:23 | Purchase | 1,987,577.20 | $ 1,031.89 |
| 5/22/22 21:54 | Purchase | 602,255.92 | $ 348.59 |
| 5/22/22 22:17 | Purchase | 600,370.84 | $ 349.43 |
| 5/22/22 22:22 | Purchase | 545,099.08 | $ 319.57 |

| Date (UTC) | Type | Volume/Quantity | Approximate Value (USD) |
|---|---|---|---|
| 6/7/22 05:30 | Purchase | 1,262,819.60 | $ 556.37 |
| 6/9/22 06:06 | Purchase | 1,346,705.20 | $ 575.75 |
| 6/11/22 00:18 | Purchase | 1,096,676.80 | $ 480.03 |
| 6/13/22 02:53 | Purchase | 2,758,574.00 | $ 996.85 |
| 6/13/22 11:42 | Purchase | 2,949,924.80 | $ 923.83 |
| 6/27/22 00:16 | Purchase | 2,164,925.60 | $ 703.52 |
| 6/27/22 01:14 | Purchase | 973,231.20 | $ 310.57 |
| 7/16/22 17:53 | Purchase | 1,846,573.94 | $ 1,188.31 |
| 7/16/22 18:05 | Purchase | 11,992.15 | $ 7.72 |
| 7/16/22 18:49 | Purchase | 19,577.25 | $ 12.60 |
| 7/16/22 19:03 | Purchase | 3,020.65 | $ 1.94 |
| 7/16/22 19:34 | Purchase | 314.44 | $ 0.20 |
| 7/16/22 19:51 | Purchase | 1,710,070.95 | $ 1,100.39 |
| 7/25/22 16:26 | Purchase | 43,460.25 | $ 25.57 |
| 7/25/22 17:33 | Sale | 40,000.00 | $ 23.43 |
| 7/25/22 20:10 | Purchase | 1,734,994.05 | $ 1,015.78 |
| 7/25/22 21:51 | Purchase | 1,724,253.57 | $ 1,015.48 |
| 7/28/22 14:23 | Purchase | 1,609,908.62 | $ 1,336.11 |
| 7/28/22 23:14 | Purchase | 1,776,581.12 | $ 1,635.35 |
| 8/2/22 10:28 | Purchase | 1,257,475.60 | $ 1,308.82 |
| 8/2/22 21:10 | Purchase | 1,223,915.69 | $ 989.10 |
| 8/14/22 19:34 | Purchase | 1,905,521.29 | $ 994.55 |
| 8/16/22 16:04 | Purchase | 1,940,464.14 | $ 1,004.81 |
| 8/18/22 18:10 | Purchase | 2,850,464.99 | $ 1,487.54 |
| 8/22/22 04:29 | Purchase | 2,105,490.01 | $ 996.66 |
| 8/23/22 05:42 | Purchase | 2,155,626.34 | $ 992.84 |
| 8/26/22 00:18 | Purchase | 2,947,978.99 | $ 1,234.61 |
| 9/1/22 21:38 | Purchase | 5,216,903.27 | $ 2,234.40 |
| 10/8/22 18:18 | Purchase | 3,400,341.48 | $ 784.09 |
| 10/13/22 04:28 | Purchase | 6,705,609.94 | $ 995.15 |
| 11/2/23 19:03 | Sale | 5,738,760.31 | $ 1,078.79 |
| 12/2/24 16:33 | Burn | 1,000,000.00 | — |
| 12/2/24 16:41 | Burn | 46,000,000.00 | — |
| 1/9/25 05:07 | Purchase | 390,894.85 | $ 46.22 |
| 1/9/25 05:10 | Purchase | 3,816,020.44 | $ 452.84 |
| 1/11/25 03:30 | Purchase | 3,762,340.38 | $ 499.67 |
| 1/16/25 02:30 | Purchase | 3,120,996.86 | $ 498.40 |
| 1/21/25 10:55 | Purchase | 3,895,962.01 | $ 501.93 |
| 1/21/25 10:58 | Purchase | 3,871,049.58 | $ 501.04 |
| 1/21/25 11:05 | Purchase | 3,837,806.35 | $ 499.58 |
| 1/21/25 11:07 | Purchase | 3,814,339.40 | $ 500.80 |
| 2/1/25 00:15 | Purchase | 4,779,807.99 | $ 746.26 |
| 2/1/25 00:18 | Purchase | 4,738,002.56 | $ 745.35 |

| | |
|---|---|
| **Tokens** | |
| FJB Purchased | 78,176,191.76 |
| PPY Purchased | 36,027,220.42 |
| FJB Sold | (5,778,760.31) |
| FJB Burned | (47,000,000.00) |
| **Dollars** | |
| Purchase Cost | $54,231.07 |
| Less: Sale Proceeds | ($1,102.22) |
| **Net Loss** | **$53,128.85** |

**Notes**

1. "Burn" denotes a transfer of $FJB to a null address, for which nothing was received.

2. Purchase quantities are the Tokens received, net of any transaction fee; sale and burn quantities are the Tokens sent.