# Affidavit of Process Server

IN THE UNITED STATES DISTRICT COURT, DISTRICT OF COLUMBIA

ANDREW BARR, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED vs STEPHEN K. BANNON, ET AL. 1:26-CV-00452-ACR

PLAINTIFF/PETITIONER DEFENDANT/RESPONDENT CASE NUMBER

I FRANK PRITCHETT being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service. RECEIVED 10/19/2026

Service: I served LET'S GO BRANDON COIN LLC N/K/A FREEDOM JOBS BUSINESS APP LLC

NAME OF PERSON / ENTITY BEING SERVED

with (list documents) FIRST AMENDED CLASS ACTION COMPLAINT; PLAINTIFF CERTIFICATION UNDER THE FEDERAL SECURITIES LAWS WITH SCHEDULE A; FIRST AMENDED CLASS ACTION COMPLAINT

by leaving with A REGISTERED AGENT INC., AS AGENT, ACCEPTED BY CINDY BROWN (MANAGING AGENT EMPLOYED AT REGISTERED AGENT) At

☒ Business 8 THE GREEN, STE A, DOVER, DE 19901

ADDRESS CITY / STATE

On 10/19/2026 AT 2:45 PM

DATE TIME

Thereafter copies of the documents were mailed by prepaid, first class mail on ____________

DATE

from ____________

CITY STATE ZIP

**Manner of Service:**

☒ CORPORATE

☐ **Personal:** By personally delivering copies to the person being served.

☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of ________ and explaining the general nature of the papers.

☐ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.

☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address (es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address ☐ Moved, Left no Forwarding ☐ Service Canceled by Litigant ☐ Unable to Serve in Timely Fashion

☐ Address Does Not Exist ☐ Other ____________

**Service Attempts:** Service was attempted on: (1) ____________ DATE TIME (2) ____________ DATE TIME

(3) ____________ DATE TIME (4) ____________ DATE TIME (5) ____________ DATE TIME

Age 55 Sex F Race BLK Height 5'5 Weight 150 HAIR BLK

FKP

FRANK PRITCHETT
BRANDYWINE PROCESS SERVERS
PO BOX 1360
WILMINGTON, DE 19899
302-475-2600

SUBSCRIBED AND SWORN to before me this 19TH day of OCTOBER, 2026

SIGNATURE OF NOTARY PUBLIC

KEVIN STEWART DUNN
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires OCTOBER 8, 2027

NOTARY PUBLIC for the state of DELAWARE