**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

ANDREW BARR, *et al.*,

*Plaintiff,*

v.

STEPHEN K. BANNON, *et al.*,

*Defendants.*

Civil No. 1:26-cv-00452-ACR

**APPEARING DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE MOTION TO DISMISS OR ANSWER**

Appearing Defendants Twinds LLC, Boris Epshteyn, Stephen K. Bannon, Warroom LLC, and 354 Nod Hill LLC ("Appearing Defendants") respectfully move, pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and Paragraph 9 of the Court's Standing Order in Civil Cases ("Standing Order"), for a one-week extension of their deadline to move to dismiss or answer the Amended Complaint from December 4, 2026, to December 11, 2026. In support, Appearing Defendants state as follows:

1. On September 9, 2026, upon consideration of the Parties' Joint Status Report (Dkt. 50), the Court ordered Plaintiff to file his amended complaint by September 29, 2026, and ordered Appearing Defendants to file and serve their motion(s) to dismiss the Amended Complaint or answer it by December 4, 2026. *See* Minute Order, Sept. 9, 2026. The Court further ordered Plaintiff to file his opposition(s) by January 29, 2027. *Id.*

2. On September 17, 2026, the Court granted Appearing Defendants' unopposed motion (Dkt. 51) and ordered that any reply briefs be filed on or before March 15, 2027. *See* Minute Order, Sept. 17, 2026.

3. Plaintiff filed his Amended Complaint on September 29, 2026. Dkt. 52.

4. Appearing Defendants seek to extend the date by which they must file and serve their motion(s) to dismiss the Amended Complaint or answer it from December 4, 2026 to December 11, 2026. *See* Minute Order, Sept. 9, 2026.

5. No party has previously sought or received an extension of the December 4, 2026 deadline.

6. Good cause exists for the requested one-week extension due to scheduling conflicts. The requested extension is brief, is not sought for purposes of delay, does not change other existing deadlines, and will not prejudice any party.

7. Pursuant to Local Civil Rule 7(m) and Paragraph 7(h) of the Standing Order, counsel for Appearing Defendants conferred with counsel for Plaintiff regarding the relief requested herein. On November 24 and 25, 2026, Plaintiff's counsel confirmed by email that Plaintiff consents to, and does not oppose, the requested extension.

8. This Motion is filed more than four days before the December 4, 2026 deadline and is therefore timely under Paragraph 9(b) of the Standing Order.

Dated: November 25, 2026

By: */s/ Eric Forni*

Eric Forni (admitted *pro hac vice*)
DLA Piper LLP (US)
33 Arch Street, 26th Floor
Boston, MA 02110-1447
Tel: 617.406.6000
Email: Eric.Forni@us.dlapiper.com

Caryn G. Schechtman (admitted *pro hac vice*)
DLA Piper LLP (US)
1251 Avenue of the Americas, 27th Floor
New York, NY 10020-1104
Tel: 212.335.4500
Email: Caryn.Schechtman@us.dlapiper.com

Michael J. Fluhr (admitted *pro hac vice*)
DLA Piper LLP (US)
555 Mission Street, Suite 2400
San Francisco, CA 94105-2933
Tel: 415.615.6011
Email: Michael.Fluhr@us.dlapiper.com

Michael J. Walsh, Jr. (D.C. Bar No. 483296)
DLA Piper LLP (US)
500 Eighth Street NW
Washington, DC 20004-2131
Tel: 202.799.4824
Email: Mike.Walsh@us.dlapiper.com

Eric Cheung Hall (D.C. Bar No. 1617715)
DLA Piper LLP (US)
2000 Avenue of the Stars, Suite 400 North Tower
Los Angeles, CA 90067-4735
Tel: 310.595.3000
Email: Eric.Hall@us.dlapiper.com

*Attorneys for Defendants*
*Boris Epshteyn and Twinds LLC*

By: /s/ M. Evan Corcoran

M. Evan Corcoran (D.C. Bar No. 440027)
CORCORAN LAW GROUP PLLC
1050 30th Street NW
Washington, DC 20007
202-465-8154
evan@corcoranlg.com

*Attorneys for Defendants Warroom LLC, Stephen K. Bannon, and 354 Nod Hill LLC*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on today's date a copy of Appearing Defendants' Unopposed Motion for Extension of Time to File Motion to Dismiss or Answer was served via the Court's CM/ECF system on registered parties and counsel.

*/s/ Eric Forni*
Eric Forni (admitted *pro hac vice*)